IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHANNAN WHEELER et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARKEMA INC., <br><br> Defendant | CIVIL ACTION <br><br> Case No. 4:17-cv-2960 <br><br> The Hon. Keith P. Ellison |

## STIPULATED ORDER REGARDING VOLUNTARY DISMISSAL OF CLASS REPRESENTATIVES

Plaintiffs, by and through their undersigned counsel, and Defendant Arkema Inc., by and through its undersigned counsel, pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, hereby STIPULATE that Plaintiffs will voluntarily dismiss the claims of class representatives, Shannan Wheeler, Ezequiel Villareal, Kelly Phelps, and Howard David Phelps, WITHOUT PREJUDICE, so that their claims may be refiled, if at all, as individual claims and not a class representatives of the putative class.

SO STIPULATED.

DATED: November 12, 2018

Respectfully submitted,

*__COUNSEL FOR PLAINTIFFS__*

/s/Michael G. Stag_____
Michael G. Stag, Attorney in Charge
(admitted *pro hac vice*)
STAG LIUZZA, LLC
One Canal Place
365 Canal St., Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601
mstag@stagliuzza.com

*__COUNSEL FOR ARKEMA INC.__*

/s/ Thomas E. Birsic_____
Thomas E. Birsic, Attorney in Charge
(admitted *pro hac vice*)
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Telephone: (412) 355-6500
Facsimile: (412) 355-6501
thomas.birsic@klgates.com

SO ORDERED.

Dated: _____, 2018       _____

Honorable Keith P. Ellison
United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 12, 2018, I served a true and correct copy of the foregoing *Stipulated Order Regarding Voluntary Dismissal of Class Representatives* upon counsel of record by the Court's ECF electronic filing service in compliance with Federal Rule of Civil Procedure 5 and Local Rule 5.1:

Respectfully submitted by
ATTORNEYS FOR PLAINTIFFS:

**STAG LIUZZA, LLC**

/s/ Michael G. Stag
Michael G. Stag, Esquire, Attorney in charge