United States District Court
Southern District of Texas
**ENTERED**
November 13, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHANNAN WHEELER, *et al*, | § |
| | § |
| PLAINTIFFS, | § |
| VS. | § CIVIL ACTION NO. 4:17-CV-2960 |
| | § |
| ARKEMA FRANCE S.A., *et al*, | § |
| | § |
| DEFENDANTS. | § |

# ORDER

Plaintiffs and Defendant Arkema Inc. have filed a Stipulation Regarding Voluntary Dismissal of Class Representatives (Doc. No. 107). In accordance with that Stipulation and Rule 41 of the Federal Rules of Civil Procedure, the claims of class representatives Shannan Wheeler, Ezequiel Villareal, Kelly Phelps, and Howard David Phelps have been **DISMISSED WITHOUT PREJUDICE**. In accordance with the Stipulation, the class representatives' claims may be refiled, if at all, as individual claims and not as class representatives of the putative class.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, this the 13th day of November, 2018.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE