UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHANNAN WHEELER, et al., | ) | Civil Action No.: 4:17-cv-2960 |
| | ) | |
| Plaintiffs, | ) | The Hon. Keith P. Ellison |
| | ) | |
| v. | ) | NOTICE OF WITHDRAWAL OF |
| | ) | GREG NASON AS A NAMED |
| ARKEMA INC., | ) | PLAINTIFF AND PROPOSED |
| | ) | CLASS REPRESENTATIVE |
| Defendant. | ) | AND SUGGESTION OF DEATH OF |
| | ) | RONALD WHATLEY |
| | ) | |

Plaintiffs by their undersigned counsel hereby file this Notice of Withdrawal of Greg Nason as a named Plaintiff and proposed class representative in this case and state:

1. Pursuant to the Court's scheduling orders in this case, a Motion for Class Certification is currently due to be filed on September 15, 2021.

2. Greg Nason no longer seeks to serve as a named Plaintiff or proposed class representative.

3. This withdrawal is without prejudice to Greg Nason's rights as a class member, including *inter alia*, to file a claim against any fund arising out of any recovery.

4. The class will suffer no prejudice from Greg Nason's withdrawal as a proposed class representative since remaining named Plaintiffs will adequately represent the interests of the class, and the withdrawal in no way affects their rights or the rights of the class.

Plaintiffs further advise the Court pursuant to Fed. R. Civ. P. 25(a)(2) that Ronald Whatley has died, which should be noted on the record. The case will continue as to the remaining parties.

**DATED: August 2, 2021**

**UNDERWOOD LAW OFFICE, INC.**

/s/ Mark F. Underwood
Mark F. Underwood, Esquire
Texas State Bar No.: 24059341
Southern Dist. of TX Bar No. 2601475
2530 West White Avenue, Suite 200
McKinney, Texas 75071
Telephone (972) 535-6377
Facsimile (972) 292-7828
munderwood@underwoodlawoffices.com

**STAG LIUZZA, L.L.C.**

/s/ Michael G. Stag, Esq.
Attorney in charge
Louisiana State Bar No. 23314
*Attorney admitted pro hac vice*
Ashley Liuzza, Esq.
Louisiana State Bar No. 34645
*Attorney admitted pro hac vice*
One Canal Place
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601
mstag@stagliuzza.com
aliuzza@stagliuzza.com

**DENNIS SPURLING, P.L.LC.**

s/ Dennis D. Spurling
Dennis D. Spurling, Esq.
Texas State Bar No.: 24053909
Southern Dist. of TX Bar No. 718307
ddspurling@dennisspurling.com
J.P. Morgan Chase Building
3003 S. Loop West, Suite 400
Houston, Texas 77054
Telephone (713) 229-0770
Facsimile (713) 229-8444

**THOMPSON BARNEY LAW FIRM**
/s/ Kevin W. Thompson
Kevin W. Thompson, Esquire (W.V. 5062)
*Attorney admitted pro hac vice*
David R. Barney, Jr., Esquire (W.V. 7958)
*Attorney admitted pro hac vice*
2030 Kanawha Boulevard, East
Charleston, West Virginia 25311
Telephone: (304) 343-4401
Facsimile: (304) 343-4405
kwthompsonwv@gmail.com
drbarneywv@gmail.com

**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, PC**
/s/ Van Bunch
Van Bunch, Esquire W.V. No. 10608
*Attorney admitted pro hac vice*
2325 E. Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 274-1100
Facsimile: (602) 274-1199
vbunch@bffb.com

**LAW OFFICES OF P. RODNEY JACKSON**
/s/ P. Rodney Jackson
P. Rodney Jackson (W.V. No. 1861)
*Attorney admitted pro hac vice*
401 Fifth-Third Center
700 Virginia Street, East
Charleston, West Virginia 25301
Telephone: (843) 780-6879
Facsimile: (304) 345-7258
prodjackson27@yahoo.com

**ATTORNEYS FOR PLAINTIFFS**

3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **SHANNAN WHEELER, et al.,** | ) | Civil Action No.: 4:17-cv-2960 |
| | ) | |
| Plaintiffs, | ) | The Hon. Keith P. Ellison |
| | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| **ARKEMA INC.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

     I certify that on August 2, 2021, a true or correct copy of the *Notice of Withdrawal of Greg Nason as a Named Plaintiff and Proposed Class Representative and Suggestion of Death of Ronald Whatley* has been served on all counsel of record by electronic mail addressed as follows:

| | |
|---|---|
| Rusty Hardin | rhardin@rustyhardin.com |
| Derek Hollingsworth | dhollingsworth@rustyhardin.com |
| | |
| Michael L. Brem | mbrem@sdablaw.com |
| Laura F. Jones | ljones@sdablaw.com |
| | |
| Jackie Celender | jackie.celender@klgates.com |
| Thomas E. Birsic | thomas.birsic@klgates.com |

*Counsel for Defendant Arkema Inc.*

                                                     /s/ Mark F. Underwood
                                                   Mark F. Underwood, Esquire