IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHANNAN WHEELER, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>ARKEMA INC.,<br><br>    *Defendant*. | CIVIL ACTION<br><br>Case No. 4:17-cv-2960<br><br>Hon. Keith P. Ellison |

## ARKEMA INC.'S NOTICE OF EXPERT DISCLOSURE

Arkema Inc. hereby provides notice that it discloses the following experts, whose reports have been served upon Plaintiffs' counsel today:

1. Marion J. Fedoruk, M.D., C.I.H., DABT, FACMT, FACOEM and Ellen T. Chang, Sc.D.
2. Dana H. Hebert
3. Sheng Li, Ph.D.
4. Glenn Millner, Ph.D.
5. Julie M. Panko, C.I.H., FAIHA
6. Gary R. Papke, MAI, CRE, FRICS and Thomas W. Hamilton, Ph.D., MAI, CCIM, CRE, FRICS
7. Paul A. Stefan, PG, Texas
8. Scott A. Stout, Ph.D., P.G., Allen D. Uhler, Ph.D., and Katherine L. Flanders, Ph.D.
9. Mark A. Yocke, Ph.D.

True and correct copies of these experts' reports are attached hereto as Exhibits 1 through 9. Arkema submits this Expert Disclosure only for purposes of discovery, briefing, and this Court's decision regarding class certification in this case. Arkema reserves the right to supplement and/or amend this Expert Disclosure with additional opinions from the individuals

1

listed above or other experts prior to a ruling from this Court on class certification and/or trial in light of any additional documents received from Plaintiffs or information that may become available during the remainder of the discovery process and in response to any other testimony or opinions that may be rendered subsequent to this Expert Disclosure.

DATED: September 17, 2021                Respectfully submitted,

/s/ *Thomas E. Birsic*
Thomas E. Birsic, Attorney in Charge (*pro hac vice*)
Jacquelyn S. Celender (*pro hac vice*)
Wesley A. Prichard (*pro hac vice*)
K&L GATES LLP
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Telephone: 412.355.6500
Facsimile: 412.355.6501
thomas.birsic@klgates.com

Michael L. Brem (S.D. Tex. 13175) (TX 02952020)
SCHIRRMEISTER DIAZ-ARRASTIA BREM LLP
Pennzoil Place - North Tower
700 Milam Street, 10th Floor
Houston, Texas 77002
Telephone: (713) 221-2500
Facsimile: (713) 228-3510
mbrem@sdablaw.com

Russell Hardin Jr. (S.D. Tex. 19424) (TX 08972800)
RUSTY HARDIN & ASSOCIATES, LLP
5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Facsimile: (713) 652-9800
rhardin@rustyhardin.com

*Counsel for Defendant Arkema Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on September 17, 2021, a true and correct copy of the foregoing document was served upon all known counsel of record via the Court's CM/ECF electronic filing system.

/s/ *Thomas E. Birsic*