

**Supplemental Expert Report**

**Scott A. Stout, Ph.D., P.G.**
**Allen D. Uhler, Ph.D.**
**Katherine L. Flanders, Ph.D.**

**NewFields Environmental Forensics Practice, LLC**
**300 Ledgewood Place, Suite 305**
**Rockland, Massachusetts 02370**

**September 17, 2021**

**Prepared at the Direction of**

**K&L Gates LLP**
**K&L Gates Center, 210 Sixth Avenue**
**Pittsburgh, PA 15222**

**In the Matter of**

**Wheeler et al. v. Arkema Inc.**

*U.S. District Court, Southern District of Texas, Houston Division*
*Civil Action No. 4:17-cv-2960*



## Table of Contents

***Section 1: Introduction and Executive Summary*** ........................................................................ 2

***Section 2:  Assessing Background Concentrations versus Contamination*** ................................. 8

Section 2.1:  Dioxins ...................................................................................................................... 9

Section 2.2:  PAHs – Benzo[a]pyrene and Total PAHs.............................................................. 17

Section 2.3:  Custom SVOCs ...................................................................................................... 23

Section 2.4:  Cyanides ................................................................................................................. 24

***Section 3:  Spatial Distribution of Alleged Arkema-derived Chemicals*** ................................... 26

***Section 4:  Chemical Fingerprints of Alleged Arkema-derived Chemicals*** ............................... 36

Section 4.1:  Dioxin Fingerprints ................................................................................................ 36

Section 4.2:  PAH Fingerprints.................................................................................................... 40

***Section 5: Alternative Sources in Crosby Area*** .......................................................................... 45

Section 5.1: Assessment of Dr. Kaltofen's comments on oil and gas operations....................... 46

Section 5.2: Assessment of Dr. Kaltofen's comments on industrial facilities – KMCO.................... 47

***Section 6: Summary of Conclusions*** .......................................................................................... 49



Appendix A     Qualifications and Compensation

Appendix B     Inventory of plaintiffs' soil and solid samples and their total concentrations of selected chemical groups

1



***Section 1: Introduction and Executive Summary***

This report supplements our original 2018 report[1], which provided our opinions regarding the original 2018 report of plaintiffs' expert, Dr. Marco Kaltofen.  In connection with this supplemental report, we re-analyzed the available chemical data considering the "new" background datasets Dr. Kaltofen cites in his supplemental 2021 report.  **We find the new background datasets provide no evidence of Arkema-derived contamination in the proposed Class Area.**  This reaffirms the opinions presented in our original 2018 report:

- The plaintiffs' experts reported isolated and discrete visual observations of <u>macroscopic</u> ash and "black goo" [2] within the proposed Class Area, but the available chemical data indicate that <u>microscopic</u> particles of ash or "black goo" are not widespread, not uniformly distributed, or not even present within the proposed Class Area.

- Specifically, the available data indicate that PCDD/Fs (hereinafter referred to collectively for convenience as "dioxins"), PAHs, "custom-SVOCs," or metals[3] measured in environmental media at class members' properties could not have arisen solely, and in nearly all cases, even in part, from discharges or emissions of ash or ash-like particles or "black goo" from the Arkema events.

- The spatial distribution and "chemical fingerprints" of the chemicals measured by the plaintiffs' experts in soil samples from properties within the proposed Class Area are not the result of a single point source such as the Arkema events. In almost all cases, they are consistent with anthropogenic background conditions,[4] indicating that they result from a variety of household, local, and regional sources.

- Dr. Kaltofen's assertions that the Arkema events were the sole or principal source of the detected chemicals is scientifically indefensible because it ignored or downplayed that: (1) the detected chemicals are ubiquitous in the modern environment, including in residential settings, (2) the detected chemicals were present only at low background-level concentrations within the proposed Class Area, and (3) there are many known alternative sources in the Crosby area.

- Dr. Kaltofen consistently made scientifically inappropriate and misleading "apples-to-oranges" comparisons between the presence of alleged Arkema-derived chemicals in a few *ad hoc* <u>solid</u> samples (e.g., ash, "black goo", soot from a doorframe, vacuum cleaner dust, drywall) with the concentrations of these chemicals in a single background <u>soil</u> sample collected outside the 7-mile radius of the proposed Class Area. In contrast, our

---

[1]  Stout, S.A., Uhler, A.D., and Flanders, K.L. (2018) Expert Report, Wheeler et al. v. Arkema Inc., U.S. District Court, Southern District of Texas, Houston Division, Civil Action No. 4:17-cv-2960.  Dated Oct. 5, 2018, 93 p. plus five Exhibits.   We simply refer to this report as Stout, S.A. et al. (2018) in the remainder of this report.

[2]  Glass, M. (2018), p. 14-15. "Black goo" is a term used by Mr. Glass, which he describes as being derived from "*settling of airborne Arkema contaminants and particulates*" that "*coalesced on the soil and gravel surface as a residual, plastic or tar-like material.*"  We don't agree with his characterization of this material but adopt it for convenience to respond to Mr. Glass's and Dr. Kaltofen's contentions.

[3] These four chemical groups were the focus of the plaintiffs' experts' allegations of the Arkema events' impacts.  (1) PCDD/Fs refers to polychlorinated dibenzo-p-dioxins and furans; (2) PAHs refers to polycyclic aromatic hydrocarbons; (3) custom-SVOCs refers to six semi-volatile organic compounds Dr. Kaltofen considered to be "markers" for the Arkema events, and (4) metals (Al, Ba, Ca, and Zn) also alleged by plaintiffs to be "markers" for the Arkema events.

[4]  Stout, S.A. et al. (2018), p. 1.



evaluations of the data relied upon scientifically appropriate, "apples-to-apples" comparisons between the ~120 surface <u>soil</u> samples collected in the proposed Class Area and large published datasets on these chemicals' background concentrations in urban and rural <u>soils</u>.

- Dr. Kaltofen improperly equated "detection" of a chemical with an "impact" by the Arkema events. His minimal attempts to demonstrate the Arkema events were the source of these chemicals were, in every case, scientifically unsound and inconsistent with generally accepted site assessment practices.

- In summary, Dr. Kaltofen's premise that there was a causal link between the Arkema events and impacts to all properties within the proposed Class Area is contradicted by the available data.

In his supplemental 2021 report, Dr. Kaltofen discusses four topics: (1) background concentrations of some chemical compounds, (2) potential confounding sources of chemical releases, (3) persistence of alleged Arkema-related chemicals in the environment, and (4) resuspension and tracking of pollutant into homes. Specifically, in his supplemental report, Dr. Kaltofen:

- Introduces a few "new" published background soil datasets focused on soils from Texas that he alleges provide evidence of widespread impacts (above background) from the Arkema events. However, he continues to make scientifically inappropriate "apples-to-oranges" comparisons between concentrations in these "new" Texas background <u>soil</u> datasets *versus* those in a few *ad hoc* <u>solid</u> samples (e.g., ash, "black goo," soot, vacuum cleaner dust, drywall) from discrete locations within the proposed Class Area.

- Attempts to rule out two alternative sources of PAHs, but continues to completely ignore other household, local, and regional alternative sources we identified in our original report without explanation and does not address alternative sources of other chemicals, such as dioxins, alleged to have been emitted during the Arkema events. In particular, he ignored the impacts of backyard burning of residential trash and yard waste in burn barrels and burn piles, which are recognized as the largest source of dioxins in the U.S.[5] This is believed to be a common practice in the vicinity of the Arkema facility, because an Arkema consultant observed 10 such backyard burning events within the proposed Class Area during only a 5-day period in September 2017 and at least one of the former class representatives acknowledged the practice.[6]

- Asserts generally that dioxins and PAHs are persistent chemicals in the environment, such that they are able to move around the proposed Class Area through natural mechanisms.

- Asserts generally that environmental contaminants can be tracked into homes.

---

[5] EPA (2006) An inventory of sources and environmental releases of dioxin-like compounds in the U.S. for the Years 1987, 1995, and 2000. Final report. National Center for Environmental Assessment, Washington, DC; EPA/600/P-03/002F.

[6] Deposition of Greg Nason, August 17, 2018, at p. 228, lines 15-22.



**Dr. Kaltofen's supplemental report either fails to correct the deficiencies in his original assessment or further substantiates the points we made in our original report.**

As set out in this report, our opinions in our original 2018 report remain unchanged. With respect to Dr. Kaltofen's supplemental report, it is our opinion that[7]:

- **Our original opinions are further substantiated by the "new" Texas background soil datasets referenced by Dr. Kaltofen.  There is no evidence of Arkema-derived contamination in the proposed Class Area based upon these datasets**.

  - Only 3% of the plaintiffs' ~120 soil samples collected from the proposed Class Area contained dioxins or PAHs at concentrations above the "new" Texas background soil datasets referenced by Dr. Kaltofen.[8]

  - Nearly all of the plaintiffs' experts' ~120 surface soil samples contain concentrations of dioxins, PAHs, and other alleged Arkema-derived chemicals (to the extent that these chemicals were detected) <u>at or below</u> typical background concentrations.  Specifically,

    o 97% of soil samples (118 of 122) from the proposed Class Area contain dioxins at concentrations <u>within the range</u> of the Texas rural soil background datasets referenced by Dr. Kaltofen, even after conservatively substituting laboratory detection limits for non-detected dioxin analytes.

    o 97% of soil samples (113 of 116) from the proposed Class Area contain PAHs at concentrations <u>within the range</u> of the Texas (El Paso) soil background dataset referenced by Dr. Kaltofen.



**Only 3% of the plaintiffs' ~120 soil samples contained dioxins or PAHs at concentrations above background in the Texas soil datasets referenced by Dr. Kaltofen.**

---

[7]  We specifically address four chemical groups that Dr. Kaltofen discusses in his supplemental (2021) report: dioxins, PAHs, custom-SVOCs, and cyanide, the latter of which was not previously included in his original (2018) or rebuttal (2018) reports.  We provide particular emphasis on dioxins since, according to the plaintiffs' risk assessment expert, Ms. Thompson, <u>only</u> dioxins are Constituents of Potential Concern (COPC) within the proposed Class Area; i.e., PAHs, custom-SVOCs, cyanide and metals are not COPCs within the proposed Class Area.  (Expert report of Shannon Thompson, Arkema Facility and Surrounding Areas, Crosby, Texas. Dated July 15, 2021).

[8]  This analysis is based upon the data presented in plaintiffs experts' reports and/or reliance materials, but we understand there may be quality issues with these data—including that the data has not been validated. *See* Expert Report of Dana H. Hebert (October 5, 2018).

- **The spatial distributions of soils containing varying concentrations of dioxins, PAHs, and other alleged Arkema-derived chemicals from the proposed Class Area bear no spatial relationship to (a) the Arkema facility or (b) the new cumulative particulate matter deposition map prepared by plaintiffs' modeling expert Dr. Auberle.[9]**

  - The absence of these spatial relationships is overwhelming evidence that plaintiffs' conceptual site model for impact due to the Arkema events is scientifically deficient and unsupportable. The following maps graphically illustrate how the spatial distribution are contrary to the assertions of Dr. Kaltofen and plaintiffs.

 

**Maps showing the locations of ~120 soil samples collected by plaintiffs' experts analyzed for dioxins (left) and PAHs (right) superimposed on the 7-mile radius proposed Class Area (purple circle) and Dr. Auberle's cumulative particulate deposition map.** Green sample points are within the range of Texas background concentrations and red sample points are above Texas background concentrations, as referenced by Dr. Kaltofen.

- A more detailed explanation of these maps/data is included in Section 3 below.  But, in summary, as is evident from the maps:

  o The concentrations of dioxins and PAHs in soils are not any higher closer to the Arkema facility than they are further away. In fact, the dioxin and PAH concentrations in nearly all of the soil samples collected close to the Arkema facility are within the range of Texas background concentrations.

  o The concentrations of dioxins and PAHs in soils are not any higher within the areas that Dr. Auberle alleges received 1000 times more Arkema-derived particulate deposition than other areas (red and pink areas in the maps above). In fact, the dioxin and PAH concentrations in nearly all of the soil samples located within Dr. Auberle's high areas of particulate deposition are within the range of Texas background concentrations.

---

[9] Auberle, W.M. (2021) Dispersion and deposition of particulate matter from explosions and fires in August and September 2017 at Arkema plant, 18000 Crosby Eastgate Rd., Crosby, Texas; dated July 14, 2021.



- o The very few soil samples that do contain dioxins or PAHs above the Texas background concentrations (red sample points in the maps above) occur randomly within the proposed Class Area, indicating they derive from local, perhaps property-specific sources, but certainly not a class-wide or Arkema-derived source.

- **The chemical fingerprints of dioxins or PAHs in the alleged Arkema source materials (e.g., ash and "black goo") are not unique compared to other sources and/or do not match the chemical fingerprints found in allegedly impacted soils and other sample matrices from the proposed Class Area.  This further shows that dioxins or PAHs in the proposed Class Area cannot be attributed to the alleged Arkema source materials.**

  - The average dioxin chemical fingerprints of samples within the proposed Class Area are consistent with many common sources of dioxins, including ambient, background dioxins in U.S. soil and air as reported by the U.S. EPA.  In addition, the specific fingerprints of alleged Arkema source materials (ash and "black goo") collected by plaintiffs' experts are variable among themselves and different from the chemical fingerprints in allegedly impacted soils from the proposed Class Area.

  - In the case of PAHs, the chemical fingerprints of the alleged Arkema sources (ash and "black goo") are different from the chemical fingerprints in allegedly impacted soils from the proposed Class Area that exceed Texas background concentrations referenced by Dr. Kaltofen.

- **Dr. Kaltofen continues to make scientifically inappropriate and misleading "apples-to-oranges" comparisons (solids *versus* soils), even when his comparison is now based on his the "new" Texas background soil benchmarks instead of his original single background soil sample (CK-1).**

- **Dr. Kaltofen relies upon inconsistent dioxin toxic equivalency concentration (TEQ) data for certain of his opinions regarding dioxins.  Specifically, rather than calculating the TEQs himself, he erroneously compiled them from two separate lab sources that used different, incompatible toxicity equivalency factors (TEFs) to calculate the TEQs.  Thus, his TEQs are a collection of incompatible data that cannot be reliably intra-compared, nor compared to published TEQ benchmarks (e.g., for Texas background soils). Any conclusions and opinions Dr. Kaltofen makes regarding dioxins that rely upon his compilation of TEQs are not based on scientifically reliable data.**

- **Dr. Kaltofen unsuccessfully attempts to rule out two alternative sources of PAHs and continues to ignore alternative sources of PAHs and other alleged Arkema-derived chemicals, including dioxins.**

  - Dr. Kaltofen ignores the impacts of backyard burning of residential trash and yard waste in burn barrels and burn piles, which are recognized as the largest source of dioxins in the U.S.  As noted previously, 10 instances of backyard burning of residential trash were observed in the Class Area during only a 5-day period in September 2017, and testimony from one of the former class representatives acknowledged the practice in the area. Dr. Kaltofen also fails to consider any other alternative sources of dioxins in the proposed Class Area.



- Dr. Kaltofen's blanket claim that oil and gas operations do not contribute PAHs to air emissions is false and inconsistent with published literature.

- Dr. Kaltofen assesses the Crosby area's four Toxic Release Inventory (TRI) facilities as the universe of potential alternative sources, but this evaluation is too limited and, in any event, irrelevant because it relies upon illogical comparisons and an over-simplified spatial assessment of the available soil data while ignoring all other potential sources.

Finally, we respond as follows on the third and fourth topics in Dr. Kaltofen's supplemental report. First, in regard to persistence, we acknowledge that dioxins and PAHs are persistent chemicals in the environment, which is precisely why they are found at background concentrations throughout the environment. Second, notwithstanding Dr. Kaltofen's superficial consideration of the scientific literature related to a complex issue, in regard to the issue of resuspension and tracking of contaminants in residential soils into homes, we consider this to be irrelevant given 97% of the soils within the proposed Class Area contain dioxins and PAHs consistent with Texas background concentrations.



***Section 2:  Assessing Background Concentrations versus Contamination***

Dioxins and PAHs are different classes of organic chemicals.  Both, however, are ubiquitous in the environment and are therefore almost always present at some background concentration. The U.S. EPA recognizes the critical role of evaluating background concentrations of these and other chemicals in assessing the potential impacts of emissions from a site/event – such as the Arkema events – and has published guidance on establishing background conditions.[10,11,12]

We evaluated the issue of background in our original (2018) report and, in particular, we critiqued the near-complete lack of background sampling conducted by Dr. Kaltofen in his assessment of the Arkema events' impact on the Crosby area.  We concluded:

> **Dr. Kaltofen's assessment of background conditions was grossly inadequate for his objective.  His reliance on data from only one soil sample collected outside the proposed Class Area 11 months after the Arkema events, while also ignoring relevant published datasets, falls well short of generally accepted, scientific practice for establishing background conditions.[13]**

In the absence of any useful background data from the Crosby area collected by plaintiffs experts, our original (2018) report compared the concentrations of dioxins and PAHs measured in ~120 soil samples collected by plaintiffs' experts in the proposed Class Area (Appendix B)[14] to large, published datasets for background dioxins and PAHs in U.S. soils.[15,16]  This comparison was appropriate not only because of the availability of these large published datasets, but also because the plaintiffs' experts contend that these chemicals' concentrations were measurably increased above "*normal background*" throughout the proposed Class Area due to the Arkema events.[17]  Our comparisons to the large published background datasets showed that:

> **Dioxin and PAH concentrations measured in plaintiffs' soil samples from the proposed Class Area are consistent with typical background soils in the U.S.[18,19]**

---

[10] EPA. (2002). Guidance on choosing a sampling design for environmental data collection. EPA QA/G-52.  Office of Environmental Information, Washington DC.

[11] EPA (1995). Establishing background levels.  EPA/540/F-94/030.  Office of Solid Waste Management, Washington DC.

[12] EPA (2002) Guidance on comparing background and chemical concentrations in soil for CERCLA sites. EPA/540-R01-003.  Office of Emergency and Remedial Response, Washington, DC.

[13] Stout et al. (2018), Opinion [1g], p. 25

[14] Appendix B contains an inventory of plaintiffs' (soils and solids) samples for which chemical data are available. It includes total concentrations of dioxins, PAHs, custom-SVOCs, cyanides, and "marker" metals for all (soils and solids) samples analyzed by plaintiffs.  It is noteworthy that our compilation of plaintiffs' data identifies data reported by some plaintiffs' experts but not others, and vice versa.  As was the case in our original (2018) report, we included and considered in this report all of plaintiffs' experts data made available to us, including data provided in 2018.

[15] EPA. (2003). Exposure and human health reassessment of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) and related compounds.  Publ. EPA/600/P-00/001. Office of Research and Development, Washington, DC.  This is the largest study of PCDD/Fs in background soils we are aware of and included over 600 soils from rural (319) and urban (305) settings.

[16] Electric Power Research Institute (2004) Polycyclic aromatic hydrocarbons (PAHs) in surface soils in Illinois; Background PAHs.  Dec. 27, 2004. Publication No. 1011376, EPRI, Palo Alto, California.  Available on-line.  This is the largest study of PAHs in background soils we are aware of and included 160 soils from non-urban settings.

[17] Kaltofen, M. (2018), rebuttal report, p. 4.

[18] Stout et al. (2018), Opinion [1b], p. 32

[19] Stout et al. (2018), Opinion [3b], p. 46



In Dr. Kaltofen's (2021) supplemental report, he refers to a limited number of smaller published datasets or reported values for dioxin and PAH background soil concentrations that he alleges demonstrate impact of these chemicals within the proposed Class Area.  He predominantly refers to two datasets collected for soils from Texas.  We assess the new information presented in Dr. Kaltofen's supplemental report on dioxins and PAHs in Sections 2.1 and 2.2 below.

Dr. Kaltofen also revisits his original (2018) report's assessment regarding the alleged impact of so-called "custom-SVOCs" and, for the first time, the alleged impact of cyanides due to the Arkema events.  These two chemical groups are addressed in Sections 2.3 and 2.4 below.

Dr. Kaltofen does not revisit the plaintiffs' Complaint claim surrounding the alleged impact of four so-called "marker metals" (aluminum, barium, calcium, and zinc)[20] from the Arkema events, which we rebutted in our original (2018) report.[21]  Neither are these "marker metals" considered by plaintiffs' human health risk expert Ms. Thompson to be Constituents of Potential Concern. Therefore, we do not revisit the issue of "marker metals" herein and reaffirm our prior opinions.


Section 2.1:  Dioxins

*Commentary on Dr. Kaltofen's Dioxin Data – Mixing TEQs from Different TEFs*

Before considering Dr. Kaltofen's new assessment regarding dioxins in the proposed Class Area, it is important to note that there are fundamental errors in the data he used for making comparisons with background or other datasets. Specifically, Dr. Kaltofen erred in compiling his dioxin toxic equivalency concentration (TEQ) data. TEQs are weighted quantities based on the toxicity of each member of the dioxin and dioxin-like compounds group of chemicals relative to 2,3,7,8-TCDD, which is the most toxic member of the category.  Raw concentration values for each of the 17 dioxin and furan isomers are multiplied by the congener's respective toxicity equivalency factor (TEF), and then summed to yield a TEQ, usually expressed in units of nanograms per kilogram (ng/kg) or parts per trillion (ppt) TEQ.

Among the benefits of converting raw dioxin concentration data to TEQ is the ability to compare measured TEQ concentrations with published TEQ benchmarks for different media, including soil. In Dr. Kaltofen's supplemental report, he compares his TEQs for soil samples (and other media) from the proposed Class Area to urban and rural background TEQ concentrations reported in an article published by Urban et al.[22]  The Urban et al. compilation of TEQs is based upon World Health Organization (WHO) TEFs updated in 2005 and reported in 2006 (WHO$_{2006}$).[23] However, Dr. Kaltofen's compilation of TEQs[24] for the samples collected by plaintiffs' experts is based on a mixture of TEQs calculated using different TEFs. Some of the TEQs that he used were calculated using older International Toxicity Equivalency Factors (I-TEF) developed by the North Atlantic

---

[20] Second Amended Complaint; para. 68.

[21] Stout, S.A. et al. (2018), Opinion 5, p. 56-61.

[22] Urban, J.D. et al. (2014).  A review of background dioxin concentrations in urban/suburban and rural soils across the United States: Implications for site assessment and the establishment of soil cleanup levels.  Sci. Tot. Env. 466-467: 586-597.

[23] Van den Berg, M. et al. (2006). The 2005 World Health Organization reevaluation of human and Mammalian toxic equivalency factors for dioxins and dioxin-like compounds. Tox. Sci. 93(2), 223–241.

[24] Kaltofen reliance material (2021). Arkema_database_08042018 revised 02152019.XLS.



Treaty Organization in 1988 (1998 I-TEFs),[25] while another set of TEQs he used were based on contemporary $WHO_{2006}$ TEFs. The result is that his compilation of TEQs is an incompatible collection of mis-matched TEQs, which he then compares against Urban et al.'s rural and urban soil background TEQ benchmarks that are based upon $WHO_{2006}$ TEFs. His failure to recognize this error is puzzling because the plaintiffs' other experts Mr. Glass and Ms. Thompson appropriately recomputed TEQs for all of the plaintiffs' data using the $WHO_{2006}$ TEFs, thereby making the TEQs intra-comparable and, in the case of plaintiffs' soil samples, comparable to urban and rural background benchmark TEQs compiled by Urban et al.

Dr. Kaltofen's error is important because the differences between TEQs calculated using the 1998 I-TEFs and the $WHO_{2006}$ TEFs can be significant. Not surprisingly, the TEQ results for certain dioxin samples that Dr. Kaltofen references in his supplemental report are significantly different than those presented by Mr. Glass and Ms. Thompson (Table 1). For example, Dr. Kaltofen's TEQ for drywall sample N-1 is 977 ppt whereas Glass/Thompson's TEQ is 653 ppt. Dr. Kaltofen's TEQ for soil sample AV-1 is 141 ppt, compared to Glass/Thompson's TEQ of 78.4 ppt. Dr. Kaltofen's TEQ for soil sample BD-1 is 101 ppt, compared to Glass/Thompson's TEQ of 37.9 ppt. Other examples such as these pervade Dr. Kaltofen's project database.[20]

**Table 1. Examples of TEQs reported by Dr. Kaltofen compared to those computed by Glass/Thompson and verified by NewFields.**

| Sample ID | Matrix | Kaltofen TEQ (ppt) | Kaltofen TEF source | Glass/ Thompson TEQ (ppt) | Glass/ Thompson TEF source |
|---|---|---|---|---|---|
| N-1 | Drywall | 977 | I-TEF (1988) | 653 | TEF ($WHO_{2006}$) |
| AW-2 | Soil | 42.1 | I-TEF (1988) | 32.8 | TEF ($WHO_{2006}$) |
| AV-1 | Soil | 141 | I-TEF (1988) | 78.4 | TEF ($WHO_{2006}$) |
| BX-1 | Soil | 90.6 | I-TEF (1988) | 71.0 | TEF ($WHO_{2006}$) |
| BD-1 | Soil | 101 | I-TEF (1988) | 37.9 | TEF ($WHO_{2006}$) |

These mismatches of TEQs in Dr. Kaltofen's database[26] are pervasive among arguably his most important samples—i.e., the plaintiffs' soil samples that he compares to Urban et al.'s compilation of background TEQ concentrations for rural and urban soils. Eighty percent (80%) of Dr. Kaltofen's plaintiffs' soil sample TEQs are based on the outdated 1988 I-TEFs, while only 20% of his plaintiffs' soil sample TEQs are based on $WHO_{2006}$ TEFs.

Our assessment reveals the source of Dr. Kaltofen's incompatible assembly of TEQ data can be traced to how he compiled the data. Specifically, the plaintiffs' experts' dioxin data was produced by two different laboratories—SGS/Accutest and ALS Laboratory. SGS/Accutest calculated and reported TEQs based on the outdated 1988 I-TEQs, while ALS Laboratory calculated and reported TEQs based on $WHO_{2006}$ TEFs. Dr. Kaltofen did not independently calculate the TEQs contained within his database, rather he simply transcribed the TEQs from the two laboratories' reports without recognizing that they computed TEQs using different TEFs. Thus, he erroneously

---

[25] Kutz, F.W. et al. (1990). The international toxicity equivalency factor (I-TEF) method for estimating risks associated with exposures to complex mixtures of dioxins and related compounds. Tox. Env. Chem. 26: 99-109.

[26] Kaltofen reliance material (2021). Arkema_database_08042018 revised 02152019.XLS.



commingled incompatible TEQs, making his collection of TEQ data incompatible, inaccurate, and scientifically unreliable.  As such, we conclude that:

> **Dr. Kaltofen's TEQ database for plaintiffs' samples is a collection of "apples and oranges" that cannot be reliably intra-compared, nor dependably compared against published benchmarks, such as the Urban et al. urban and rural soil background benchmarks.**

*Dioxin Concentrations in the Proposed Class Area Soils versus Texas Background Soils*

In Dr. Kaltofen's supplemental report, he refers to, for the first time, a published paper by Urban et al. (2014)[27] that compiled dioxin TEQs for rural background soils (291 total samples) and urban background soils (615 total samples) from 26 separate studies within the United States.  Three studies referenced in Urban et al. were conducted by the Texas Commission of Environmental Quality (TCEQ) and included data for dioxin concentrations in soils from both rural and urban settings in Texas.[28, 29, 30]   Dr. Kaltofen attempts to use this TCEQ data to support his theory that the proposed Class Area has been impacted by dioxins from the Arkema events.  Dr. Kaltofen makes the sweeping (and unsupported) statement that:

> *"Soil samples collected within seven miles of Arkema had higher TEQ concentrations than these Texas average background levels of TEQ in parts per trillion."[31]*

However, as demonstrated below, we find:

> **When the dioxin concentrations in *all* 122 of the plaintiffs' soil samples are compared to the results of TCEQ soil background studies, Dr. Kaltofen's statement is unequivocally false.**

In reaching this conclusion we first point out that our "apples-to-apples" comparison is made using TEQs calculated using only the WHO$_{2006}$ TEFs that we independently computed and compiled for the plaintiffs' soil samples and other matrices (Appendix B), rather than Dr. Kaltofen's mismatched and scientifically inaccurate values.  Additionally, we replaced any non-detected dioxin concentrations with the laboratory's detection limit concentration—thus affording the most conservative estimate of TEQ in the soil samples from the proposed Class Area as plaintiffs' experts (Mr. Glass and Ms. Thompson) have done.  *Although we do not agree with this approach because it results in apparent detections of dioxins even though none were detected by the*

---

[27] Urban, J.D. et al. (2014).  A review of background dioxin concentrations in urban/suburban and rural soils across the United States: Implications for site assessment and the establishment of soil cleanup levels.  Sci. Tot. Env. 466-467: 586-597.

[28] TCEQ (Texas Commission of Environmental Quality). (1995a). Toxicological Evaluation of Polychlorinated Dibenzodioxin (PCDD) and Polychlorinated Dibenzofuran (PCDF) concentrations in soil samples collected in the vicinity of six Texas cities (Center, Carthage, Cleburne, Terrell, Quitman, and Midlothian). Interoffice Memorandum, October 16, 1995.

[29] TCEQ (Texas Commission of Environmental Quality). (1995b). Sampling and analysis of soils for TCDDs and PCDFs from six Texas cities. Prepared by Southwest Research Institute. SwRI Project No. 01-6679.

[30] TCEQ (Texas Commission of Environmental Quality). (1997). Toxicological evaluation of the 1996 results of soil sampling for dioxins/furans in the vicinity of five municipal/medical waste incinerators. Amarillo, Terrell, Center, Pearland, and Galveston. Sampling conducted December 2–8, 1996. Interoffice Memorandum, July 7, 1997.

[31] Kaltofen, M. (2021), p. 8.



*laboratory*, we utilize this approach to afford an apples-to-apples comparison to the TCEQ soil background datasets referenced by Dr. Kaltofen.

In his supplemental report, Dr. Kaltofen quotes from the Urban et al. paper summarizing the findings of the three TCEQ soil background studies:

> *"TEQ$_{2006}$ concentrations were found to range from 0.8 to 22.6 ng/kg (mean 7.1 ng/kg) in rural soils and from 6.2–7.2 ng/kg (mean 6.7 ng/kg) in urban samples."*

We agree that these TCEQ soil background data ranges can be used to put the plaintiffs' soil data in perspective, but only when all 122 of these soil samples are considered.   Figure 1 below shows a histogram of the number of soil samples from the proposed Class Area as a function of their TEQ concentrations.



**Dioxin Concentration (ppt TEQ)**

**Figure 1: Histogram showing the concentration of dioxins (in ppt TEQ) for all 122 soil samples collected from the proposed Class Area analyzed for dioxins.**   Green bars depict samples within the range of TEQ concentrations reported by TCEQ for rural soils in Texas, as referenced by Dr. Kaltofen. TCEQ mean (7.1 ppt) and maximum (22.6 ppt) are depicted in green boxes.  Red bars depict (four) samples (BD-1, AW-2, AV-1, and BX-1) containing TEQ concentrations above the TCEQ maximum (22.6 ppt).  All TEQs are based upon WHO 2006 TEFs with all non-detects set to the laboratory detection limit.

This figure's horizontal axis highlights (green boxes) the mean and maximum TEQ concentrations from the TCEQ rural soil background studies, 7.1 and 22.6 ppt, respectively.[32]

The following statistics are evident:

- 86% of the soil samples (108 of 122) have a LOWER TEQ than the TCEQ's mean background TEQ for rural Texas soils (< 7.1 ppt);

---

[32] Because mean values were reported in the TCEQ studies, it should be emphasized that some background soils will contain TEQ concentrations that are less than the mean and others will contain concentrations that are more than the mean.



- 97% of the soil samples (118 of 122) have a LOWER TEQ than the TCEQ's maximum background TEQ for rural Texas soils (< 22.6 ppt);
- Only 3% of the soil samples (4 of 122) have a HIGHER TEQ than the TCEQ's maximum background TEQ for rural Texas soils (22.6 ppt); and
- The mean TEQ for all 122 soil samples from the proposed Class Area (4.3 ppt) is LOWER than the TCEQ's mean background TEQ for rural Texas soils (7.1 ppt).

The four soil samples that have TEQ concentrations greater than the TCEQ's rural Texas soil maximum of 22.6 ppt TEQ [AW-2 (32.8 ppt), BD-1 (37.9 ppt), BX-1 (70.96 ppt) and AV-1 (78.4 ppt)] each still have lower TEQs than the upper limit reported by Urban et al. for all U.S. urban soils (186.2 ppt).

While the immediate Crosby area is rural in nature, it is located within 30 miles of highly urbanized and industrialized Houston.  Therefore, Crosby is within an air shed whose air quality is poor and tied to emissions and air quality from the metropolitan Houston area. Since atmospheric fallout is a significant source of dioxin to rural and urban soils, it is reasonable to hypothesize, for the purpose of considering the levels of dioxins in soils, that Crosby falls between true rural and urban conditions. Therefore, the four samples with a TEQ greater than the TCEQ's maximum background for rural soils (22.6 ppt) but lower than the urban background limit of 186.2 ppt could likely be due to urban-like impacts to the Crosby area.  An alternate and equally likely explanation for the four samples with TEQs greater than the TCEQ's maximum background TEQ for rural Texas soils is that those four soils are impacted by localized, perhaps property-specific dioxin sources (e.g., indiscriminate backyard burning, residues of treated wood in soil, residues of certain pesticides such as pentachlorophenol, which are known to contain dioxins, etc.) – as described in our original (2018) report.[33]

Thus, an unbiased assessment of the Urban et al. published dataset, and specifically the TCEQ's rural Texas background soils dataset, allows us to conclude:

> **Dr. Kaltofen's newly introduced literature references regarding dioxin concentrations in background soils from Texas do not support his contentions and, in fact, reaffirm our original opinion that soils within the proposed Class Area were not measurably impacted by dioxins from the Arkema events.**

> **Dioxin concentrations in soils within the proposed Class Area are still overwhelmingly consistent with background concentrations measured in U.S. soils, including those measured in Texas.**

> **The available data provides no evidence for any area wide dioxin impact from the Arkema events.**

*Dr. Kaltofen's Inappropriate Comparisons – Non-Soil Matrices versus Soil Benchmarks.*

In a table on page 8 of his supplemental report, Dr. Kaltofen compares dioxin TEQ data for soils and certain non-soil matrices with Urban et al.'s average TEQ values for rural and urban soils. While this table contains data for soils, it also contains data for solid (non-soil) samples collected by plaintiffs' experts, including CT-1 (vacuum cleaner dust), and N-1 (drywall).  In another example of his "apples-to-oranges" comparisons, Dr. Kaltofen misleads the reader into thinking

---

[33] Stout, S.A. et al. (2018), p. 10-14 and Table 3.



that all of the samples in his table are soils and therefore comparable to Urban et al.'s soil benchmarks.  Specifically, in a preamble to the table, he writes:

> *"People are exposed to higher dioxin concentrations within the class than they would be if they were exposed to background concentrations of dioxins. Soil samples collected within seven miles of Arkema had higher TEQ concentrations than these Texas average back-ground levels of TEQ in parts per trillion (Table below, data from BCD 2018)."*

Aside from the aforementioned problems with his mis-matched TEQ data, Dr. Kaltofen's inappropriate "apples-to-oranges" comparisons between Urban et al.'s benchmarks for rural and urban <u>soils</u> with TEQs measured in <u>non-soils</u> such as vacuum cleaner dust and drywall are illogical and are scientifically flawed.[34]  As we have repeatedly stated, such comparisons are blatantly misleading since soil, any soil, would be expected to contain much lower concentrations of any chemicals compared to the "pure" solid samples due to the diluting effect of mineral and/or organic matter in soil.[35]

Urban et al.'s benchmarks were developed strictly from evaluating dioxin TEQ measured in soil and were not intended to be compared to other natural or man-made matrices.  Not only is the very nature of the non-soil matrices different than mineral-rich soil, but the non-soil matrices can also contain chemicals that were intentionally or inadvertently added to them (e.g., drywall), or contain chemicals that became entrained in them in an indoor setting with its own localized sources of contamination (e.g., vacuum cleaner dust).

In the table on page 8 of his supplemental report, Dr. Kaltofen insinuates that the dioxin measured in the non-soil samples were elevated and representative of impacts of the Arkema events.[36]  Such claims are inaccurate and not scientifically defensible. In fact, an evaluation of dioxin concentrations measured in plaintiffs' experts' non-soil samples (including not only of vacuum cleaner dust and dry wall, but also "black goo," ash, grass and hay, ground- and surface water, and wipe samples) has already been thoroughly explained in our original (2018) expert report,[37] and need not be repeated here.

In summary, we rule out Dr. Kaltofen's comparison of TEQ measured in non-soil matrices to published soil TEQ benchmarks as scientifically unjustified and blatantly misleading.  Our original (2018) report's analyses of dioxins found in solid (non-soil and aqueous) matrices leads us to reaffirm our original opinion:

> **Solid *(non-soil)* samples analyzed for dioxins and discussed or referenced by Dr. Kaltofen do not provide evidence of impacts across the proposed Class Area from a dioxin point source.**

---

[34] *See* Figure 2 for an "apples-to-apples" comparison of dioxins in the proposed Class Area soils *versus* background soils.

[35] Stout, S.A. et al. (2018), Opinion 1g, p. 26; Opinion 1h, p. 27; Opinion 4b, p. 53.

[36] In his table he also cherry-picked the only four soils that contained higher TEQs than the TCEQ studies' maximum.  He ignored the other 118 soils that contained much lower TEQs than the TCEQ maximum; see Fig. 2.

[37] Stout, S.A. et al. (2018), Opinion 2c, p. 35-43.



*Dioxins in "Pure" Ash Samples*

As described further in Section 6, the plaintiffs' experts' conceptual site model contends that ash from the Arkema events carried and deposited contaminants, including dioxins, throughout the proposed Class Area.   On page 8 of his supplemental report, Dr. Kaltofen states that ash sample U-1:

> *"had high dioxin levels, with a mid-point TEQ (WHO 2005) of 15 ppt, which was just below the onsite value of 18 ppt for sample DD-4.  DD-4 was a mixed soil and fire debris sample, not an ash source material."*

First, the ash sample U-1 contained <u>no</u> detectable concentrations of the most toxic dioxin congeners.[38]  Dr. Kaltofen's alleged "high dioxin levels" for the U-1 ash sample assumed these congeners to be present at half the laboratory detection limit, resulting in an artificially high mid-point TEQ.   Conversely, the DD-4 soil/"black goo" sample[39] authentically contained measurable concentrations of these most toxic congeners.  Thus, contrary to Dr. Kaltofen's quote (above), the U-1 ash sample's TEQ is not comparable to the DD-4 soil/"black goo" sample's TEQ and his comparison is wrong and misleading.

Second, Dr. Kaltofen fails to mention that plaintiffs' experts collected several other ash samples that were analyzed for dioxins.  Table 2 lists these other samples, and their TEQs computed using the $WHO_{2006}$ TEFs presented in two fashions: Column 1, substituting zero for non-detected dioxin congener values and Column 2, substituting the detection limit for non-detected PDD/F congeners (in a manner consistent with the approach used by plaintiffs' experts, Mr. Glass and Ms. Thompson).  In the first case, zero substitutions for non-detected dioxin congeners allow for identification of TEQ values driven only by true detections of dioxin compounds (rather than assuming that "non-detections" were authentic detections at concentrations equal to the laboratory's detection limit).  This is consistent with the U.S. EPA's approach for evaluating background concentrations of dioxins in environmental media,[40] and the approach we used in our original (2018) expert report.  In the second case, substituting the laboratory's detection limit for non-detected dioxin congeners offers a means to compare highly conservative estimates of ash samples' TEQs to highly conservative estimates of plaintiffs' soil TEQs as calculated by plaintiffs' experts, Mr. Glass and Ms. Thompson.

---

[38] 2,3,7,8-TCDD, 1,2,3,7,8-PeCDD, and 2,3,4,7,8-PeCDF (per WHO, 2005)
[39] DD-4 was a mixture of soil and "black goo" (Thompson, 2018, Ex. 4, p. 17)
[40] EPA. (2003). Exposure and human health reassessment of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) and related compounds. Publ. EPA/600/P-00/001. Office of Research and Development, Washington, DC.



**Table 2. Dioxin TEQs computed for plaintiffs' experts' ash samples.**
TEQ concentrations in ppt; DL=detection limit

| Ash Sample ID | Column 1<br>TEQ (WHO$_{2006}$)<br>ND = 0 | Column 2<br>TEQ (WHO$_{2006}$)<br>ND = DL |
|---|---|---|
| CE-1 | 0.57 | 2.28 |
| E-1 | 0 | 22.3 |
| F-1 | 0 | 4.30 |
| T-1 | 0.01 | 2.11 |
| U-1 | 5.12 | 25.3 |

The data in Column 1 shows that the five ash samples contain few if any real detections of dioxins. In fact, two of the samples (E-1 and F-1) contained no detectable dioxin congeners.  Clearly, the data in Column 1 show that:

> **The plaintiffs' experts' ash samples, i.e., their alleged source of dioxins within the proposed Class Area, are not measurable sources of dioxins in the proposed Class Area.**

The data in Column 1 also demonstrate that even when very low concentrations of dioxins were detected in ash, the results were highly variable. Significantly, as a result, no one ash sample can adequately represent ash found in soils from the proposed Class Area. This conclusion is further described and supported based on the dioxin chemical fingerprints of ash *versus* soils from the proposed Class Area discussed in Section 4.1 below.

Even when using the highly conservative approach of substituting the detection limit for non-detected dioxins as followed by plaintiffs' experts (Column 2), three of the five *ash* samples contain TEQs equal to or <u>lower</u> than the average of plaintiffs' *soil* samples from the proposed Class Area (4.3 ppt TEQ; see discussion above).  Even if the soils in the proposed Class Area were composed of 100% ash (an obvious impossibility), the TEQ levels would be lower than the TCEQ's mean or maximum TEQs for Texas rural background soils (7.1 or 22.6 ppt TEQ, respectively; see discussion above and Fig. 1) for four of the five ash samples; the fifth ash sample (U-1) would be only barely above the rural background maximum (22.6 ppt TEQ). Thus, the data shows that:

> **Even when using the highly conservative approach to estimating TEQ for the "pure" ash samples adopted by plaintiffs' experts, it is simply not possible for the ash to be a measurable contributor of dioxins to the soils within the proposed Class Area.**

Based on these facts, the mere visual observation of macroscopic ash at select locations within the proposed Class Area by plaintiffs' experts, notably Mr. Glass, does not mean that the ash was *a* source, let alone *the* source, of dioxins found in samples throughout the proposed Class Area. The available data (Table 2) shows that even if dioxins were present in the ash, they existed at concentrations too low to account for or measurably contribute to the dioxins measured in soils within the proposed Class Area.

*Sample DD-4 and other On-Site Soil Samples*

As indicated in Table 1, Dr. Kaltofen classifies sample DD-4, which was collected at the Arkema Facility, as a "mixed soil and fire debris sample," which he implies is impacted by dioxins from the

16



Arkema events.  Absent from his supplemental report is important context regarding this sample, and other on-site soil samples plaintiffs' experts collected at the Arkema facility.[41]

In his original (2018) expert report, Dr. Kaltofen presented results for soil samples collected in July 2018 near Building 27 on the Arkema facility.  These included sample DD-4 (18.2 ppt TEQ) and CS-1 (9.38 ppt TEQ).  Plaintiffs' experts also reported dioxin concentrations for three other on-site soil samples: CQ-1 (4.75 ppt TEQ), CS-2 (8.16 ppt TEQ) and CR-1 (1.27 ppt TEQ).

Collectively, the TEQs measured in these five on-site soil samples are much lower than typical soils from dioxin impacted industrial sites and are, instead, consistent with dioxins found in typical rural and/or urban soils.  For example, the range of TEQs measured in all five of plaintiffs' experts' on-site soil samples (1.27 to 18.2 ppt TEQ) fall within the concentration range reported in the TCEQ's study of rural background soils in Texas (0.8 to 22.6 ppt TEQ; as reported by Urban et al.).  Thus, the available data show that:

> **Even the Arkema <u>on-site</u> soils analyzed by plaintiffs' experts are not measurably impacted by dioxins above Texas background levels.**

By contrast, dioxin TEQs are typically much higher at industrial sites.  For example, U.S. EPA reported dioxin concentrations in soils at a combustion-derived dioxin contaminated municipal waste-to-energy facility in Columbus, Ohio that ranged from 50 to 760 ppt TEQ with an average of 444 ppt TEQ.[33]

As originally concluded,[42] our opinion regarding the on-site Arkema soils remains:

> **There is no evidence that plaintiffs' soil samples collected from the Arkema facility have been impacted by dioxins from a significant point source, such as is alleged to have occurred during the Arkema events.  To the contrary, the data indicate that no significant dioxins were even present on the Arkema facility.**

<u>Section 2.2:  PAHs – Benzo[a]pyrene and Total PAHs</u>

Before considering Dr. Kaltofen's new assessment regarding the area's background PAH concentrations, it should be noted that he continues to focus on PAHs despite the fact that Ms. Thompson, the expert put forward by plaintiffs to opine on the results of human health risk-based screening level assessment and identification of Constituents of Potential Concern (COPC), concluded that benzo[a]pyrene and, in fact, all PAHs were <u>not</u> COPCs in the ash, assorted solids (e.g., grass, etc.), soil, or indoor dust samples from the proposed Class Area.[43]  Additionally, we note that Ms. Thompson repeatedly refers to the same large, published dataset for background PAHs in U.S. soils that we had compared against plaintiffs' data in our original (2018) report in reaching her opinion that PAHs were not COPCs.

Nonetheless, Dr. Kaltofen attempts to demonstrate otherwise through comparisons or references to other published datasets (discussed below), although he mostly refers to a study of soils in El Paso, Texas.[44]  This dataset is emphasized by Dr. Kaltofen since it arguably represents a Texas-

---

[41] TEQ concentrations for the samples in the subsequent discussion were computed using $WHO_{2006}$ TEFs to maintain comparability with soil sample data presented in this report (and Fig. 1).

[42] Stout, S.A. et al. (2018), Opinion 2b, p. 34.

[43] Thompson, S. (2021), p. 3-5, 3-6, 3-7

[44] De La Torre-Roche, R.J. et al. (2009) Soil-borne polycyclic aromatic hydrocarbons in El Paso, Texas: Analysis of a potential problem in the United States/Mexico border region.  J. Hazard. Mater. 163: 946-958.  We will hereafter refer to this study as the "El Paso soil background study".



specific background soil dataset.  In reference to this El Paso soil background study results, he states, based upon the concentrations of a single PAH, benzo[a]pyrene, in two of the plaintiffs' experts' samples (Q-1 and BO-4),[45] "*Soil concentrations around the Arkema facility were well above these background levels*".  However, we find:

**When the benzo[a]pyrene concentrations in *all* 116 of the plaintiffs' soil samples are compared to the El Paso soil background study's results, Dr. Kaltofen's statement is unequivocally false.**

This is demonstrated in Figure 2, which shows the concentrations of benzo[a]pyrene in all 116 soil samples collected by plaintiffs' experts within the proposed Class Area that were analyzed for PAHs (Appendix B).  This figure's horizontal axis highlights (green boxes) the mean and maximum concentration of benzo[a]pyrene in the El Paso soil background study, 8.4 and 365 ppb, respectively.[46]



**Benzo[a]pyrene Concentration (ppb)**

**Figure 2: Histogram showing the concentration of benzo[a]pyrene (ppb) for all 116 soil samples collected from the proposed Class Area analyzed for benzo[a]pyrene.**  Green bars depict samples within the range reported by in Dr. Kaltofen's "new" dataset for El Paso, Texas soils.  The El Paso background study's mean (8.4 ppb) and maximum (356 ppb) are depicted in green boxes.  Red bars depict (two) samples (BX-1 and Q-1) containing benzo[a]pyrene concentrations above the El Paso study's maximum (356 ppb).

---

[45] He neglects to note that one of the two samples (BO-4) is not soil, but rather is a grass sample, whose concentration should not be compared to soil background.  This is one example of the "apples-to-oranges" comparisons Dr. Kaltofen repeatedly makes in his original, rebuttal, and supplemental reports.

[46] Because mean values were reported in the El Paso study, it should be emphasized that some background soils will contain concentrations that are less than the mean and others will contain concentrations that are more than the mean.



The following statistics are evident from the histogram:

- 84% of the soil samples (97 of 116) contain LESS benzo[a]pyrene than the mean of the El Paso soil background study (< 8.4 ppb);
- 98% of the benzo[a]pyrene concentrations in the soil samples (114 of 116) fall within the range of the El Paso soil background study (< 356 ppb);
- The mean for the 114 soil samples from the proposed Class Area containing <356 ppb (6.2 ppb) is LOWER than the El Paso study mean (8.4 ppb).
- Only 2% of the soil samples (2 of 116) contain more benzo[a]pyrene than were reported in the El Paso soil background study.

Thus, Dr. Kaltofen's statement that soil concentrations around the Arkema facility are "*well above these background levels*" is unequivocally false. In fact, nearly all (98%) of the soil samples from the proposed Class Area contain *LESS* benzo[a]pyrene than the El Paso soil background study referenced by Dr. Kaltofen in his supplemental report.

Only two soil samples containing higher concentration of benzo[a]pyrene (Q-1 and BX-1) are arguably anomalous. In Sections 3 and 4 below, we consider these two samples' locations and PAH chemical fingerprints, which demonstrate the benzo[a]pyrene in these two anomalous soil samples is not reasonably attributable to ash or "black goo" deposited from the Arkema events. Even if it was, the rarity of these two soil samples (2 out of 116; < 2%) contradicts any class-wide evidence of impact of benzo[a]pyrene.

In addition to the El Paso soil background study, Dr. Kaltofen briefly refers to two other published studies discussed in each the following two paragraphs.

First, in a single sentence, Dr. Kaltofen refers to another published study that reported a *median* global background concentration of benzo[a]pyrene of 1.9 ppb,[47] which upon comparison to Figure 2 seems quite low. However, when the details of this global study are considered, its results clearly are inappropriate to compare to the Crosby, Texas area soils. Specifically, Dr. Kaltofen fails to acknowledge that this global study <u>intentionally</u> collected soil samples "*far away from towns and cities*" and "*> 2 km from busy roads*", and, for example, included soil samples collected from a nature preserve in Antarctica, a high-altitude desert in Bolivia, and the Brazilian rain forest! The US EPA defines background as "*samples collected from unimpacted locations that are otherwise comparable to the alleged impacted locations*". Clearly, this study's results are not "*otherwise comparable*" to soils from the Crosby area – and thereby, **represents a misleading assertion by Dr. Kaltofen that this global study's results are somehow relevant to Crosby, Texas soils.**

Second, in another single sentence, Dr. Kaltofen claims the El Paso study's results for benzo[a]pyrene are "*within the range of or even lower than the US and global background data studied by ATSDR (1995, p. 262)*." This statement is technically correct, and if simply accepted, might mislead the reader into thinking it is relevant to the Crosby area. However, when the actual data are compared side-by-side (Table 3) the ranges reported by ATSDR (1995) show that background soils actually can contain much higher concentrations of benzo[a]pyrene than were reported in the El Paso soil background study. Dr. Kaltofen's single sentence (quoted above) fails to mention that ATSDR (1995) reports background soils can contain up to 1,300 ppb

---

[47] Nam, J.J. et al. (2009) Polynuclear aromatic hydrocarbons (PAHs) in global background soils. J. Environ. Monit. 11: 45-48.



benzo[a]pyrene, i.e., higher than all but one of the soil samples from the proposed Class Area (Fig. 2). **This demonstrates yet another misleading assertion by Dr. Kaltofen**.

**Table 3: Side-by-side comparison of benzo[a]pyrene concentration ranges in the El Paso and ATSDR (1995) soil background studies referred to in Dr. Kaltofen's supplemental report.**

|  | El Paso (2009) | ATSDR (1995) |
|---|---|---|
| Rural/Remote | ND – 365 | 2 – 1,300 |
| Agricultural | ND – ND | 4.6 – 900 |
| Urban | ND – 39.5 | 165 – 220 |
| All Soils | ND - 365 | 2 – 1,300 |

ND: non-detect; all concentrations in ppb

Thus, an unbiased assessment of both the El Paso background study results (Fig. 2), the global study results, and the ATSDR (1995) results (Table 3) allows us to conclude:

**Dr. Kaltofen's newly introduced literature references regarding benzo[a]pyrene concentrations in background soils do not support his contentions and, in fact, reaffirm our original opinion that soils within the proposed Class Area were not measurably impacted by benzo[a]pyrene from the Arkema events.**

**Benzo[a]pyrene concentrations in soils within the proposed Class Area are overwhelmingly consistent with background concentrations measured in U.S. soils, including those measured in El Paso, Texas.**

In addition to Dr. Kaltofen's emphasis on benzo[a]pyrene (alone), he also refers to and makes comparisons of the total PAH concentrations in the El Paso soil background study (average 116.3 ppb; maximum 2225 ppb) – and three other published background studies.[48] He states these studies' maximum concentrations of total PAHs were (1) lower than were found in the mean of nine samples collected on-site at the Arkema facility (7,317 ppb) and (2) lower than were found in the two off-site samples (again) called out by Dr. Kaltofen (BO-4 and Q-1, i.e., a grass and soil). These comparisons, however, are very misleading.

First, Dr. Kaltofen's on-site mean concentration (7,317 ppb) was calculated including four <u>solid</u> (non-soil) samples, which, for example, included a "pure" soot sample collected from a loading dock doorframe from the Arkema facility that (as "pure" soot) contained 13,222 ppb total PAHs (DA-1). By including these solid samples with five on-site soil samples he artificially and

---

[48] These three studies were referenced within the ATSDR (1995) and are not appropriate for comparison to Crosby soils, but since Dr. Kaltofen thinks they are, we have reviewed these studies. Specifically, Thompson (1986) reports total PAHs in soils from remote wooded areas of Wyoming and both Staples et al. (1985) and Halbrook et al. (1992) refer to total PAHs in sediments – not soils. Thus, comparison to Crosby area soils is hardly appropriate. Regardless the reported maxima in each of these three studies (210, 500, and 950 ppb, respectively) that Dr. Kaltofen deems relevant are each <u>lower</u> than the reported maximum in the El Paso study (2,225 ppb), and higher than 97% (113 of 116) of the soils collected/ analyzed from the proposed Class Area (Fig. 3).



improperly increased the mean, leading to another faulty "apples-to-oranges" comparison.   The actual mean for the five on-site <u>soil</u> samples collected was only 376 ppb.[49]

Second, his comparison to only two (of >100) off-site samples, one of which (again) was a solid (BO-4 grass; i.e., again apples-to-oranges), is a biased presentation of the data.  **Both these faulty comparisons are examples of Dr. Kaltofen's cherry-picking data to support his opinions**, which we criticized multiple times in our original (2018) report.[50]

The only appropriate "apples-to-apples" concentration comparisons are between the same matrices, such as soils *versus* soils, which is what we have consistently done.  Toward this end, Figure 3 shows the concentrations of total PAHs in all 116 soil samples collected by plaintiffs' experts within the proposed Class Area that were analyzed for PAHs.



**Figure 3: Histogram showing the concentration of total PAHs (ppb) for all 116 soil samples collected from the proposed Class Area analyzed for PAHs.**   Green bars depict samples within the range reported by in Dr. Kaltofen's "new" dataset for El Paso, Texas soils.  The El Paso background study's mean (116 ppb) and maximum (2225 ppb) are depicted in green boxes.  Red bars depict (three) samples (Q-1, P-3, and BX-1) containing total PAHs concentrations above the El Paso study's maximum (2225 ppb).

Inspection of Figure 3 shows that 94% (109 of 116) of the soil samples from the proposed Class Area contain LESS PAHs than the actual on-site soil sample mean (<376 ppb).  Additionally, several statistics relevant to the El Paso soil background study's results are evident, including:

---

[49] DD-4, CQ-1, CS-1, CS-2, and CR-1.  One of these samples (DD-4 has the highest total PAH concentration, 1,378 ppb) was a mixture of soil and "black goo" (Thompson, 2018, Ex. 4, p. 17), but nonetheless, considered a soil for this comparison.  If this on-site "soil" sample is omitted, the average total PAH concentration for the remaining four soils is only 125 ppb.

[50] Stout, S.A. et al. (2018), p. 28, 39, 45, 58.



- 84% of the soil samples (97 of 116) contained LESS PAHs than the mean of the El Paso soil background study (< 116 ppb);
- 97% of the PAH concentrations in the soil samples (113 of 116) fall within the range of the El Paso soil background study (< 2,225 ppb);
- The mean for the 113 soil samples from the proposed Class Area containing <2,225 ppb (63.4 ppb) is LOWER than the El Paso study mean (116 ppb).
- Only 3% of the soil samples (3 of 116) contain higher concentrations of total PAHs than were reported in the El Paso soil background study.

The three soil samples containing anomalously higher concentration of total PAHs (Q-1, P-3, and BX-1) are just that – anomalous.  Two of these samples (Q-1 and BX-1) also contained the anomalously high concentrations of benzo[a]pyrene (Fig. 2).  In Sections 3 and 4 below, we consider these three samples' locations and PAH (chemical) fingerprints, which will demonstrate the total PAHs in these three anomalous soil samples are not reasonably attributable to ash or "black goo" deposited from the Arkema events.  Further even if they were, the rarity of these three soil samples (3 out of 116; 3%) does not support any class-wide evidence of impact of benzo[a]pyrene.  Therefore, we conclude:

**Dr. Kaltofen's newly introduced literature references regarding total PAH concentrations in background soils do not support his contentions and, in fact, reaffirm our original opinion that soils within the proposed Class Area were not measurably impacted by total PAHs produced and released during the Arkema event.**

**Total PAH concentrations in soils within the proposed Class Area are still overwhelmingly consistent with background concentrations measured in U.S. soils, including those measured in El Paso, Texas.**

Section 2.3:  Custom SVOCs

As with PAHs, it is unclear why Dr. Kaltofen again discusses his so-called six "custom-SVOCs" despite the fact that Ms. Thompson, the expert put forward by plaintiffs to opine on the results of human health risk-based screening level assessment and identification of Constituents of Potential Concern (COPCs), did not conclude that any of these six chemicals are COPCs in the ash, assorted solids (e.g., grass, etc.), soil, or indoor dust samples from the proposed Class Area.[51]

Nonetheless, in his supplemental (2021) report,[52] Dr. Kaltofen simply presents the same table of five selected samples' results contained in both his original (2018) and rebuttal (2018) reports.[53,54] This table retains Dr. Kaltofen's scientifically inappropriate "apples-to-oranges" comparisons between the lone background <u>soil</u> collected outside the proposed Class Area (CK-1) to numerous <u>solid</u> (non-soil) samples (soot, house dust, and ash).  As we have repeatedly stated, this comparison is scientifically inappropriate and misleading since soil, any soil, would be expected

---

[51] Thompson, S. (2021), p. 3-5, 3-6, 3-7
[52] Kaltofen, M. (2021), p. 9, Table 1.
[53] Kaltofen, M. (2018), original report, p. 14, Table 1.
[54] Kaltofen, M. (2018), rebuttal report, p. 6, Table 1.

22



to contain much lower concentrations of any chemicals compared to the "pure" solid samples due to the diluting effect of mineral and/or organic matter in soil.[55]

Dr. Kaltofen's supplemental report provides no new data nor any new bases for us to re-evaluate the custom-SVOC concentration data collected by plaintiffs' experts.  Because these are "custom" chemicals, unlike dioxins or PAH, there are no published background studies available for comparison.   Dr. Kaltofen does, however, oddly refer to a published study for one of the six custom-SVOCs—phenol—in 536 *stream bed sediments* across the U.S.,[56] which bears no relevance to soils in general, and certainly not Crosby area soils.

We addressed the shortcomings of Dr. Kaltofen's small custom-SVOC dataset (Appendix B) in our original (2018) report,[57] including:

- The questionable reliability of the custom-SVOC concentration data owing to their analysis using a non-standard laboratory method, which in some instances occurred after U.S. EPA holding times were exceeded and which were only available in "draft" reports from the laboratory;[58]
- The lack of representativeness owing to the limited number of soil samples from the proposed Class Area analyzed for these custom-SVOCs (22), with most samples (18 of 22) collected 11 months after the Arkema events;
- The collection of only one background soil sample outside the proposed Class Area (also collected 11 months after the Arkema events), which also contained custom-SVOCs, raises the question, "*just how custom are these chemicals if they occur in background soil?*"; and
- Our literature review showed these "custom" SVOCs are not unique to the decomposition of organic peroxides and are formed by combustion of many forms of organic matter in the environment.[59]

In summation, in the absence of any new and relevant information contained in Dr. Kaltofen's supplement (2021) report, we stand by our original (2018) report's opinions regarding custom-SVOC data collected by plaintiffs' experts, including:

**The so-called custom-SVOC data are of limited forensic utility.  These data still do not support Dr. Kaltofen's claim that soils within the proposed Class Area were impacted by these chemicals from the Arkema events.**

Section 2.4:  Cyanides

Again, as with the PAHs and custom-SVOCs, Dr. Kaltofen's supplemental report inexplicably introduces cyanides despite the fact that Ms. Thompson, the expert put forward by plaintiffs to opine on the results of human health risk-based screening level assessment and identification of Constituents of Potential Concern (COPCs), concluded that cyanides were not Constituents of

---

[55] Stout, S.A. et al. (2018), Opinion 1g, p. 26; Opinion 1h, p. 27; Opinion 4b, p. 53.

[56] Lopes T.J. and Furlong, E.T. (2001). Occurrence and potential adverse effects of semi-volatile organic compounds in streambed sediment, United States, 1992–1995. Environ Sci Technol 20:727-737.

[57] Stout, S.A. et al (2018), p. 51-55.

[58] The unreliability of the "custom-SVOC" data was also recognized and described in *the* Expert Report of Dana H. Hebert (October 5, 2018).

[59] Stout, S.A. et al. (2018), p. 7, Table 4 (p. 68-69)



Potential Concern (COPC) in the ash, assorted solids (e.g., grass, etc.), soil, or indoor dust samples from the proposed Class Area.[60]

Nonetheless, Dr. Kaltofen's supplemental report includes, for the first time, his basis for alleging the Arkema events increased cyanides concentrations in soils within the proposed Class Area. His principal basis for this is the detection of cyanides in the three ash samples – and the presumption that ash was dispersed and deposited throughout the proposed Class Area due to the Arkema events.

Dr. Kaltofen's and our own assessment of cyanides in soils is hampered by the overall lack of background concentration data in the published literature. Dr. Kaltofen's sole published reference in his supplemental report is to ATSDR (2006) that reported the topsoil from 51 hazardous waste sites had a median cyanide concentration of 0.4 ppm.[61]   (This indicates that half the samples contained less than 0.4 ppm and half contained more than 0.4 ppm.)  The appropriateness of his comparison of soils from known *hazardous waste* sites to Crosby area soils is unclear, but nonetheless the median for the 48 soil samples from the proposed Class Area analyzed for cyanides was 60% lower (0.16 ppm).

Dr. Kaltofen does not refer to a 2005 U.S. Air Force study[62] of cyanides of nearly 1200 background soil samples from California in this supplemental (2021) report, although he did so within his rebuttal (2018) report.   Specifically, this large study reported 95% of the background soils contained < 0.7 ppm cyanide and 99% of the background soils contained < 3.0 ppm.  Our literature search revealed only one other study where cyanide was measured: in 29 background soils in Michigan.[63]  This study showed background soils contained cyanide concentrations ranging from non-detect (<0.005 ppm) to 1.2 ppm with a weighted mean of 0.18 ppm.  Finally, and of limited value but specific for the Crosby area, plaintiffs' experts collected only one soil from outside the proposed Class Area that was analyzed for cyanides (AF-1, > 11 miles from Arkema).  It contained 0.4 ppm total cyanides.

Figure 4 shows the concentration of total cyanides measured in 48 surface soil samples collected by plaintiffs' experts within the proposed Class Area (Appendix B).

Several statistics relevant to the available soil background studies' results are evident, including:

- 94% of the soil samples (45 of 48) contained LESS total cyanides than the lone background soil from Texas collected > 11 miles away by plaintiffs' experts (<0.4 ppm);
- 96% of the soil samples (46 of 48) contained LESS total cyanides than most background soils from the large California study (<0.7 ppm);

[60] Thompson, S. (2021), p. 3-8.

[61] ATSDR (2006) Toxicological profile for cyanide.  July 2006, p. 165.

[62] Hunter, P.M. et al. (2005) Inorganic chemicals in ground water and soils: Background concentrations at California Air Force Bases.  Proc. 44th Annual Mtg., Soc. Toxicol., New Orleans, March 2005; Accessed Aug. 20, 2021; https://dtsc.ca.gov/wp-content/uploads/sites/31/2018/01/Metals_Handout.pdf

[63] O'Hearn, M. and Lesler-Arnold, K.A. (1990).  Background concentrations of metals and cyanide in lower Michigan soils.  In: Proceed. 44th Industrial Waste Conf., Purdue Univ., 1989, Lewis Publ., Inc., Chelsea, MI, p. 33.  Accessed Aug. 13, 2021:
https://books.google.com/books?hl=en&lr=&id=cPlKDwAAQBAJ&oi=fnd&pg=PA49&dq=Background+c oncentrations+of+metals+and+cyanide+in+lower+Michigan+soils&ots=HZ82XCHscI&sig=Xq9T0FAjFV wzRDqVT84rVm0G-
bs#v=onepage&q=Background%20concentrations%20of%20metals%20and%20cyanide%20in%20low er%20Michigan%20soils&f=false



- 100% of the soil samples (48 of 48) contained total cyanides LESS than the maximum that was found in Michigan and California background soils (<1.2 and 3.0 ppm, respectively); and
- The mean for all 48 soil samples (0.20 ppm) is practically identical to the mean for the Michigan background soils (0.18 ppm).



**Figure 4: Histogram showing the concentration of total cyanides (ppm) for all 48 soil samples collected from the proposed Class Area and analyzed for total cyanides.** Green bars depict samples within the ranges or below benchmarks reported in the only published studies known to us for cyanides in background soils (from California and Michigan). A single soil collected 11 miles from Arkema contained 0.4 ppm, as depicted. No samples from the proposed Class Area contained total cyanides above typical background.

Thus, the cyanides concentrations measured in soil samples collected by plaintiffs' experts provide no basis to conclude soils within the proposed Class Area contain cyanide in excess of background levels, let alone cyanides attributable to the deposition of ash from the Arkema events. These samples' locations are addressed in Section 3 and further demonstrate the cyanides concentration measured are not reasonably attributable to ash deposited from the Arkema events.

In summary, an unbiased assessment of the available data shows:

**Dr. Kaltofen's new inference that soils within the proposed Class Area contain excess cyanides from the deposition of ash from the Arkema events has no scientific support.**



***Introduction to Sections 3 & 4***

In addition to straight-forward and appropriate "apples-to-apples" comparisons of chemical concentrations *versus* defensible background benchmark concentrations, when assessing an alleged source of a chemical release, it also is critical to consider:

- The spatial distribution(s) of any alleged impacts relative to the presumed source, here, the Arkema facility, and
- The chemical pattern (fingerprints) of any alleged impacts *versus* the presumed source, here, ash and/or "black goo" particulates produced from the Arkema events *versus* other potential sources in the area.

Both steps also need to consider other potential sources of chemical in the area.  Neither of these steps was pursued by Dr. Kaltofen in any rigorous manner, for which we criticized him and offered our own assessments in our original 2018 report.  In light of Dr. Kaltofen's emphasis on "new" background benchmark concentrations for Texas soils in his supplemental report, we present our re-assessment in these two additional steps in Sections 3 and 4.

***Section 3:  Spatial Distribution of Alleged Arkema-derived Chemicals***

The spatial distribution of chemicals allegedly from the Arkema events have been modeled by plaintiffs' expert, Dr. Auberle.[64,65] Dr. Auberle prepared a cumulative particulate deposition map that shows where particulates from the Arkema events allegedly settled in the days following the Arkema events.  Other plaintiff experts acknowledge and seemingly agree with Dr. Auberle's results.   For example, Mr. Glass states, "*As shown by the models of Dr. Auberle, particulates were deposited at varying rates onto the vegetation, structures, soils, and non-porous infrastructure (i.e. roof tops, road surfaces), where they would ultimately be washed by precipitation to nearby soils.*"[66]  Dr. Kaltofen endorses this conceptual site model with statements such as, "*The release events scattered contaminated ashes throughout the Crosby, TX, area*"[67] and "*It is normal and scientifically-accepted that air emissions from the Arkema plant would tend to follow the winds at the time of release.*"[68]  As stated by Dr. Auberle, the "*[g]reatest impacts were nearest the Arkema facility.*" Thus, if Arkema-derived particulates (ash or "black goo") were the source of chemicals in the area's soils, these chemicals' concentrations should be highest within the areas of the greatest cumulative particulate deposition map.

Despite Dr. Auberle's modeling work, however, Dr. Kaltofen did not evaluate the spatial distribution of the chemicals in his supplemental report using maps.  Rather, he presents isolated statements that a sample was "X miles" or "Y miles" from the Arkema site, or makes sweeping statements such as:

---

[64] Auburle, W.M. (2021) Dispersion and Deposition of Particulate Matter from Explosions and Fires in August and September, 2017 at Arkema Plant, 18000 Crosby Eastgate Road, Crosby, Texas.  EN3 Professionals, LLC, report dated July 14, 2021.

[65] Reporting Dr. Auberle's results here should not be considered our endorsement of his methods or his conclusions.  We understand that others will address the propriety of Dr. Auberle's report.

[66] Glass, M. (2021) Supplemental Expert Report of Marc Glass.  Downstream Strategies, report dated July 15, 2021; p. 19.

[67] Kaltofen, M. (2021), p. 9.

[68] Kaltofen, M. (2018), rebuttal report, p. 4.



> *"The highest values for benzo[a]pyrene, and thus the values the most exceed* [sic] *the expected background, are found in samples that were collected closest to the plant".*[69]

Such statements are meaningless unless they consider <u>all</u> the plaintiffs' samples and given Dr. Auberle's modeling results, also the alleged deposition of particulates generated from the Arkema events.

We evaluated the spatial distribution of chemicals in soils in our original report using a variety of maps[70] and concluded:

> **There were no spatial trends in soil contaminant concentrations that suggested the contaminants were derived from the Arkema events, e.g., concentrations of contaminants were not higher closer to the Arkema facility, and**

> **There was a high degree of variability in soil contaminant concentrations both between different properties and within single properties.**[71]

We have again evaluated the spatial distributions with the added consideration of Dr. Kaltofen's "new" background concentration references (Section 2) and Dr. Auberle's cumulative particulate deposition map that we have reproduced in Figure 5.  This map shows the directions, extent, and order of magnitude of particle mass deposited based on his transport/deposition modeling.



**Figure 5:  Dr. Auberle's cumulative particulate deposition map showing deposition locations and rates (g/m$^2$).**  Reproduced from Figure 8 in Auberle (2021).

---

[69] Kaltofen, M. (2021), p. 6.
[70] Stout, S.A. et al. (2018), Fig. 5A-D, p. 81-84.
[71] Stout, S.A. et al. (2018), p. 25.



Dr. Auberle's results indicate that the depicted particulate deposition rates ranged by three orders of magnitude.  Closest to the Arkema facility, particles were allegedly deposited at a rate of up to 1 gram per square meter (g/m$^2$, see dark red) but only up to 0.001 g/m$^2$ further away (see lightest pink).  This means that

(1) Allegedly 1,000-times more particulates per unit area were deposited in the "dark red" area than were deposited in the "light pink" area,

(2) If so, the chemical concentrations in soils should be markedly higher (allegedly 1,000-times higher per unit area) close to the Arkema facility than further away.

However, the data actually show something quite different.

Figures 6 to 8 depict the spatial distributions of dioxins, total PAHs, and total cyanides, respectively, in the ~120 soil samples collected by plaintiffs' experts.[72]  Each figure consists of three different views: (A) an aerial view of the entire 7-mile radius of the proposed Class Area, (B) an aerial view of the 2-mile radius closest to the Arkema Facility, and (C) a cross-plot of measured concentration *versus* distance (in miles) from the Arkema facility.  Figures 6A-B, 7A-B, and 8A-B are superimposed on Dr. Auberle's cumulative particulate deposition map, although we changed the colors from those in Auberle's original for easier viewing.

Color-coding of the sample points on each figure reflects the concentrations of chemicals measured that are consistent with (green) or higher than (red) background benchmark concentrations discussed in Section 2 (and shown in Figures 1, 3, and 4).

---

[72] We do not show the benzo[a]pyrene results alone, since they are virtually identical to the total PAH results.





**Figure 6A-B:  Maps showing the concentration of dioxins (as TEQ ppt) for all soil samples collected by plaintiffs' experts and analyzed for dioxins superimposed on Dr. Auberle's cumulative particulate deposition map (from Fig. 5).**   Green sample points are below background concentrations as reported by TCEQ for rural soils in Texas, as referenced by Dr. Kaltofen.  Red sample points depict the (four) samples (BD-1, AW-2, AV-1, and BX-1) containing TEQ concentrations above the TCEQ maximum (22.6 ppt).  All TEQs are based upon WHO 2006 TEFs with all non-detects set to laboratory detection limit.





**Figure 6C: Cross-plot showing the concentration of dioxins (as TEQ ppt, aka ppt) for all soil samples collected by plaintiffs' experts and analyzed for dioxins versus distance from the Arkema facility (miles).**  Green sample points are below background concentrations as reported by TCEQ for rural soils in Texas, as referenced by Dr. Kaltofen.  Red sample points depict the (four) samples (BD-1, AW-2, AV-1, and BX-1) containing TEQ concentrations above the TCEQ maximum (22.6 ppt). All TEQs are based upon WHO 2006 TEFs with all non-detects set to laboratory detection limit.





**Figure 7A-B: Maps showing the concentration of total PAHs (ppb) for all soil samples collected by plaintiffs' experts and analyzed for PAHs superimposed on Dr. Auberle's cumulative particulate deposition map (from Fig. 5).**  Green sample points are below background concentrations as reported for background soils in El Paso, Texas, as referenced by Dr. Kaltofen.  Red sample points depict the (three) samples (Q-1, P-3, and BX-1) containing PAH concentrations above the El Paso study's maximum (2225 ppb).





**Figure 7C: Cross-plot showing the concentration of total PAHs (ppb) for all soil samples collected by plaintiffs' experts and analyzed for PAHs versus distance from the Arkema facility (miles).** Green sample points are below background concentrations as reported for background soils in El Paso, Texas, as referenced by Dr. Kaltofen. Red sample points depict the (three) samples (Q-1, P-3, and BX-1) containing PAH concentrations above the El Paso study's maximum (2225 ppb).









**Figure 8A-B:  Maps showing the concentration of total cyanides (ppm) for all soil samples collected by plaintiffs' experts and analyzed for total cyanides superimposed on Dr. Auberle's cumulative particulate deposition map (from Fig. 5)**.   Green sample points are below background concentrations as reported in the only published studies known to us for cyanides in background soils (from California and Michigan).  No samples exceed these background ranges; i.e., thus, no red sample points.





**Figure 8C:  Cross-plot showing the concentration of total cyanides (ppm) for all soil samples collected by plaintiffs' experts and analyzed for total cyanides versus distance from the Arkema facility (miles).**  Green sample points are below background concentrations as reported in the only published studies known to us for cyanides in background soils (from California and Michigan).  No samples exceed these background ranges; i.e., thus, no red sample points.



The spatial distributions of dioxin concentrations in soils (Fig. 6), total PAH concentrations in soils (Fig. 7), and total cyanides concentrations in soils (Fig. 8) reveal:

- Nearly all soil samples collected either close to the Arkema facility or within Dr. Auberle's area of highest particulate deposition contain concentrations of contaminants within the range of Texas background concentrations.

- Only a few soil samples (0 to 4) within the proposed Class Area contain contaminants that could be considered anomalously high compared to background concentrations (as was concluded in Section 2).

- The locations of these few anomalously high(er) soil samples are not preferentially located either close(r) to the Arkema facility, nor within Dr. Auberle's areas of highest particulate deposition.  In fact, some are located in areas predicted to have received 1,000-times <u>less</u> particulates per unit area than other areas, thus indicating these few soils' likely proximity to a local, perhaps property-specific source(s).

- Finally, only some of the samples that contain anomalously high concentrations of one contaminant (e.g., dioxins) also contain anomalously high concentrations of another contaminant.  Specifically, BX-1 is the only sample that contains both high dioxins and high PAHs, yet it was collected 5.5 miles from Arkema in an area predicted to have received 1,000-times less particulates per unit area than soils close to Arkema (Fig. 6 and 7).

  - This last fact was addressed in our original (2018) report, where we showed no-to-poor correlations between dioxin and PAH (and custom-SVOC) concentrations in soils from the proposed Class Area.[73] This lack of correlation indicates the source(s) of the dioxins and PAHs (or custom-SVOCs) cannot be attributed to a single source, e.g., Arkema-derived particulates, but rather to varying sources, some of which are enriched in dioxins and others in PAHs.

Thus, the data show there is no pattern(s) to the spatial distribution of contaminants in soils within the proposed Class Area (Figs. 6 to 8) that would support the plaintiffs' conceptual site model that contaminant-laden particulates were "*scattered contaminated ashes throughout the Crosby, TX, area*" in a manner that "*would tend to follow the winds at the time of release*" resulting in "*Greatest impacts were nearest the Arkema facility.*"  Instead, the data collected by plaintiffs' experts show:

**The spatial distribution of contaminants in soils throughout the proposed Class Area bears no spatial relationship to the Arkema facility or to Dr. Auberle's cumulative particulate deposition map.**

Rather, and as we had concluded in our original (2018) report, those few soil samples within the proposed Class Area that contain anomalously high(er) concentrations of dioxins, PAHs, custom-SVOCs, marker metals, or cyanides are just that – anomalous.  The source(s) of these chemicals at discrete locations, that only in one instance co-occur at a given location (BX-1, 5.5 miles from the Arkema facility), cannot be reasonably attributed to the Arkema events, but must instead be caused by multiple and local, perhaps property-specific source(s) unrelated to the Arkema events.

---

[73] Stout, S.A. et al. (2018), Opinion 1c, p. 17, Fig. 3.  We concluded:  The lack of correlations between the concentrations of these contaminants in the soils from the proposed Class Area is clear evidence that these groups of chemicals do not have a common source, *viz.*, microscopic "*ash*" or "*ash-like residues*" deposited on these soils, as alleged by Dr. Kaltofen.



***Section 4:  Chemical Fingerprints of Alleged Arkema-derived Chemicals***

As summarized later in Section 6, the plaintiffs' experts' conceptual site model (CSM) is that particulates (ash and/or "black goo") from the Arkema events were deposited across the proposed Class Area.   As we concluded above, however, the plaintiffs' experts' CSM is not supported by the data because:

- The measured concentrations of dioxins, PAHs (including benzo[a]pyrene), and cyanides in all but a few of the ~120 soil samples from the proposed Class Area are below typical background concentrations (Section 2; Figs. 1-4) and
- There is no spatial relationship between the measured concentrations of dioxins, PAHs, or cyanides relative to the Arkema facility or Dr. Auberle's cumulative particulate deposition maps (Section 3; Figs. 6-8).

In this section, we further evaluate the plaintiffs' experts' CSM by considering the chemical fingerprints of the allegedly impacted soils and other media within the proposed Class Area.   In the following two sections, we focus on dioxins and PAHs, respectively, since both these chemical groups consist of many different individual chemicals, the relative distribution of which provides a "fingerprint" that allows for comparison between allegedly impacted samples from the proposed Class Area and the alleged Arkema sources – or alternative sources.

Section 4.1:  Dioxin Fingerprints
The distribution of dioxin congeners and dioxin homologue groups (i.e., the sum of dioxin isomers of the same level of chlorination)[74] provide a means to evaluate chemical fingerprints among field samples, between field samples and suspect sources, or between field samples and benchmark references.[75]

In our original (2018) report we addressed the chemical fingerprints of dioxin congeners found in plaintiffs' samples.[76]   We showed numerous examples of how the dioxin chemical fingerprints of plaintiffs' samples were consistent with published fingerprints for rural and urban background soils and atmospheric dust, as well as from other types of sources relevant to plaintiffs' claims, including vacuum cleaner bag dust and U.S. household carpet dust.   We also showed that the dioxin fingerprints of plaintiffs' samples were consistent with those for common ambient environmental sources of dioxin including forest fires, wood ash, and diesel and gasoline engine exhaust.[77]   Based on that analysis, we opined that:

**The dioxin patterns recognized in environmental samples collected by Dr. Kaltofen are consistent with many sources of dioxins, including ambient, background dioxins in U.S. soil and air.[78]**

---

[74] Homologues are the groups of PCDDs and PCDFs grouped by the number of chlorines on the molecules. TCDD: tetrachlorodibenzo-p-dioxins; PeCDD: penta chlorodibenzo-p-dioxins; HxCDD: hexa chlorodibenzo-p-dioxins; HpCDD: hepta chlorodibenzo-p-dioxins; OCDD: octa chlorodibenzo-p-dioxin; TCDF: tetrachlorodibenzofuran; PeCDF:pentachlorodibenzofuran; HxxCDF: hexachlorodibenzofuran; HpCDF: heptachlorodibenzofuran; OCDF: octachlorodibenzofuran.
[75] Shields, W.J. et al. (2006) Dioxins and furans. In: R.D. Morrison and B.L. Murphy, eds., Environmental Forensics, Contaminant Specific Guide, Ch. 14, Elsevier, Boston, MA.
[76] Stout, S.A. et al. (2018), Opinion 2a, p. 29-32 and Figs. 6-8.
[77] See Figures 7 and 8 in NewFields original expert report for these comparative PCDD/F fingerprints.
[78] Stout, S.A. et al. (2018), Opinion 2a, p. 28.



*New Statements by Dr. Kaltofen regarding Dioxin Composition and Fingerprints*

On page 7 of Dr. Kaltofen's supplemental report, he makes reference to an Agency for Toxic Substances and Disease Registry (ATSDR) report from 1998, wherein ATSDR cites various statistics about the occurrence and relative distribution of dioxin congeners and dioxin homologues groups observed in certain urban and rural background soil samples.[79]   While Dr. Kaltofen does not offer any rigorous analysis of these features compared to the proposed Class Area soils, he implies that the dioxin compositional features found in the proposed Class Area soils are distinct from those found in rural and urban background soils.  Among the features he asserts indicate differences between proposed Class Area soils and 'typical' rural and urban background soils is the relative distribution of dioxin homologues and relative distribution of dioxin isomers. As explained in the following paragraphs, however, the definitive literature regarding dioxin chemical fingerprints proves Dr. Kaltofen's assertions are unequivocally wrong.

The authoritative scientific compendium regarding the environmental occurrence and behavior of dioxins was published by EPA in 2003.[80]   This comprehensive document is the most complete inventory of dioxins in environmental media and includes a summary of dioxins found in 354 rural and 270 urban soils.  It includes the studies referenced in the 1998 ATSDR report that Dr. Kaltofen refers to,[69] as well as data from numerous other national studies that EPA used to inventory concentrations and chemical fingerprints of dioxins in rural and urban soils.[81]

In its 2003 study, EPA inventoried the general chemical fingerprints of dioxins of rural and urban soil at both the congener and homologue group level. In our original 2018 expert report, we favorably compared dioxin congener fingerprints between the average proposed Class Area soils and EPA's rural and urban soil references using normalized histograms.[82]

We have again evaluated and further compared these chemical fingerprints of dioxin homologue groups for the average proposed Class Area soils and EPA's rural and urban soils. There is variability in dioxin composition among the 122 proposed Class Area soil samples analyzed for dioxins, in part because of detection limit constraints, but also because there is inherent variability in background samples because they are influenced by different proportions of household, local, and regional sources.   However, and analogous to EPA's approach for compiling data for hundreds of U.S. rural and urban background soils, the average dioxin concentrations/patterns fairly represent the overall character of the dioxins in soils from the proposed Class Area.[83]

The average percentages of each dioxin homologue group for rural and urban soils reported by EPA (2003), compared to the average of all soil samples within the proposed Class Area, are listed in Table 4.

---

[79] ATSDR (1998) Toxicological profile for chlorinated dibenzo-p-dioxins. Public Health Service, Agency for Toxic Substances and Disease Registry, Atlanta GA.

[80] EPA. (2003). Exposure and human health reassessment of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) and related compounds. Publ. EPA/600/P-00/001. Office of Research and Development, Washington, DC.

[81] We reviewed the EPA's background concentration results in our original (2018) report.

[82] Stout, S.A. et al. (2018), Fig. 8A-C, p. 87.

[83] Any differences between the average characteristics and those of a singular sample would need to be studied and explained by plaintiffs' experts before assigning any contribution of dioxin to such samples to the alleged Arkema source materials, *viz.*, ash and "black goo."



**Table 4.  Comparison of percentage of dioxin homologue groups between the proposed Class Area soil samples' average and EPA's rural soil and urban soil averages.**

| Dioxin Homologue Group | Proposed Class Area Soil (Avg %) | EPA Rural Soil (Avg %) | EPA Urban Soil (Avg %) |
|---|---|---|---|
| TCDD | 0.04 | 0.31 | 1.2 |
| PeCDD | 0.1 | 0.57 | 0.74 |
| HxCDD | 1.1 | 3 | 1.3 |
| HpCDD | 11 | 14 | 6.8 |
| OCDD | 84 | 68 | 83 |
| TCDF | 0.2 | 1.1 | 1.4 |
| PeCDF | 0.1 | 1.5 | 1.4 |
| HxCDF | 0.4 | 2.7 | 0.9 |
| HpCDF | 1.4 | 4.6 | 1.6 |
| OCDF | 1.6 | 4.1 | 1.4 |

Our evaluation shows that the distribution of dioxin homologues measured in the average proposed Class Area soil samples is highly correlated with EPA's average rural ($r^2$=0.9940) and urban soils ($r^2$=0.9971).   In all three soil groups, the assemblages are dominated by similar percentages of the highly chlorinated OCDD and HpCDD, with lesser amounts of lower chlorinated dioxins and furans. **There is nothing atypical in the pattern of dioxin homologues observed in the average proposed Class Area soil samples compared to EPA's rural and urban soil standards.**

In contrast, the distribution of dioxin homologues measured in plaintiffs' experts' alleged Arkema source materials – ash and "black goo" – collected in the proposed Class Area are significantly different from the average proposed Class Area soil samples (Table 5).[84]

---

[84] In Table 5, non-detects are assigned a value of zero to facilitate comparison of the homologue group patterns.



**Table 5. Comparison of percentage of dioxin homologue groups between proposed Class Area soil samples and the alleged Arkema source of dioxins to the Class Area - ash and "black goo."**

| Dioxin Homologue Group | Proposed Class Area Soil (Avg %) | Ash E-1 (%) | Ash F-1 (%) | Ash CE-1 (%) | Ash T-1 (%) | Ash U-1 (%) | "Black Goo" AO-1 (%) | "Black Goo" CG-1 (%) |
|---|---|---|---|---|---|---|---|---|
| TCDD | 0.04 | 0 | 0 | 0.0 | 89.6 | 0.0 | 0.0 | 0.0 |
| PeCDD | 0.1 | 0 | 0 | 0.0 | 4.8 | 0.5 | 0.0 | 0.0 |
| HxCDD | 1.1 | 0 | 0 | 1.3 | 0.0 | 8.4 | 1.0 | 0.0 |
| HpCDD | 11 | 0 | 0 | 17 | 0.0 | 21 | 17 | 38 |
| OCDD | 84 | 0 | 0 | 59 | 5.7 | 50 | 74 | 62 |
| TCDF | 0.2 | 0 | 0 | 9.9 | 0.0 | 1.3 | 0.0 | 0.0 |
| PeCDF | 0.1 | 0 | 0 | 5.3 | 0.0 | 17 | 0.2 | 0.0 |
| HxCDF | 0.4 | 0 | 0 | 1.5 | 0.0 | 0.8 | 0.6 | 0.0 |
| HpCDF | 1.4 | 0 | 0 | 5.6 | 0.0 | 0.6 | 3.5 | 0.0 |
| OCDF | 1.6 | 0 | 0 | 0.0 | 0.0 | 0.4 | 4.2 | 0.0 |

Table 5 shows there are notable differences in the distribution of dioxin homologues between the average proposed Class Area soil samples and the "pure" ash samples collected by plaintiffs' experts.  These differences include:

- Two of the five plaintiffs' experts' ash samples (E-1 and F-1) contained no measurable dioxin homologues at all;
- Unlike the average proposed Class Area soil samples, the CE-1 ash contained no detectable TCDD, PeCDD, or OCDF homologues, and significantly higher relative amounts of furans, notably TCDF, PeCDF, HxCDF and HpCDF, than the average proposed Class Area soil samples; and
- The T-1 ash sample was composed of almost 90% TCDD homologues, and unlike the proposed Class Area soil samples, contained no HxCDD, HpCDD, TCDF, PeCDF, HxCDF, HpCDF or OCDF.

Significant difference in dioxin homologue distributions between the average proposed Class Area soil samples and the "black goo" samples collected by plaintiffs' experts are also evident in Table 5.  These differences include:

- Unlike the proposed Class Area soil samples, "black goo" sample AO-1 contained no measurable TCDD, PeCDD, and TCDF, and higher relative amounts of HpCDD and OCDF; and
- Unlike the proposed Class Area soil samples, "black goo" sample CG-1 contained no measurable TCDD, PeCDD, HxCDD, TCDF, PeCDF, HxCDF, HpCDF or OCDF, and higher relative amounts of HpCDD.

Note that "black goo" sample CG-1 is specifically called out on page 8 of Dr. Kaltofen's supplemental report as a sample that:

> *"…had 31 ppt of 2,3,7,8-TCDD, well above the highest reported background value of non-detect (<2.9 ppt to 11.2 ppt)…"*



Not only did "black goo" sample CG-1 contain <u>no</u> measurable 2,3,7,8-TCDD (Dr. Kaltofen's alleged 31 ppt is a substituted detection limit, not an authentic measurement), it is clear from Table 5 that the dioxin homologue pattern for "black goo" sample CG-1 bears no resemblance to the dioxin homologue pattern for the average proposed Class Area soil samples.  Thus, "black goo" sample CG-1 does not represent a source material that could give rise to the dioxin patterns observed in proposed Class Area soil samples.

In summary, the dioxin homologue patterns observed in plaintiffs' experts' alleged source materials – ash and "black goo" – were highly variable among themselves and did not resemble the dioxin homologue patterns observed in the average proposed Class Area soil samples.  Some of the samples (Ash E-1 and F-1) had no measurable dioxin homologues at all. These observations lead us to concluded that:

> **The dioxin homologue patterns observed among plaintiffs' experts' alleged Arkema source materials – ash and "black goo" – vary significantly among themselves, and do not reconcile with the homologue patterns observed in proposed Class Area soils.**

> **The "pure" ash and "black goo" contain either no dioxin homologues or contain homologues that cannot be reasonably considered as sources to the dioxins measured in the proposed Class Area soil samples.**


<u>Section 4.2:  PAH Fingerprints</u>
There can be significant variability among the chemical fingerprints of typical PAH sources, which allows for comparisons between the allegedly impacted samples *versus* alleged Arkema sources, i.e., ash and "black goo."

Plaintiffs' experts measured PAHs in four ash samples and four "black goo" samples and found detectable PAHs in seven of the eight, as inventoried Table 6.  The concentrations of total PAHs present in these seven alleged source materials ranged from 22.8 to 1,378 ppb.  Notably, the three soil samples that contained anomalously high(er) concentrations of total PAHs (Q-1, P-3, and BX-1; 2,300, 3,230, and 8,108 ppb, respectively; Section 2.2; Fig. 3) contain nearly two- to six-times more PAHs than the highest of the alleged source materials (1378 ppb).  This creates a "mass balance issue," wherein the available data shows:

> **The "pure" alleged Arkema source materials (ash and "black goo") contain LESS PAHs than the soils that they allegedly impacted.   Therefore, it is impossible to conclude these soils' elevated PAHs are due to alleged Arkema source materials.**



**Table 6:  Concentrations of total PAHs and benzo[a]pyrene measured in alleged Arkema source materials (ash and "black goo").**

| Sample ID | Matrix | Distance from Arkema (mi) | Total PAH (ppb) | Benzo[a] pyrene (ppb) |
|---|---|---|---|---|
| DD-3 | Ash | On-site | 295 | 6.98 |
| DD-4* | "black goo" | On-Site | 1,378 | 23.2 |
| CG-1 | "black goo" | 0.36 | 982 | nd |
| AO-1* | "black goo" | 0.55 | nd | nd |
| F-1 | Ash | 1.6 | 909 | nd |
| E-1 | Ash | 2.5 | 567 | nd |
| B-1 | Ash | 3.2 | 22.8 | nd |
| B-2* | "black goo" | 3.2 | 139 | 13.7 |

*mixture of soil and "black goo" per Glass (2018)

The chemical fingerprints for five of the alleged Arkema source samples are shown in Figure 9 (left panel).  Each of these fingerprints depicts the normalized concentrations of 17 PAHs. Inspection shows the "black goo" contained a variety of individual PAHs in relatively low relative concentrations.  Acenaphthene (Ace) predominated in the DD-4 soil/"black goo" sample (Fig. 9A) whereas fluoranthene (FL) and chrysene (C0) equally predominated in the CG-1 "black goo" (Fig. 9B).  Each of the ash samples is overwhelmingly-to-exclusively dominated by naphthalene (N0; Fig. 9C-E).

As discussed in Section 2.2, plaintiffs' experts measured PAHs in 116 soil samples, and only three of these contained total PAH concentrations exceeding the maximum concentration of PAHs measured in the El Paso soil background study (Q-1, P-3, and BX-1; Fig. 3).    The spatial distribution of these three anomalous samples is unrelated to the Arkema facility or Dr. Aurbele's particulate deposition map (Fig. 7A-B).  In fact, the PAH concentrations of these three samples tended to increase with increased distance from the Arkema facility (Fig. 7C), which is completely inconsistent with plaintiffs' CSM (Section 3.1).  As noted earlier in this section, these three soil samples contain nearly 2- to 6-times more PAHs than the alleged source materials. These facts alone argue the PAHs in these anomalous samples are not reasonably attributable to the Arkema events.





**Figure 9: PAH histograms** showing the normalized "fingerprints" of alleged Arkema sources (left) and allegedly impacted samples (right). See text for descriptions. Compound abbreviations: Naph: naphthalene; Acy: acenaphthylene; Ace: acenaphthene; F0: fluorene; AN: anthracene; P0: phenanthrene; FL: fluoranthene; PY: pyrene; BaA: benz[a]anthracene; C0: chrysene; BbF: benzo[b]fluoranthene; BkF: benzo[k]fluoranthene; BaP: benzo[a]pyrene; BeP: indeno[1,2,3-c,d]pyrene; DBA: dibenzo[a,h]anthracene; GHI: benzo[g,h,i]perylene.

The PAH fingerprints for these three anomalous samples are shown in Figure 9F-H.  Inspection of these figures shows these three soil samples' fingerprints bear no semblance to the alleged Arkema source materials (Fig. 9A-E).  Oddly, the Q-1 soil contained only one detectable PAH, benzo[a]pyrene (Fig. 9F).  This very unusual fingerprint, which we discussed in our original (2018) report,[85] is similar to that observed in the BO-4 grass sample (Fig. 9I).  These are the two samples that Dr. Kaltofen repeatedly calls out in his cursory assessments of the PAH data in his original, rebuttal and supplemental reports as evidence of Arkema impacts.  However, the benzo[a]pyrene-dominated PAH fingerprints in the Q-1 soil and BO-4 grass samples (Fig. 9F and 9I) cannot be reasonably attributed to ash or "black goo," which have completely different PAH fingerprints (Fig. 9A-E).  In fact, benzo[a]pyrene was not even detected or was virtually absent in these alleged Arkema source materials (Table 2).

The PAH fingerprints for the other anomalous soil samples (P-3 and BX-1; Fig. 9G-H) also bear no or little semblance to the alleged Arkema sources.  The P-3 soil's fingerprint is dominated by only three PAHs, fluorene (F0), phenanthrene (P0), and pyrene (PY; Fig. 9G), none of which is relatively abundant in the alleged Arkema sources (Fig. 9A-E).

The BX-1 soil's PAH fingerprint bears some semblance to those of the "black goo".  However, there are important details that indicate the "black goo" is not present in the BX-1 soil, which recall was collected 5.5 miles away from the Arkema facility (Fig. 7A).  These details rely upon the well-established variability between PAH isomer ratios in different source materials, which are known to vary depending on the formation kinetics.[86,87] More detailed inspection shows that the "black goo" samples exhibit FL/PY ratios >1, BaA/C0 ratios <1, and BaP/BeP ratios <1 (Fig. 9A-B), whereas the BX-1 soil sample exhibits the opposite: FL/PY ratio <1, BaA/C0 ratio >1, and BaP/BeP ratio >1 (Fig. 9H).  This demonstrates the PAHs in the BX-1 soil cannot be derived from "black goo."

Figure 9J shows the PAH fingerprint for the CT-1 vacuum cleaner dust sample that has also been highlighted by Dr. Kaltofen.  This sample is reportedly "*from a vacuum cleaner bag that had been used to clean ash fall from the affected home*".[88]   We raised questions regarding the representativeness of this sample, which was collected 11 months after the Arkema events, in our original (2018) report.[89]  We also discussed how the concentration of PAHs in the vacuum cleaner dust sample (CT-1) was less than is reported in published studies of typical household dust.[90]  In Figure 9J, we show that the CT-1 vacuum cleaner dust's PAH fingerprint is completely different from that of the alleged Arkema ash samples (Fig. 9C-E).  This difference further shows that the vacuum cleaner dust cannot be reasonably attributed to ash from the Arkema events.

Further comparisons of PAH fingerprints to other samples allegedly impacted by ash from the Arkema events, such as the 13 surface wipe samples, a drywall sample (N-1), and a paper yard sign (J-3) collected by plaintiffs' experts analyzed for PAHs cannot be done.  The simple reason for this is that none of these samples contained any detectable PAHs.

---

[85] Stout, S.A. et al. (2018), Opinion 3a, p. 44.

[86] Dickhut, R.M. et al. (2000) Automotive sources of carcinogenic polycyclic aromatic hydrocarbons associated with particulate matter in the Chesapeake Bay region.  Environ. Sci. Technol. 34(21): 4635-4640.

[87] Yunker, M.B. et al (2002) PAHs in the Fraser River Basin: A critical appraisal of PAH ratios as Indicators of PAH source and composition.  Org. Geochem. 33: 489-515.

[88] Kaltofen,M. (2018), original report, p. 9.

[89] Stout, S.A. (2018), Opinion 2c, p. 37

[90] Stout, S.A. (2018), Opinion 3e, p. 50.



Thus, the plaintiffs' data provides no evidence that "*fallout of combustion products from Arkema onto plaintiffs' properties*" occurred, as Dr. Kaltofen claims.[91]   Instead, the plaintiffs' data show that:

**The chemical fingerprints for PAHs in the only three soil samples containing PAHs in excess of El Paso soil background levels (Q-1, P-3, and BX-1), and in other anomalous samples allegedly containing PAHs from Arkema sources highlighted by Dr. Kaltofen (BO-4 grass and CT-1 vacuum cleaner dust), are completely different from the chemical fingerprints of the alleged Arkema sources, ash and "black goo."**

**These differences are clear and additional evidence that the PAHs in these allegedly impacted samples cannot be reasonably attributed to the alleged Arkema source.**

**The diverse PAH fingerprints in these allegedly impacted samples indicate they are likely derived from variable and local, possibly property-specific, PAH sources.**

---

[91] Kaltofen, M (2018), p. 16



***Section 5: Alternative Sources in Crosby Area***

Dioxins and PAHs are ubiquitous in the modern environment and arise from a variety of household, local, and regional sources relevant to the Crosby area. In our original (2018) report, we identified:

- Regional sources of dioxins and PAHs including vehicular traffic on Highway 90 and other roadways, active railways, other industrial/commercial facilities, the greater Houston air-shed, prescribed burning, crop/field clearing, wildfires, and oil and gas production operations;[92] and
- Local, property-specific sources, including structure or vehicle fires, residential burning of trash or yard/wood waste ("backyard burning"), pesticide/herbicide use, and commercial restaurants.[93]

Considering these regional and property-specific sources in the Crosby area, certainly the mere detection of PAH and dioxins in environmental media does not indicate they are due to the Arkema events.  Dr. Kaltofen's original (2018) report failed to acknowledge the ubiquity of these alleged Arkema-derived chemicals or rule out the existence and impact of any alternate source(s) on the proposed Class Area.

In Dr. Kaltofen's (2021) supplemental report, he acknowledges for the first-time alternative sources of "Arkema-related" contaminants and specifically identifies oil and gas operations, railroad traffic, roadway traffic, other accidents and fires, and other industrial emitters.[94]  His supplemental report, however, only includes a limited discussion of oil and gas operations and potential impacts from KMCO, a nearby industrial facility, which he describes without support as "*the major background source*."

Among the alternative sources identified in our original (2018) report, Dr. Kaltofen continues to ignore backyard burning, which is widely recognized as a major source of dioxins and a source of PAH to the environment.  In fact, in 2000, the U.S. EPA recognized the backyard burning of residential trash and yard waste in burn barrels and burn piles as the largest source of dioxins in the U.S.[95]  Backyard burning is known to occur within the proposed Class Area, where 10 residential burn events were observed within the Class Area between September 2-6, 2017 alone.[96]  One of the former class representatives, Greg Nason, also acknowledged the practice of trash burning in the area.[97]

Based upon Dr. Kaltofen's limited comments regarding his two "major" alternative sources – oil and gas operations and the KMCO facility – offered in his supplemental report, we conclude that:

**Dr. Kaltofen unsuccessfully attempts to rule out two alternative sources of PAHs and continues to ignore alternative sources of PAHs and other alleged Arkema-derived chemicals, including dioxins.**

---

[92] Stout et al. (2018), p. 10
[93] Stout et al. (2018), pp. 10-11
[94] Kaltofen, M. (2021), p. 11
[95] Stout et al. (2018), p. 13; citing, EPA (2006) An inventory of sources and environmental releases of dioxin-like compounds in the U.S. for the Years 1987, 1995, and 2000. Final report. National Center for Environmental Assessment, Washington, DC; EPA/600/P-03/002F.
[96] Stout et al. (2018), Exhibit 5
[97] Deposition of Greg Nason, August 2018, p. 228 lines 15-22.



In the following sections, we respond to Dr. Kaltofen's comments on the two alternative PAH sources he discusses, *viz*., the area's oil and gas operations and the KMCO facility.

Section 5.1: Assessment of Dr. Kaltofen's comments on oil and gas operations

Oil and gas wells are present throughout the proposed Class Area (Figure 10).  As Dr. Kaltofen acknowledges, oil and gas operations can result in localized releases of hydrocarbons to surrounding soil.  However, Dr. Kaltofen erroneously states that oil and gas operations do not result in releases to air that could spread within the Crosby area.[98]



**Figure 10. Map showing the 7-mile radius proposed Class Area and prospective alternate sources of contamination in the area.** Major State and Federal highways are shown in black and red, respectively; railways shown in tan; producing wells and all other wells (Source: ERM, 2019: Oil and Gas Well Report, Harris Co., Texas, Aug. 6, 2018); other spill events during Hurricane Harvey obtained from U.S. Coast Guard National Response Center, http://www.nrc.uscg.mil/; backyard burns obtained from CTEH; Superfund Sites (French, LTD and Sikes Disposal Pits; red triangles) from TCEQ website. The four Industrial Facilities identified by Dr. Kaltofen using the TRI database are shown in red squares, including KMCO discussed in the text.

---

[98] Kaltofen, M. (2021), p. 13.



Published research, however, shows that air emissions from local oil and gas well operations do contribute to the regional pollution burden for both particulate matter and volatile organic compounds (VOCs).[99] Emissions can occur from surface operations, wells and pipelines, the operation of diesel or gas-powered equipment, and accidental releases. The primary air pollutants related to oil and gas activities include nitrogen oxides (NOx), particulate matter, benzene, toluene, ethylbenzene, hexane, and PAHs.[100]  Benzo[a]pyrene, one of the chemicals Dr. Kaltofen focused on (Section 3.2), is a PAH.   Thus, Dr. Kaltofen's comments regarding oil and gas operations are simply wrong and we conclude:

**Oil and gas well operations do contribute to both localized and regional PAH loading.**

Section 5.2: Assessment of Dr. Kaltofen's comments on industrial facilities – KMCO

Dr. Kaltofen conducted a search of the Toxic Release Inventory (TRI) database to identify industrial facilities located in Crosby, Texas that release or have released chemicals into the environment.

As background, the Emergency Planning and Community Right-to-Know Act (EPCRA) requires certain facilities[101] that exceed reporting thresholds for contaminants on the TRI List to submit annual toxic chemical release forms. This information is maintained on a publicly available database called the TRI database.  Dioxins[102] and PAH[103] are present on the TRI List as chemical classes.  Manufacturing, processing, or otherwise use (MPOU) thresholds exist for dioxin and PAH chemical classes. The MPOU threshold for dioxins is 0.1 gram and the MPOU threshold for PAH is 100 lbs.[104]   A facility must exceed MPOU thresholds before it is required to report environmental releases (i.e., fugitive emissions, stack emissions, and/or discharges to receiving streams and water bodies) to the TRI database. Therefore, the TRI database is at best partial in

[99] U.S. EPA (2017) 2017 National Emissions Inventory: January 2021 Updated Release, Technical Support Document. https://www.epa.gov/air-emissions-inventories/2017-national-emissions-inventory-nei-data

[100] Los Angeles County Department of Public Health (2018). Public Health and Safety Risks of Oil and Gas Facilities in Los Angeles County.

[101] The facility has 10 or more employees, the facility's primary NAICS code is included on the TRI list or it is a federal facility, the facility manufactures, processes, or otherwise uses TRI-listed chemicals, and the facility exceeds any of the thresholds for a chemical or a chemical category. https://www.epa.gov/toxics-release-inventory-tri-program/basics-tri-reporting.

[102] 2,3,7,8-Tetrachlorodibenzo-p-dioxin, 1,2,3,7,8-Pentachlorodibenzo-p-dioxin, 1,2,3,4,7,8-Hexachlorodibenzo-p-dioxin, 1,2,3,6,7,8-Hexachlorodibenzo-p-dioxin, 1,2,3,7,8,9-Hexachlorodibenzo-p-dioxin, 1,2,3,4,6,7,8-Heptachlorodibenzo-p-dioxin, 1,2,3,4,6,7,8,9-Octachlorodibenzo-p-dioxin, 2,3,7,8-Tetrachlorodibenzofuran, 1,2,3,7,8-Pentachlorodibenzofuran, 2,3,4,7,8-Pentachlorodibenzofuran, 1,2,3,4,7,8-Hexachlorodibenzofuran, 1,2,3,6,7,8-Hexachlorodibenzofuran, 1,2,3,7,8,9-Hexachlorodibenzofuran, 2,3,4,6,7,8-Hexachlorodibenzofuran, 1,2,3,4,6,7,8-Heptachlorodibenzofuran, 1,2,3,4,7,8,9-Heptachlorodibenzofuran, 1,2,3,4,6,7,8,9-Octachlorodibenzofuran

[103] PAHs are referred to as Polycyclic Aromatic Compounds (PAC) on the TRI List. This chemical class has 25 compounds in total, 8 of which are nitrogen-containing aromatic compounds. Benz[a]anthracene, chrysene, benzo[a]pyrene, benzo[b]fluoranthene, benzo[j]fluoranthene, benzo[k]fluoranthene, fluoranthene, dibenzo[a,i]pyrene, dibenz[a,h]acridine, dibenz[a,j]acridine, dibenzo[a,h]anthracene, dibenzo[a,e]fluoranthene, dibenzo[a,e]pyrene, dibenzo[a,h]pyrene, dibenzo[a,l]pyrene, 7H-dibenzo[c,g]carbazole, 7,12-dimethylbenz[a]anthracene, 1,6-dinitropyrene, 1,8-dinitropyrene, indeno[1,2,3-cd]pyrene, 3-methylcholanthrene, 5-methylchrysene, 6-nitrochrysene, 1-nitropyrene, 4-nitropyrene

[104] https://www.epa.gov/toxics-release-inventory-tri-program/tri-listed-chemicals



that it does not include countless smaller facilities that release incidental quantities of dioxins and PAHs that may contribute to background.

Four industrial facilities located in Crosby met TRI reporting criteria for certain chemicals on the TRI List; however, none of the four facilities had TRI reportable releases for dioxin or PAH chemical classes, including Arkema.[105] Only KMCO had TRI reportable releases of naphthalene[106] – a single PAH – in 2018.

Because KMCO had TRI reportable emissions of <u>naphthalene</u> in 2018, Dr. Kaltofen oddly compared <u>benzo[a]pyrene</u> concentrations detected in three samples (BO-4, Q-1, and J-2)[107] collected between KMCO and Arkema to determine which facility was a likely source of benzo[a]pyrene. The logic behind Dr. Kaltofen's newest "apples-to-oranges" analysis is unclear, because KMCO has no TRI reportable releases of PAH (as a chemical class) or of benzo[a]pyrene (only naphthalene).[108] This spatial analysis is also overly simplified in that it ignores many other soil samples in the same vicinity and also ignores all other sources of PAHs besides Arkema and KMCO, including localized sources of PAHs (e.g., Hwy 90, Fig. 10).

Dr. Kaltofen's TRI database search and illogical and limited spatial analysis described above is the sole basis he provides to exclude any impact of other industrial sources, or in fact, any alternative sources, on the proposed Class Area.  However, we find:

> **The logic behind Dr. Kaltofen's cursory PAH spatial evaluation between Arkema and KMCO based on TRI database results is lacking and the whole exercise is irrelevant.**

As we described in Section 3 and depicted in Figure 7, the concentrations of PAHs in all 116 soil samples throughout the proposed Class Area bear no spatial relationship to the Arkema facility or to Dr. Auberle's cumulative particulate deposition map.[109] Instead, the three soil samples containing the highest PAH concentrations are randomly located within the proposed Class Area and are found in areas with the lowest modeled particulate deposition rates (Fig. 7A-B).  It is therefore most reasonable to attribute the PAHs in these three soil samples to PAH impacts from localized, perhaps property-specific source(s), unrelated to the Arkema events.

In summary, after considering Dr. Kaltofen's irrelevant and illogical assessment of industrial facilities in the Crosby area as potential sources, notably KMCO, we maintain our original (2018) opinion that:

> **Dr. Kaltofen fails to acknowledge, let alone rule out, the existence and impact of both regional and local alternate source(s) on the proposed Class Area.**

---

[105] For Henkel Corp., the last year reported in the TRI database was 1992. The last year reported for Re-Cal services was in 2013. TRI results are available for Arkema from 1987 to 2017.

[106] In the TRI database, naphthalene is not identified as a member of the polycyclic aromatic compound (PAC) chemical class.

[107] BO-4 and Q-1 are the same cherry-picked samples – one grass and the other a soil – that Dr. Kaltofen repeatedly refers to in his comparisons of benzo[a]pyrene concentrations; see Section 2.2 above.

[108] TRI results are available for KMCO from 1987 to 2018.

[109] We acknowledge they also bear no spatial relationship to the KMCO facility.



***Section 6: Summary of Conclusions***

Plaintiffs' experts have presented a conceptual site model (CSM) that was perhaps best summarized in Mr. Glass' supplemental report.[110]  In summary, the CSM put forward by plaintiffs' experts includes the following elements:

- Contaminants – dioxins, PAHs, so-called "custom-SVOCs," marker metals, and cyanides – were produced during the Arkema events and rapidly spread throughout the proposed Class Area.

- This spreading occurred via the atmospheric transport and deposition of micro- and macroscopic contaminant-laden particles of ash and "black goo."[111]

- Visual observations of macroscopic ash and "black goo" and dispersion modeling of micro- and macroscopic particles indicate the deposition of contaminant-laden particulates varied within the proposed Class Area but was highest within 1-mile of the Arkema facility, particularly in east-west directions.

- The deposition of these contaminant-laden particulates from the Arkema events increased the concentration of contaminants in the area's soils above "expected" background.

- Contaminant-laden particles deposited shortly after the Arkema events have since persisted, been re-distributed, and continue to expose area residents, although dioxins are the only contaminant present in concentrations of potential concern to human health.

The available chemical data, however, <u>do not support and in fact contradict</u> the plaintiffs' experts' CSM.  Using the plaintiffs' dataset, we find:

(1) Nearly all of the (~120) soil samples collected within the proposed Class Area in the weeks to months following the Arkema events contain contaminants at or below typical background concentrations.  Thus, in contrast to the plaintiffs' experts' CSM, the actual data provide no basis to conclude that contaminants were spread and deposited throughout the proposed Class Area.

    a. Plaintiffs' experts collected only two soil samples outside of the proposed Class Area, which provide no defensible basis to define the region's "expected" background.

    b. We reached this conclusion in our original 2018 report based upon comparisons to large, published background datasets for dioxins and PAHs in U.S. soils, and have done so (again) herein using "new" smaller published datasets for Texas background soils that Dr. Kaltofen introduced in his supplemental report.  Our conclusion remains unchanged.

    c. The concentrations of total cyanides in soils from the proposed Class Area are typical of background soils based upon the available published datasets known to us.

    d. There is no new information presented with respect to "custom-SVOCs" or marker metals in Dr. Kaltofen's supplemental report.  Furthermore, Ms. Thompson did not consider these to be Constituents of Potential Concern.  Therefore, because we had

---

[110] Glass, M. (2021), p. 19.
[111] Glass, M. (2018), p. 14-15. "Black goo" is a term used by Marc Glass, which he describes as being derived from "*settling of airborne Arkema contaminants and particulates*" that "*coalesced on the soil and gravel surface as a residual, plastic or tar-like material.*"



previously addressed these alleged contaminants in our original (2018) report, they need not be addressed again here.

e. Only ~3% of the ~120 soil samples from the proposed Class Area contain dioxins or PAHs exceeding typical background benchmarks from the "new" Texas background soil datasets introduced by Dr. Kaltofen.

f. If dioxins were co-generated with PAHs during the Arkema events (as posited by the plaintiffs' CSM) these contaminant-laden particles should have traveled and been deposited together, but the data refute this. With one exception (BX-1; a soil 5.5 miles SW of the Arkema facility), the few soil samples containing an excess of dioxins do not contain an excess of PAHs, demonstrating these two groups of contaminants cannot be from a common source (e.g., ash or "black goo").

(2) When the locations of the few (~3%) soil samples containing dioxins or PAHs that exceed typical background concentrations are considered, it is clear that – in contrast to the plaintiffs' experts' CSM – they bear no spatial relationship to the Arkema facility or to Dr. Auberle's particulate deposition maps.

a. These few soils are found in seemingly random locations and predominantly in locations where Dr. Auberle's modeled particulate deposition was minimal. Their random distribution relative to the Arkema facility would be consistent with some localized, perhaps property-specific source (such as we described many in our original report, e.g., backyard barrel burning, a notorious source of both dioxins and PAHs).

b. Samples containing dioxins or PAHs at or below typical background concentrations (based on the "new" Texas background soil datasets introduced by Dr. Kaltofen) occur throughout the entire proposed Class Area, including within 1 to 2 miles of the Arkema facility or the areas that Dr. Auberle's modeling indicate should contain orders of magnitude higher contaminants. That is to say, high(er) concentrations of contaminants were not found where the plaintiffs' experts' CSM alleges particle deposition was greatest.

c. The plaintiffs' dataset simply provides no data that contaminant-laden particles from the Arkema events were deposited at all, let alone in any excess on properties closer to the Arkema facility.

(3) The chemical fingerprints of dioxins and PAHs in the alleged Arkema sources, i.e., ash and "black goo", do not support the plaintiffs' experts' CSM.

a. In the case of dioxins, the distribution of dioxin homologues for the average proposed Class Area soils correlates well with EPA's published fingerprint for rural and urban soils.

b. By contrast, the dioxin homologue patterns for the alleged Arkema sources – ash and "black goo" – are highly variable. Two of the five ash samples contained no detectable dioxin homologues. The remaining two ash and two "black goo" samples had variable distributions of homologues (in many cases non-detects), and in all cases different from the average of the proposed Class Area soils. The "pure" ash and "black goo" contain either no detectable dioxin homologues or exhibit homologues patterns that cannot be reasonably considered as sources of the dioxins measured in the proposed Class Area soils.



    c. In the case of PAHs, the fingerprints of the alleged Arkema sources – ash and "black goo" – are completely different from the fingerprints for the three (of 122) soil samples that contain PAHs in excess of typical background benchmarks (based on the "new" Texas background soil dataset).  They also differ from the fingerprints of other selected *ad hoc* solid samples (grass or vacuum cleaner dust) highlighted by Dr. Kaltofen.

In summary, the concentrations, spatial distributions, and chemical fingerprints of contaminants in samples collected from within the proposed Class Area do not support the plaintiffs' experts' CSM.  Rather, these data are inconsistent with a single point source such as the Arkema events, but they are consistent with contributions from a variety of household, local, and regional sources that, in most cases, reflect typical anthropogenic background conditions.

We had reached this same conclusion in our original 2018 report.  Our conclusion is supported by the significant number of alternative potential sources that exist within the Crosby, Texas area.

We reviewed Dr. Kaltofen's comments on the issue of alternate sources and found:

(4) Dr. Kaltofen unsuccessfully attempted to rule out only two alternative sources of PAHs and he continues to ignore without explanation other household, local, and regional alternative sources of PAHs and other alleged Arkema-derived chemical we identified in our original report.  Of particular note is his ignoring the potential for backyard burning of residential trash and yard waste in burn barrels and burn piles as the largest source of dioxins in the U.S.  Specifically,

    a. Dr. Kaltofen's blanket claim that oil and gas operations do not contribute PAHs to air emissions is false and inconsistent with published literature.

    b. Dr. Kaltofen's illogical assessment of Crosby's four TRI facilities, in which he rules out KMCO as a source of benzo[a]pyrene, despite the fact it emitted naphthalene in 2018, is irrelevant.

Other opinions we express herein match or parallel opinions we expressed in our original (2018) report.  Among the most significant are:

(5) Dr. Kaltofen continues to cherry-pick data and highlight a few select samples in attempt to support his allegation of widespread impacts from the Arkema events within the proposed Class Area.  These often include inappropriate "apples-to-oranges" comparisons between concentrations of totals or individual chemicals reported in various *solid* samples (e.g., grass, ash or "black goo") and the "new" Texas *soil* background datasets.  He repeatedly emphasizes benzo[a]pyrene in two selected samples (Q-1, BO-4) or dioxins in *ad hoc* samples of questionable reliability/relevance (CG-1 "black goo", CT-1 vacuum cleaner dust or N-1 drywall) – while ignoring the vast majority of the sample data that conflicts with the plaintiffs' experts' CSM.

(6) Plaintiffs' experts repeatedly refer to the issue of elevated laboratory detection limits, wherein the laboratory reported "non-detection" of any given chemical.  Under the guise of being conservative, Dr. Kaltofen, Ms. Thompson, and Mr. Glass assume the laboratory's elevated detection limit <u>equals</u> the concentration present in the sample.  *As a result, samples with no detectable chemicals are sometimes considered to be markedly contaminated (or toxic) based only upon their elevated laboratory detection limits*.  The issue of elevated detection limits should have been handled when the data were delivered to plaintiffs' experts, when there was still the opportunity for the laboratory to re-analyze



the samples.  By not having done this, the plaintiffs' experts could be seen to be taking advantage of poor laboratory data.

All of the opinions herein are held to a reasonable degree of scientific certainty.

Respectfully submitted,

Scott A. Stout, Ph.D., P.G.
NewFields Environmental Forensics Practice, LLC

Allen D. Uhler, Ph.D.
NewFields Environmental Forensics Practice, LLC

Katherine L. Flanders, Ph.D.
NewFields Environmental Forensics Practice, LLC



# Appendices

Appendix A    Qualifications and Compensation

Appendix B    Inventory of plaintiffs' soil and solid samples and their total concentrations of selected chemical groups



### SCOTT A. STOUT, Ph.D., P.G.
**Senior Geochemist**
Environmental Forensics Practice

**EXPERIENCE SUMMARY**

Dr. Scott Stout is an organic geochemist with 33 years of upstream and downstream petroleum industry and consulting experience. He has extensive knowledge of the chemical compositions of natural/shale gas, crude oil, and coal as well as their products and by-products found in terrestrial and aquatic environments, including stray gas, gasoline, diesel and other fuels, and manufactured gas plant wastes. This knowledge base is supplemented by an understanding of naturally-occurring and anthropogenic "background" contaminants in modern environments, coal carbonization (coal tar production and refining) and combustion processes, oil and gas exploration, production, and refining, fuel handling and storage operations, regulatory history of refined products (e.g., gasoline), surficial geology and sedimentology, and the influences of environmental weathering on the chemical composition of contaminants.



Dr. Stout has written interpretive reports on more than 500 environmental site or spill investigations in the U.S., Canada, Africa, and Australia. He has authored or co-authored over 160 papers published in scientific journals and textbooks. He has co-edited three textbooks (2007, 2016, and 2018) on the environmental forensics aspects of oil spills.

His research has provided a basis for property management decisions and environmental liability allocation through the assessment of the source(s) of contamination in surface water, groundwater, soil, sediments and wildlife for the U.S. Depts. of Justice, Commerce, and Defense and for the oil & gas, utility, pipeline, railroad, wood treatment, maritime shipping, port operations, forest products, and steel industries.

Beginning in May 2010 Dr. Stout led research surrounding the geochemical aspects of NOAA's NRDA investigation of the BP *Deepwater Horizon* oil spill. In culmination of 5 years of research, in 2015 Dr. Stout co-authored the Trustees' programmatic Damage Assessment and Restoration Plan (pDARP) and was the lead author of 18 technical reports used in support of the $8.8 billion NRDA settlement with BP.

Dr. Stout's knowledge and experience has been utilized in litigious matters involving determination of the specific nature, source(s), age, and extent of contamination. He has provided expert consulting to counsel in more than 70 criminal and civil actions requiring environmental forensics and expert testimony in 25 state, federal, and foreign courts since 2000.



*SCOTT A. STOUT, PH.D., P.G.*

**PROFESSIONAL POSITIONS:**

*Senior Consulting Geochemist, Founding Partner,* NewFields Environmental Forensics Practice, LLC, Rockland, MA. 2004-present. Application of geochemical principles in assessment of environmental liability.

*Geochemistry Research Leader,* Battelle Memorial Institute, Duxbury, MA. 1997-2004. Development and application of geochemical principles in environmental matters. *Environmental Forensics Group Manager*, 2002-2003. *Environmental Forensics Practice Leader,* 2001-2004.

*Senior Geochemist,* Environmental Technology Group, UNOCAL Corp., Brea, CA, 1995-1997. Geochemical support for company-wide environmental activities.

*Geochemist*, GeoTechnology Group, UNOCAL Corp., Brea, CA. 1988-1995. Applied research and geochemical support for oil & gas exploration and production activities in California, Alaska, Thailand, and Indonesia.

*Teaching Faculty,* Southern Illinois University, Department of Geology, Carbondale, IL, 1987-1988. Developed and taught courses in historical geology, coal geology, sedimentology, and organic geochemistry.

*Guest Scientist,* United States Geological Survey, Reston, VA. Summer 1987.

*Research Fellow,* FOM Institute of Atomic and Molecular Physics, Amsterdam, The Netherlands, 1986. Conduct basic research on chemistry and structure of macromolecular, plant-derived organic matter in wetlands and Tertiary sediments.

*Graduate Research Assistant*, The Pennsylvania State University, 1982-1988. Conduct basic research on diagenesis of macromolecular, plant-derived organic matter in wetlands and Tertiary sediments and $FeS_2$ morphology in processed coals.

**EDUCATION**

Ph.D., Geology, The Pennsylvania State University, 1988.
M.S., Geology, The Pennsylvania State University, 1985.
Geologic Field School, Virginia Polytechnic Institute and State University, 1982.
B.S., Oceanography, Florida Institute of Technology, 1982.

**PROFESSIONAL AFFILIATIONS**

American Academy of Forensic Sciences, Engineering Sciences Division (Associate Member, 2000-2002; Full Member 2003-2009)

American Chemical Society, Geochemical or Environmental Divisions (1987-2011)

American Society for Testing and Materials (ASTM), Forensic Environmental Investigations Technical Committee, (2005-2006)

Association for Environmental Health and Sciences, *Environmental Forensics Workshop* Instructor (2000-2002, 2004-2008); *Environmental Background Workshop* Instructor (2009)

Bonn Agreement, Oil Spill Identification Network of Experts (OSINET), Consultant (2007-2009), Member (2007-present)



*SCOTT A. STOUT, PH.D., P.G.*

*Contaminated Soil, Sediment and Water,* Co-Editor, Environmental Forensics Series, Assoc. Environ. Health & Sci. Publ. (1998-2003)

*Environmental Forensics*, Co-Editor-in-Chief, (1998-1999)*;* Associate Editor, (1999-2001); Technical Notes Editor, (2002-2004)

European Association of Organic Geochemists (1992-1994; 2001-present)

European Committee for Standardization (CEN), *Oil Spill Identification*, Consultant (2003-2006)

International Society for Polycyclic Aromatic Compounds (2002-2003; 2011-present)

International Society of Environmental Forensics (2004-present)

Nordtest, Oil Spill Identification Protocol, Revision Committee (2001-2002)

Professional Geologist, State of California, No. 6225. (1995-present)

The Society for Organic Petrology (1986-1992; Managing Counsel, 1990-1992)


**PROFESSIONAL PUBLICATIONS**

[1]   Stout, S.A. (2020) Chemical composition of Bakken crude oil burn residue: Environmental relevance following train derailment fires.  *Environ. Forensics*, **21(3/4)**, 386-405.

[2]   Stout, S.A. (2020) Leaf wax *n*-alkanes in leaves, litter, and surface soil in a low diversity, temperate deciduous angiosperm forest, Central Missouri, USA.  *Chem. Ecol.*, **36(9)**: 810-826.

[3]   Passow, U. and Stout, S.A. (2020) Character and sedimentation of "lingering" Macondo oil to the deep-sea after the *Deepwater Horizon* oil spill. *Mar. Chem*. **218**, 103733.

[4]   Bargar, T.A., Stout, S.A., and Alvarez, D. (2020) Petroleum hydrocarbons in semi-permeable membrane devices deployed in the northern Gulf of Mexico and Florida Keys following the *Deepwater Horizon* incident. *Mar. Pollut. Bull*. **150**, 110622.

[5]   Stout, S.A. and Brey, A.P. (2019) Appraisal of coal- and coke-derived wastes in soils near a former manufactured gas plant, Jacksonville, Florida. *Int. J. Coal Geol.* **213**, 103265.

[6]   Stout, S.A., Litman, E., Blue, D. (2018) Metal concentrations in used engine oils: Relevance to site assessments of soils. *Environ. Forensics*, **19(3)**: 191-205.

[7]   Stout, S.A. and German, C.R. (2018) Characterization and flux of marine oil snow settling toward the seafloor in the northern Gulf of Mexico during the *Deepwater Horizon* incident: Evidence for input from surface oil and impact on shallow shelf sediments. *Mar. Pollut. Bull*. 129: 695-713.

[8]   Stout, S.A., Papineau, J., Adkins, M. (2018) Chemical fingerprinting assessment of the impact to river sediments following the Bakken Crude oil train derailment and fire, Mount Carbon, West Virginia. In: *Oil Spill Environmental Forensics – Case Studies*, S.A. Stout and Z. Wang, Eds., Elsevier Publishing Co., Boston, MA, 419-442.

[9]   Stout, S.A., Litman, E, Baker, G., Franks, J.S. (2018) Novel biological exposures following the *Deepwater Horizon* oil spill revealed by chemical fingerprinting. In: *Oil Spill Environmental Forensics – Case Studies*, S.A. Stout and Z. Wang, Eds., Elsevier Publishing Co., Boston, MA, 757-784.



[10] O'Keefe, J.M.K., Neace, E., Hammong, J., Hower, J., Engle, M., East, J., Geboy, N., Olea, R., Henke, K., Copley, G., Lemley, E., Nally, R., Hansen, A., Richardson, A., Satterwhite, A., Stracher, G., Radke, L., Smeltzer, C., Romanek, C., Blake, D., Schroder, P., Emsbo-Mattingly, S., and Stout, S.A. (2018) Gas emissions, tars, and secondary minerals at the Ruth Mullins and Tiptop coal mine fires. *Int. J. Coal Geol.* **195**: 304-316.

[11] Stout, S.A. and Payne, J.R. (2017) Footprint, weathering, and persistence of synthetic-base drilling mud olefins in deep-sea sediments following the *Deepwater Horizon* disaster. *Mar. Pollut. Bull*. **118**: 328-340.

[12] Stout, S.A., Rouhani, S., Liu, B., Oehrig, J., Ricker, R.W., Baker, G. (2017) Assessing the footprint and volume of oil deposited in deep-sea sediments following the *Deepwater Horizon* oil spill. *Mar. Pollut. Bull*. **114**: 327-342.

[13] Stout, S.A., Payne, J.R., Ricker, R.W., Baker, G., Lewis, C. (2016) Macondo oil in deep-sea sediments: Part 2 — Distribution and distinction from background and natural oil seeps. *Mar. Pollut. Bull*., **111(1-2)**: 381-401.

[14] Stout, S.A. and Payne, J.R. (2016) Macondo oil in deep-sea sediments: Part 1 – Sub-sea weathering of oil deposited on the seafloor. *Mar. Pollut. Bull.*, **111(1-2)**: 365-380.

[15] Stout, S.A. (2016) Oil spill fingerprinting method for oily matrices used in the *Deepwater Horizon* NRDA. *Environ. Forensics* **17(3)**: 218-243.

[16] Stout, S.A. and Payne, J.R. (2016) Chemical composition of floating and sunken in-situ burn residues from the Deepwater Horizon oil spill. *Mar. Pollut. Bull*. **108(1-2)**: 186-202.

[17] Stout, S.A., Payne, J.R., Emsbo-Mattingly, S.D., Gregory Baker (2016) Weathering of field-collected floating and stranded Macondo oils during and shortly after the *Deepwater Horizon* oil spill. *Mar. Pollut. Bull*. **105(1)**: 7-22.

[18] Douglas, G.S., Stout, S.A., Uhler, A.D., McCarthy, K.J., and Emsbo-Mattingly, S.D. (2016) Advantages of quantitative chemical fingerprinting in oil spill identification and allocation of mixed hydrocarbon contaminants. In: *Standard Handbook of Oil Spill Environmental Forensics: Fingerprinting and Source Identification*, 2nd Ed., S.A. Stout and Z. Wang, Eds., Elsevier Publishing Co., Boston, MA, p. 789-847.

[19] Kienhuis, P.G.M., Hansen, A.B., Faksness, L.-G., Stout, S.A., and Dahlmann, G. (2016) CEN methodology for oil spill identification. In: *Standard Handbook of Oil Spill Environmental Forensics: Fingerprinting and Source Identification*, 2nd Ed., S.A. Stout and Z. Wang, Eds., Elsevier Publishing Co., Boston, MA, p. 685-728.

[20] Uhler, A.D., Stout, S.A., Douglas, G.S., and Healey, E.M. (2016) Chemical character of marine heavy fuel oils and lubricants. In: *Standard Handbook of Oil Spill Environmental Forensics: Fingerprinting and Source Identification*, 2nd Ed., S.A. Stout and Z. Wang, Eds., Elsevier Publishing Co., Boston, MA, p. 641-684.

[21] Stout, S.A., Douglas, G.S., and Uhler, A.D. (2016) Chemical fingerprinting of gasoline and distillate fuels. In: *Standard Handbook of Oil Spill Environmental Forensics: Fingerprinting and*



*Source Identification*, 2nd Ed., S.A. Stout and Z. Wang, Eds., Elsevier Publishing Co., Boston, MA, p. 509-564.

[22] Wang, Z., Yang, C., Yang, Z., Brown, C. Hollebone, B. and Stout, S.A. (2016) Petroleum biomarker fingerprinting for oil spill characterization and source identification. In: *Standard Handbook of Oil Spill Environmental Forensics: Fingerprinting and Source Identification*, 2nd Ed., S.A. Stout and Z. Wang, Eds., Elsevier Publishing Co., Boston, MA, 131-254.

[23] Stout, S.A. and Wang, Z. (2016) Chemical fingerprinting methods and factors affecting petroleum fingerprints in the environment. In: *Standard Handbook of Oil Spill Environmental Forensics: Fingerprinting and Source Identification*, 2nd Ed., S.A. Stout and Z. Wang, Eds., Elsevier Publishing Co., Boston, MA, p. 61-130.

[24] Stout, S.A., Emsbo-Mattingly, S.D., Douglas, G.S., Uhler, A.D., McCarthy, K.J. (2015) Beyond 16 Priority Pollutants: A review of PACs used in environmental forensics. *Polycyclic Aromatic Compounds*, **35**:285–315.

[25] Stout, S.A. (2015) Bulk chemical and physical properties of fresh and weathered Macondo crude oil. U.S. Dept. of Interior, *Deepwater Horizon* Response & Restoration, Admin. Record, www.doi.gov/deepwaterhorizon/adminrecord DWH-AR0038585, 11 p.

[26] Stout, S.A. (2015) Chemical composition of fresh Macondo crude oil. U.S. Dept. of Interior, *Deepwater Horizon* Response & Restoration, Admin. Record, www.doi.gov/deepwaterhorizon/ adminrecord, AR0038495, 21 p.

[27] Stout, S.A. (2015) Chemical evidence for the persistence and distribution of Macondo oil in deep-sea sediments following the *Deepwater Horizon* oil spill. U.S. Dept. of Interior, *Deepwater Horizon* Response & Restoration, Admin. Record, www.doi.gov/deepwaterhorizon/ adminrecord, DWH-AR0260124, 69 p.

[28] Stout, S.A. (2015) Chemical fingerprinting assessment of exposure of dolphins to Macondo oil during and after the *Deepwater Horizon* oil spill. U.S. Dept. of Interior, *Deepwater Horizon* Response & Restoration, Admin. Record, www.doi.gov/deepwaterhorizon/adminrecord, DWH-AR0038954, 30 p.

[29] Stout, S.A. (2015) Chemical fingerprinting methodology of oily matrices used in the *Deepwater Horizon* NRDA. U.S. Dept. of Interior, *Deepwater Horizon* Response & Restoration, Admin. Record, www.doi.gov/deepwaterhorizon/adminrecord, DWH-AR0038614, 36 p.

[30] Stout, S.A. (2015) Chemical fingerprinting of sea turtle wipe samples from the northern Gulf of Mexico during and after the *Deepwater Horizon* oil spill. U.S. Dept. of Interior, *Deepwater Horizon* Response & Restoration, Admin. Record, www.doi.gov/deepwaterhorizon/ adminrecord, DWH-AR0038939, 15 p.

[31] Stout, S.A. (2015) Distribution and weathering of Macondo oil stranded on shorelines in 2010 based on chemical fingerprinting. U.S. Dept. of Interior, *Deepwater Horizon* Response & Restoration, Admin. Record, www.doi.gov/deepwaterhorizon/adminrecord, DWH-AR0038722, 30 p.



*SCOTT A. STOUT, PH.D., P.G.*

[32] Stout, S.A. (2015) Footprint and persistence of synthetic-based drilling mud in deep-sea sediments near the failed Macondo well. U.S. Dept. of Interior, *Deepwater Horizon* Response & Restoration, Admin. Record, www.doi.gov/deepwaterhorizon/adminrecord, DWH-AR0038596, 18 p.

[33] Stout, S.A. (2015) Range in composition and weathering among floating Macondo oils during the *Deepwater Horizon* oil spill. U.S. Dept. of Interior, *Deepwater Horizon* Response & Restoration, Admin. Record, www.doi.gov/deepwaterhorizon/adminrecord, DWH-AR0038650, 32 p.

[34] Stout, S.A. (2015) Review of dispersants used in response to the *Deepwater Horizon* oil spill. U.S. Dept. of Interior, *Deepwater Horizon* Response & Restoration, Admin. Record, www.doi.gov/deepwaterhorizon/adminrecord, DWH-AR0038542, 25 p.

[35] Stout, S.A. and Emsbo-Mattingly, S.D. (2015) Chemical character of submerged oil mats and stranded oil appearing following Tropical Storm Lee and Hurricane Isaac. U.S. Dept. of Interior, *Deepwater Horizon* Response & Restoration, Admin. Record, www.doi.gov/deepwaterhorizon/adminrecord, DWH-AR0038752, 28 p.

[36] Stout, S.A. and German, C.R. (2015) Characterization and flux of marine oil snow in the Viosca Knoll (Lophelia reef) area due to the *Deepwater Horizon* oil spill. U.S. Dept. of Interior, *Deepwater Horizon* Response & Restoration, Admin. Record, www.doi.gov/deepwaterhorizon/adminrecord, DWH-AR0039084, 34 p.

[37] Stout, S.A. and Litman, E. (2015) Assessment of exposure of mesophotic reefs to Macondo oil during and after the *Deepwater Horizon* oil spill using semi-permeable membrane devices. U.S. Dept. of Interior, *Deepwater Horizon* Response & Restoration, Admin. Record, www.doi.gov/deepwaterhorizon/adminrecord, DWH-AR0038996, 19 p.

[38] Stout, S.A. and Litman, E. (2015) Chemical fingerprinting of floating and sunken sargassum recovered during and after the *Deepwater Horizon* oil spill. U.S. Dept. of Interior, *Deepwater Horizon* Response & Restoration, Admin. Record, www.doi.gov/deepwaterhorizon/adminrecord, DWH-AR0039155, 15 p.

[39] Stout, S.A. and Litman, E. (2015) Chemical fingerprinting of osprey nest materials following the *Deepwater Horizon* oil spill, Horn Island, Gulf Islands National Seashore. U.S. Dept. of Interior, *Deepwater Horizon* Response & Restoration, Admin. Record, www.doi.gov/deepwaterhorizon/adminrecord, DWH-AR0038984, 12p.

[40] Stout, S.A. and Passow, U. (2015) Character and sedimentation rate of "lingering" Macondo oil in the deep-sea up to 1-year after the *Deepwater Horizon* oil spill. U.S. Dept. of Interior, *Deepwater Horizon* Response & Restoration, Admin. Record, www.doi.gov/deepwaterhorizon/adminrecord, DWH-AR0038895, 35 p.

[41] Stout, S.A. and Payne, J.R. (2015) Chemical composition of floating and sunken in-situ burn residues from the *Deepwater Horizon* oil spill. U.S. Dept. of Interior, *Deepwater Horizon* Response & Restoration, Admin. Record, www.doi.gov/deepwaterhorizon/adminrecord, DWH-AR0038682, 25 p.



[42]   Stout, S.A., Rouhani, S., Liu, B. and Oehrig, J. (2015) Spatial extent ("footprint") and volume of Macondo oil found on the deep-sea floor following the *Deepwater Horizon* oil spill. U.S. Dept. of Interior, *Deepwater Horizon* Response & Restoration, Admin. Record, www.doi.gov/deepwaterhorizon/adminrecord, DWH-AR0260244, 29 p.

[43]   Douglas, G.S., Emsbo-Mattingly, S.D., Stout, S.A., Uhler, A.D., McCarthy, K.J. (2015) Hydrocarbon Fingerprinting Methods. In: *Introduction to Environmental Forensics*, 3rd Ed., Murphy, B.L., Morrison, R.D., Eds., Academic Press, Boston, pp. 201–309.

[44]   Engle, M.A., Radke, L.F., Heffern, E.L., O'Keefe, J.M.K., Hower, J.C., Smeltzer, C.D., Hower, J.M., Olea, R.A., Eatwell, R.J., Blake, D.R., Emsbo-Mattingly, S.D., Stout, S.A., Queen, G., Aggen, K.L., Kolker, A., Prakash, A., Henke, K.R., Stracher, G.B., Schroeder, P.A., Román-Colón, Y., ter Schure, A. (2012) Gas emissions, minerals, and tars associated with three coal fires, Powder River Basin, USA, *Science of the Total Environment*, **420**: 146-159.

[45]   Emsbo-Mattingly, S.D. and Stout, S.A. (2011) Chapter 11: Semi-volatile hydrocarbon residues of coal and coal tar. In: *Peat and Coal Fires – A Global Perspective*, G.B. Stracher, A. Prakash, and E.V. Sokol., Eds., Elsevier Atlas in Geoscience No. 4, pp. 173-228.

[46]   Uhler, A.D., McCarthy, K.J., Emsbo-Mattingly, S.D., Stout, S.A., Douglas, G.S. (2010) Predicting chemical fingerprints of vadose zone soil gas and indoor air from non-aqueous phase liquid composition. *Environ. Forensics*, **11(4)**: 342-354.

[47]   Stout, S.A., Douglas, G.S., and Uhler, A.D. (2010) Assessing temporal and spatial variations of gasoline-impacted ground water using relative mole fractions and PIANO fingerprinting. *Environ. Forensics*, **11(3)**: 328-341.

[48]   Stout, S.A. and Graan, T.P. (2010) Quantitative source apportionment of PAHs in sediments of Little Menomonee River, Wisconsin: Weathered creosote versus urban background. *Environ. Sci. Technol.*, **44(8)**: 2932-2939.

[49]   Uhler, A.D., Stout, S.A., Emsbo-Mattingly, S.D., Rouhani, S. (2010) Chemical fingerprinting: Streamlining site assessment during the sustainable redevelopment process. In: *Sustainable Land Development and Restoration*, K. Brown, W.L. Hall, M. Snook, and K. Garvin, Eds., Elsevier, pp. 325-344.

[50]   Stout, S.A. and Emsbo-Mattingly, S.D. (2008) Concentration and character of PAHs and other hydrocarbons in coals of varying rank – Implications for environmental studies of soils and sediments containing particulate coal. *Org. Geochem.*, **39**: 801-819.

[51]   Stout, S.A. and Wang, Z. (2008) Diagnostic compounds for fingerprinting petroleum in the environment. In: *Environmental Forensics*, R.E. Hester and R.M. Harrison, Eds., Royal Soc. Chem., Issues in Environmental Science and Technology Publ. No. 26, London, pp. 54-104.

[52]   Stout, S.A. and Millner, G.C. (2008) Protocol for assessing the extent of crude oil spilled in a residential area following Hurricane Katrina, St. Bernard Parish, Louisiana. *Proc. International Oil Spill Conference 2008*, May 2008, Savannah, Georgia, pp. 279-284.



*SCOTT A. STOUT, PH.D., P.G.*

[53]   Plantz, G. McCarthy, K.J., Emsbo-Mattingly, S.D., Uhler, A.D., and Stout, S.A. (2008) Evaluating the vapor intrusion pathway - challenges and source identification. *Environ. Claims J.*, **20(1)**: 71-86.

[54]   Stout, S.A., Liu, B., Millner, G.C., Hamlin, D., and Healey, E. (2007) Use of chemical fingerprinting to establish the presence of spilled crude oil in a residential area following Hurricane Katrina, St. Bernard Parish, Louisiana. *Environ. Sci. Technol.*, **41(21):** 7742-7751.

[55]   Stout, S.A. (2007) Characterization and source of unknown "tar-like material" and "slag" in a former oil field, Compton, California. *Environ. Forensics*, **8(3)**: 265-282.

[56]   Uhler, A.D., Emsbo-Mattingly, S.D., Stout, S.A., Douglas, G.S., McCarthy, K.J., and Rouhani, S. (2007) Chemical fingerprinting: Applications in environmental forensics investigations. *Proceed. Toxic Torts and Environmental Law Conf.*, New Orleans, DRI, Chicago, IL, pp. 59-80.

[57]   Douglas, G.D., Emsbo-Mattingly, S.D., Stout, S.A., Uhler, A.D., and McCarthy, K.J. (2007) Chemical fingerprinting of hydrocarbons and polychlorinated biphenyls. In: *Introduction to Environmental Forensics, 2nd Ed.*, B. Murphy and R. Morrison, Eds., Academic Press, New York, pp. 317-459.

[58]   Stout, S.A. and Wang, Z. (2007) Methods and factors affecting petroleum fingerprints in the environment. In: *Oil Spill Environmental Forensics: Fingerprinting and Source Identification*, Z. Wang and S.A. Stout, Eds., Elsevier Publishing Co., Boston, MA, pp. 1-53.

[59]   Douglas, G.S., Stout, S.A., Uhler, A.D., McCarthy, K.J., and Emsbo-Mattingly, S.D. (2007) Advantages of quantitative chemical fingerprinting in oil spill source identification. In: *Oil Spill Environmental Forensics: Fingerprinting and Source Identification*, Z. Wang and S.A. Stout, Eds., Elsevier Publishing Co., Boston, MA, pp. 257-292.

[60]   Uhler, A.D., Stout, S.A., and Douglas, G.S. (2007) Chemical heterogeneity in modern marine residual fuel oils In: *Oil Spill Environmental Forensics: Fingerprinting and Source Identification*, Z. Wang and S.A. Stout, Eds., Elsevier Publishing Co., Boston, MA, pp. 327-348.

[61]   Stout, S.A., Uhler, A.D., and McCarthy, K.J. (2006) Chemical characterization and sources of distillate fuels in the subsurface, Mandan, North Dakota. *Environ. Forensics*, **7(3)**: 267-282.

[62]   Stout, S.A. and Uhler, A.D. (2006) Causation for variable *n*-alkylcyclohexane distributions in distillate NAPLs from Mandan, North Dakota. *Environ. Forensics*, **7(3)**: 283-287.

[63]   Stout, S.A., Millner, G., Hamlin, D., Liu, B. (2006) The role of chemical fingerprinting in assessing the impact of a crude oil spill following Hurricane Katrina. *Env. Claims J.* **18(2)**:169-184.

[64]   Wang, Z., Stout, S.A., and Fingas, M. (2006) Forensic fingerprinting of biomarkers for oil spill characterization and source identification (Review) *Environ. Forensics* **7(2)**: 105-146.

[65]   Emsbo-Mattingly, S.D., Uhler, A.D., Stout, S.A., Douglas, G.S, and Coleman A. (2006) Determining the source of PAHs in sediments. *Land Contamination & Reclamation,* **14(2)**: 403-411.

[66]   Stout, S.A., Douglas, G.S., and Uhler, A.D. (2006) Automotive gasoline. In: *Environmental Forensics: A Contaminant Specific Approach*, B. Murphy and R. Morrison, Eds.,. Elsevier Publishing Co., San Francisco, CA. pp. 466-531.


*SCOTT A. STOUT, PH.D., P.G.*

[67]   Weiss, H.M., Faksness, L.-G., and Stout, S.A. (2005) Use of biomarkers in oil identification. SINTEF Applied Chemistry, Trondheim, Norway, Project Report 661219 to Nordtest, 74 p.

[68]   Stout, S.A., Douglas, G.S. Uhler, A.D. (2005) Monitoring the natural recovery of hydrocarbon-contaminated sediments with chemical fingerprinting. *Env. Claims J.* 1**7(3)**: 287-314.

[69]   Stout, S.A., Douglas, G.S. Uhler, A.D., McCarthy, K.J. and Emsbo-Mattingly, S.D. (2005) Identifying the Source of Mystery Waterborne Oil Spills – A Case for Quantitative Chemical Fingerprinting. *Env. Claims J.* **17(1):** 71-88.

[70]   Stout, S.A., Uhler, A.D., and McCarthy, K.J. (2005) Middle distillate fuel fingerprinting using drimane-based bicyclic sesquiterpanes. *Environ. Forensics* **6(3):** 241-252.

[71]   Stout, S.A., Uhler, A.D., and Douglas, G.S. (2005) Chemical fingerprinting of gasoline and diesel fuel at LUST sites. U.S. EPA L.U.S.T. Line, Bulletin 49, p. 1-5.

[72]   Neff, J.M., Stout, S.A., and Gunster, D.G. (2005) Ecological risk assessment of PAH in sediments: Identifying sources and ecological hazard. *Integrated Environ. Assess. Management*, **1(1)**: 22-33.

[73]   Stout, S.A. and Douglas, G.S. (2004) Diamondoid hydrocarbons – Application in the chemical fingerprinting of natural gas condensate and gasoline. *Environ. Forensics,* **5(4)**: 225-235.

[74]   Stout, S.A. and Wasielewski, T.N. (2004) Historical and chemical assessment of the sources of PAHs in soils at a former coal-burning power plant, New Haven, Connecticut. *Environ. Forensics*, **5(4)**: 195-211.

[75]   Stout, S.A., Uhler, A.D., and McCarthy, K.J. (2004) Characterizing the source of fugitive middle distillate fuels – A case study involving railroad diesel fuel, Mandan, North Dakota. *Environ. Claims J.,* **16(2)**: 157-172.

[76]   Stout, S.A., Uhler, A.D., and Emsbo-Mattingly, S.D. (2004) Comparative evaluation of background anthropogenic hydrocarbons in surficial sediments from nine urban waterways. *Environ. Sci. Technol.*, **38(11)**: 2987-2994.

[77]   Stout, S.A., Emsbo-Mattingly, S.D., Lau, V., Gunster, D.G., Pound, M.J. (2004) Nature of PAH in clay targets and sediments at a former skeet range, Alameda Point, California. A. Porto and R. Hinchee, Eds., *Proceed. 2nd Int'l. Conf. on Remediation of Contaminated Sediments*, Venice, Italy, Battelle Press, Columbus, OH.

[78]   Emsbo-Mattingly, S.D., Stout, S.A., Uhler, A.D., and McCarthy, K.J. (2003) Identifying manufactured gas plant tar in the environment using chemical fingerprinting. *Environ. Claims J.*, **15(4)**: 477-490.

[79]   Stout, S.A., Uhler, A.D., Emsbo-Mattingly, S.D. (2003) Urban background – Characterization of ambient anthropogenic PAH in urban sediments. V. Magar and M. Kelley, Eds., *Proceed. 7th Int'l. Symp. on In Situ and On-Site Bioremediation*, Orlando, FL, ISBN 1-57477-139-6, Battelle Press, Columbus, OH, Paper No. I-06, 8 pp.

[80]   Stout, S.A. (2003) Chemical fingerprinting of PAHs in sediments – Recognizing the contribution of urban background. In: *Guidance for Environmental Background Analysis, Vol. II: Sediment*s, U.S. Navy, Naval Facilities Engineering Command, User's Guide **UG-2054-ENV**, pp. 153-179.



*SCOTT A. STOUT, PH.D., P.G.*

[81]  Daling, P.S., Faksness, L.G., Hansen, A.B. and Stout, S.A. (2003) Source identification of waterborne oil spills using standardized methodology. V. Magar and M. Kelley, Eds., *Proceed. 7th Int'l. Symp. on In Situ and On-Site Bioremediation*, Orlando, FL, ISBN 1-57477-139-6, Battelle Press, Columbus, OH, Paper No. I-02, 8 pp.

[82]  Stout, S.A., Uhler, A.D., Emsbo-Mattingly, S.J. (2003) Characterization of "urban background" PAH in sediments. *Contaminated Soil, Sediment & Water*, Sept. Issue, pp. 16-18.

[83]  Stout, S.A., Uhler, A.D., Uhler, R.M., Healey, E.M., McCarthy K.J. (2003) Detailed chemical fingerprinting of gasoline for environmental forensic investigations. Part 3: Application to gasoline source studies. *Contaminated Soil, Sediment & Water*, Mar/April Issue, pp. 16-18.

[84]  Uhler, R.M., Healey, E.M., McCarthy, K.J., Uhler, A.D., and Stout, S.A. (2003) Detailed chemical fingerprinting of gasoline for environmental forensic investigations. Part 2: Analytical method performance. *Contaminated Soil, Sediment & Water*, Jan/Feb Issue. 12-17.

[85]  Stout, S.A., Uhler, A., Emsbo-Mattingly, S.J. (2003) Characterization of PAH sources in sediments of the Thea Foss/Wheeler Osgood Waterways, Tacoma, Washington. *Soil and Sediment Contamination*. **12(6):** 815-834.

[86]  Stout, S.A., Leather, J.M., and Corl, W.E. III (2003) A User's Guide for Determining the Sources of Contaminants in Sediments. A Demonstration Study: Sources of PAH in the Sediments in the Vicinity of the Norfolk Naval Shipyard, Elizabeth River, Norfolk, Virginia. *U.S. Dept. of the Navy, SPAWAR Systems Center*, San Diego, Technical Report **1907**, Sept. 2003, 97 pp.

[87]  Stout, S.A. and Uhler, A.D. (2003) Distinguishing "background" hydrocarbons from contamination using chemical fingerprinting. *Environ. Claims. J.,* **15(2)**: 241-259.

[88]  Uhler, R.M., Healey, E.M., McCarthy, K.J., Uhler, A.D. and Stout, S.A. (2003) Molecular fingerprinting of gasoline by a modified EPA 8260 gas chromatography/mass spectrometry method. *Int. J. Environ. Anal. Chem.* **83(1)**: 1-20.

[89]  Stout, S.A. (2003) Applications of petroleum fingerprinting in known and suspected pipeline releases. *Appl. Geochem.* **18(6)**: 915-926.

[90]  Stout, S.A. and Spackman, W. (2002) Paleoecology interpreted by peat petrology and chemistry, Windover Farms Archeological Site, Titusville. In: G. H. Doran, Ed., *Windover Multidisciplinary Investigations of an Early Archaic Florida Cemetery*, University Press of Florida, pp. 227-235.

[91]  Beall, P.W., Stout, S.A., Douglas, G.S. and Uhler, A.D. (2002) On the role of process forensics in the characterization of fugitive gasoline. *Environ. Claims J.* **14(4)**: 487-505.

[92]  Daling, P.S., Faksness, L.G., Hansen, A.B. and Stout, S.A. (2002) Improved and standardized methodology for oil spill fingerprinting. *Environ. Forensics* **3(3/4)**: 263-278.

[93]  Stout, S.A., Uhler, A.D., McCarthy, K.J. and Emsbo-Mattingly, S.D. (2002) Invited commentary on the Christensen and Larsen Technique. *Environ. Forensics* **3(2)**: 9-11.

[94]  Stout, S.A., Uhler, A.D., McCarthy, K.J. and Emsbo-Mattingly, S.D. (2002) Chemical Fingerprinting of Hydrocarbons. In: *Introduction to Environmental Forensics,* B. Murphy and R. Morrison, Eds., Academic Press, New York, p. 135-260.



[95] Uhler, R.M., Healey, E.M., McCarthy, K.J. Uhler, A.D., and Stout, S.A. (2002) Detailed chemical fingerprinting of gasoline for environmental forensic investigations. Part 1: Selection of appropriate target compounds. *Contaminated Soil, Sediment & Water*, Nov/Dec. Issue, pp. 20-24.

[96] Emsbo-Mattingly, S.J., Stout, S.A., Uhler, A.D., and McCarthy, K.J. (2002) Chemical signatures of former manufactured gas plants: Town gas residues. *Contaminated Soil, Sediment & Water*, Sept/Oct. Issue, pp. 23-26.

[97] Stout, S.A., Uhler, A.D., Magar, V.S., McCarthy, K.J., Emsbo-Mattingly, S.J. and Crecelius, E.A. (2002) Sediment geochronology reveals temporal changes in contaminant sources. *Contaminated Soil, Sediment & Water*, July/Aug. Issue, pp. 104-106.

[98] Stout, S.A., Emsbo-Mattingly, S.J., Uhler, A.D. and McCarthy, K.J. (2002) Particulate coal in soils and sediments – Recognition and potential influences on hydrocarbon fingerprinting and concentration. *Contaminated Soil, Sediment & Water*, June Issue, pp. 12-15.

[99] Uhler, A.D., Stout, S.A., McCarthy, K.J., Emsbo-Mattingly, S.D., Douglas G.S. and Beall, P.W. (2002) The influences of refining on petroleum fingerprinting – Part 4. Residual fuels. *Contaminated Soil, Sediment & Water*, April/May Issue, pp. 20-22.

[100] Stout, S.A., Uhler, A.D., McCarthy, K.J. and Emsbo-Mattingly, S.D. (2002) The influences of refining on petroleum fingerprinting – Part 3. Distillate fuel production practices. *Contaminated Soil, Sediment & Water*, Jan/Feb Issue, pp. 6-11.

[101] Magar, V.S., Ickes, J.A, Abbott, J.E., Brenner, R.C., Stout, S.A., Uhler, R.M. Crecelius, E.A. and Bingler, L.S. (2002) Natural recovery of PAH-contaminated sediments at the Wyckoff/Eagle Harbor Superfund Site, In: (eds.) Hinchee, R.E., Porta, A. and Pellei, M. *Remediation and Beneficial Reuse of Contaminated Sediments.* Battelle Press, Columbus, OH. **1(3)**: 419-424.

[102] Stout, S.A. and Uhler, A.D. (2002) Evaluating sources of pyrogenic PAH in urban sediments, Thea Foss Waterway, Tacoma, Washington. *Proceed. 224th Nat'l. Mtg., Am. Chem. Soc., Div. Environ. Chem.*, Boston, MA, Vol. **42(2)**: 241-248.

[103] Neff, J.M. and Stout, S.A. (2002) Predictors of water-soluble organics (WSOs) in produced water – A literature review. *Amer. Petrol. Inst.*, Publ. No. **4717**, API Washington, DC, 23 p.

[104] Stout, S.A., Douglas, G.S. and Uhler, A.D. (2002) Managing future liability at petroleum impacted sites through proactive strategic environmental baselining. *Environ. Claims J.* **14(2)**: 201-221.

[105] Brenner, R.C., Magar, V.S., Ickes, J.A., Abbott, J.E., Stout, S.A., Crecelius, E.A. and Bingler, L.S. (2002) Characterization and fate of PAH-contaminated sediments at the Wycoff/Eagle Harbor Superfund site. *Env. Sci. Technol.* **36(12)**: 2605-2613.

[106] Daling, P.S., Faksness, L.G., Hansen, A.B. and Stout, S.A. (2002) Improved and standardized methodology for oil spill fingerprinting and guidance to data processing, interpretation and reporting. *Nordtest Technical Report 502, Proceed. CEN Workshop*, Sept. 16, 2002, Copenhagen, Denmark.



*SCOTT A. STOUT, PH.D., P.G.*

[107] Daling, P.S., Faksness, L.G., Hansen, A.B. and Stout, S.A. (2002) Improved and standardized methodology for oil spill fingerprinting. *Proceed. 25th Artic & Marine Oilspill Program* (AMOP), June 11-13, Calgary, Alberta.

[108] Stout, S.A., and Uhler, A.D. (2002) Environmental forensics. *The Military Engineer,* **94**: 37-38.

[109] Emsbo-Mattingly, S.D., Uhler, A.D., Stout, S.A., McCarthy, K.J., Douglas, G., Brown, J.S., Boehm, P.D. (2002) Polycyclic aromatic hydrocarbon (PAH) chemistry of MGP tar and source identification in sediment. In *Sediments Guidance Compendium* (A. Coleman, Ed) Electric Power Research Institute, Technical Report **1005216**, pp. 1-41.

[110] Stout, S.A., Magar, V.S., Uhler, R.M., Ickes, J., Abbott, J. and Brenner R. (2001) Characterization of Naturally-Occurring and Anthropogenic PAHs in Urban Sediments – Wycoff/Eagle Harbor Superfund site. *Environ. Forensics* **2(4)**: 287-300.

[111] Stout, S.A., Uhler, A.D. and Boehm, P.D. (2001) Recognition of and allocation among Sources of PAH in urban sediments. *Environ. Claims J.* **13(4)**: 141-158.

[112] Uhler, A.D., Stout, S.A., Uhler, R.M., Emsbo-Mattingly, S.D. and McCarthy, K.J. (2001) Accurate chemical analysis of MTBE in environmental media. *Env. Forensics* **2**: 17-20.

[113] Stout, S.A., Uhler, A.D., McCarthy, K.J. (2001) A Strategy and Methodology for Defensibly Correlating Spilled Oil to Source Candidates. *Environ. Forensics* **2**: 87-98.

[114] Stout, S.A., Uhler, A.D., McCarthy, K.J. and Emsbo-Mattingly, S.D. (2001) The influences of refining on petroleum fingerprinting – Part 2. Gasoline blending practices. *Contaminated Soil, Sediment & Water*, Nov/Dec. Issue, pp. 42-44.

[115] Uhler, A.D., Stout, S.A., McCarthy, K.J. and Emsbo-Mattingly, S.D. (2001) The influences of refining on petroleum fingerprinting – Part 1. The refining process. *Contaminated Soil, Sediment & Water*, Oct. Issue, pp. 16-18.

[116] Stout, S.A., Uhler, A.D., McCarthy, K.J. and Emsbo-Mattingly, S.D. (2001) A methodology for the correlating spilled oil to its source. *Contaminated Soil, Sediment & Water*, Aug. Issue, pp. 63-66.

[117] Emsbo-Mattingly, S.D., McCarthy, K.J., Uhler, A.D., Stout, S.A., Boehm, P.D. and Douglas, G.S. (2001) Identifying and differentiating high and low temperature tars at contaminated sites. *Contaminated Soil, Sediment & Water*, June/July Issue, pp. 59-60.

[118] Uhler, A.D., Stout, S.A., Hicks, J.E., McCarthy, K.J., Emsbo-Mattingly, S.D., Boehm, P.D. (2001) Advanced 3-D data analysis: Tools for visualization and allocation. *Contaminated Soil, Sediment & Water*, April/May Issue, pp. 49-52.

[119] Emsbo-Mattingly, S.D., McCarthy, K.J., Uhler, A.D., Stout, S.A. and Boehm, P.D. (2001) Sources of wood, coal and petroleum tars. *Contaminated Soil, Sediment & Water*, Special Spring Issue. pp. 12-15.

[120] Emsbo-Mattingly, S.D., Uhler, A.D., Stout, S.A. and McCarthy, K.J. (2001) Identifying creosote at contaminated sites: An environmental forensics overview. *Contaminated Soil, Sediment & Water*, Feb/March.



*SCOTT A. STOUT, PH.D., P.G.*

[121] Stout, S.A., Naples, W.P., Uhler, A.D., McCarthy, K.J., Roberts, L.G. and Uhler, R.M. (2000) Use of quantitative biomarker analysis in the differentiation and characterization of spilled oil. *Soc. Petrol. Engineers Int'l. Conf. on Health, Safety, and the Environment in Oil and Gas Exploration and Production*, SPE Paper No. **61460**, 15 p.

[122] Uhler, A.D., Stout, S.A., and McCarthy, K.J. 2000. Contaminated Sediments: Considerations for the Environmental Forensics Investigator. *Soil Sediment & Groundwater Cleanup*. April/May.

[123] McCarthy, K.J., Emsbo-Mattingly, S.D., Stout, S.A. and Uhler, A.D. (2000) Identifying manufactured gas plant residues in industrial sediments. *Contaminated Soil, Sediment & Water* Oct./Nov. Issue.

[124] Uhler, A.D., Stout, S.A., McCarthy, K.J. and Emsbo-Mattingly, S.D. (2000) Tributyltin: A unique sediment contaminant. *Contaminated Soil, Sediment & Water,* June/July.

[125] Uhler, A.D., Stout, S.A., Uhler, R.M. and McCarthy, K.J. (2000) Considerations for the accurate chemical analysis of MTBE and other gasoline oxygenates. *Contaminated Soil & Ground Water,* April/May.

[126] Stout, S.A., Uhler, A.D. and McCarthy, K.J. (2000) Recognizing the confounding influences of 'background' contamination in 'fingerprinting' investigations. *Contaminated Soil & Ground Water,* February/March, pp. 35-38.

[127] Uhler, A.D., Stout, S.A. and McCarthy, K.J. (2000) Manufactured gas plant process wastes and by-products: Part 2. *Contaminated Soil & Ground Water,* Dec./Jan., 4 p.

[128] Stout, S.A., Barrett, P.J. and Roberts, L.G. (1999) Predicting the spill behavior of *Orimulsion* using design of experiment principles. *Proceed. 22nd Artic & Marine Oilspill Program* (AMOP), Calgary, Alberta, **1**:15-42.

[129] Uhler, A.D., Stout, S.A., McCarthy, K.J., Seavey, J.A. and Uhler, R.M. (1999) Identification and differentiation of light- and middle-distillate petroleum for NRDA using chemical forensics. *Proc. International Oil Spill Conference*, Seattle, WA.

[130] Stout, S.A., Neff, J.M, and Wisbith, A. (1999) Chemical characterization of fog oil and fog oil smoke and assessment of human health risk associated with its use at Fort Leonard Wood, Missouri. U.S. Army, Chemical Warfare/Chemical and Biological Defense Information Analysis Center (CBIAC) Report, Technical Task 317, Defense Technical Information Center, Fort Belvoir, VA.

[131] Uhler, A.D., Stout, S.A. and McCarthy, K.J. (1999) Understanding historic manufactured gas plant process wastes and by-products: Part 1. *Contaminated Soil & Ground Water,* Oct./Nov.

[132] Stout, S.A., Uhler, A.D. McCarthy, K.J. (1999) Biomarkers – Underutilized components in the forensic toolkit. *Contaminated Soil & Ground Water,* June/July.

[133] Stout, S.A. (1999) Environmental forensics – A potent tool for contested releases. Massachusetts Environ. Management Report, Vol. 17(9):1-2.

[134] Uhler, A.D., Stout, S.A. and McCarthy, K.J. (1999) Improving petroleum remediation monitoring with forensic chemistry. *Contaminated Soil & Ground Water,* April/May

13



*SCOTT A. STOUT, PH.D., P.G.*

[135] Stout, S.A., Davidson, J.M. McCarthy, K.J. and Uhler, A.D. (1999) Gasoline additives: usage of lead and MTBE. *Contaminated Soil & Ground Water,* February/March.

[136] Stout, S.A., Uhler, A.D. and McCarthy, K.J. (1999) "Fingerprinting" of gasolines. *Contaminated Soil & Ground Water,* Jan.

[137] Stout, S.A., Uhler, A.D. and McCarthy, K.J. (1998) Advanced chemical fingerprinting of sub-surface contamination – Unraveling the complexities of decades of contamination at a refinery. *Proceed. 1998 Nat'l. Petrochem. & Refiners Assoc. Envrion. Conf.*, Corpus Christi, TX. **ENV- 98-181**, 10 pp.

[138] Stout, S.A. and Lundegard, P.D. (1998) Intrinsic biodegradation of diesel fuel in an interval of separate phase hydrocarbons. *Appl. Geochem.* **13(7)**: 851-859.

[139] Stout, S.A., Uhler, R.M., Philp, R.P., Allen, J. and Uhler, A.D. (1998) Source differentiation of individual chlorinated solvents dissolved in groundwater using compound specific carbon isotopic analysis. Proceed. 216th Nat'l. Mtg., *Am. Chem. Soc.*, *Div. Environ. Chem.*, Boston, MA, Vol. **38(2)**:2-5.

[140] Stout, S.A., Uhler, A.D., Naymik, T.J. and McCarthy, K.J. (1998) Environmental forensics – Unraveling site liability. *Environ. Sci. Tech.* **32(11)**: 260A-264A.

[141] Uhler, A.D., Stout, S.A. and McCarthy, K.J. (1998) Increase success of assessments at petroleum sites in 5 steps. *Soil and Groundwater Cleanup.* December/January, 1998.

[142] Stout, S.A., Uhler, A.D. and McCarthy, K.J. (1998) PAH can provide a unique forensic fingerprint for hydrocarbon products. *Contaminated Soil & Ground Water,* Oct.

[143] McCarthy, K.J., Uhler, A.D. and Stout, S.A. (1998) Weathering affects petroleum identification. *Contaminated Soil & Ground Water,* Aug/Sept.

[144] Uhler, A.D., McCarthy, K.J. and Stout, S.A. (1998) Get to know your petroleum types. *Contaminated Soil & Ground Water,* July.

[145] Naymik, T.G., Uhler, A.D., Stout, S.A., McCarthy, K.J. (1998) Fate and transport analysis is critical component in investigations. *Contaminated Soil & Ground Water,* June.

[146] McCarthy, K.J., Uhler, A.D. and Stout, S.A. (1998) Focused investigations can uncover true nature of contamination. *Contaminated Soil & Ground Water,* May.

[147] Uhler, A.D., Stout, S.A. and McCarthy, K.J. (1998) Site investigations must evolve. *Contaminated Soil & Ground Water,* Feb/Mar.

[148] Bates, A.L., Spiker, E.C., Hatcher, P.G., Stout, S.A. and Weintraub, V.C. (1995) Sulfur geochemistry of sediments from Mud Lake, Florida: Evidence for changes in depositional conditions. *Chem. Geol.* **121**:245-262.

[149] Stout, S.A. (1995) Resin-derived hydrocarbons in fresh and fossil dammar resins, Miocene rocks and oils from the Mahakam Delta, Indonesia. In "*Amber, Resinite and Fossil Resins*" (K. Anderson & J.C. Crelling, Eds.), Amer. Chem. Soc. Symposium Ser. No. **617**, p. 43-75.

[150] Stout, S.A. (1994) Chemical heterogeneity among adjacent coal microlithotypes – Implications for oil generation and primary migration from humic coal. In: A.C. Scott and A.J. Fleet, Eds., Coal



and Coal-bearing Strata as Oil Prone Source Rocks? *Special Publ. Geol. Soc. London*, No. **77**, pp. 93-106.

[151]   Stout, S.A. and Boon, J.J. (1994) Structural characterization and comparison of the organic polymers comprising a lignite's matrix and megafossils. *Org. Geochem.* **21**:953-970.

[152]   Stout, S.A. (1993) Lasers in organic petrology and organic geochemistry – II. *In situ* laser micropyrolysis-GCMS of coal macerals. In: Recent Advances in Organic Petrology and Geochemistry (Eds., R.M. Bustin and F. Goodarzi), *Int. J. Coal. Geol.* **24**:309-331.

[153]   Curiale, J.A. and Stout, S.A. (1993) Monitoring tectonically controlled marine to lacustrine transitions using organic facies – Ridge Basin, California. *Chem. Geol.* **109**:239-268.

[154]   Venkatesan, I., Ohta, K., Stout, S.A., Steinberg, S. and Oudin, J.L. (1993) Diagenetic trends of lignin phenols in Mahakam delta coals: Correlation between laboratory thermal maturation and natural samples. *Org. Geochem.* **20**:463-473.

[155]   Stout, S.A. (1992) Aliphatic and aromatic triterpenoid hydrocarbons in a Tertiary angiospermous lignite. *Org. Geochem.* **18**:51-66.

[156]   Stout, S.A. and Lin, R. (1992) Lasers in organic petrography and organic geochemistry – I. Laser-induced fluorescence, thermal extraction, and pyrolysis. *Org. Geochem.* **18**:229-239.

[157]   Stout, S.A., Lin, R., Recht, G.W., Senftle, J.T., and Larter, S.R. (1992) Optical and pyrolyzate analyzer apparatus. U.S. Patent # 5,147,611, Granted Sept. 15, 1992; 18 p.

[158]   Stout, S.A. (1991) Principal components analysis of quantitative pyrolysis-gas chromatography and organic petrographic data of kerogens. *J. Anal. Appl. Pyrol.*, **18**:277-292.

[159]   Stout, S.A. and Spackman, W. (1991) Paleoecology of peats from the Windover Farms Archeological Site, Titusville, Florida. Florida State Univ. Press., 20 p.

[160]   Stout, S.A. and Hall, K. (1991) Laser pyrolysis-gas chromatography/mass spectrometry of two synthetic organic polymers. *J. Anal. Appl. Pyrol.* **21**:195-205.

[161]   Stout, S.A. and Spackman, W. (1989) Notes on the compaction of a Florida peat and the Brandon lignite as deduced from the study of compressed wood. *Int. J. Coal Geol.*, **11**:247-256.

[162]   Stout, S.A. and Spackman, W. (1989) Peatification and early coalification of wood as deduced by quantitative microscopic methods. *Org. Geochem.*, **14(3)**: 285-298.

[163]   Stout, S.A., Spackman, W., Boon, J.J., Kistemaker, P.G. and Bensley, D.F. (1989) Correlations between the microscopic and chemical changes in wood during peatification and early coalification: A canonical variant study. Peat and Coal: Origins, Facies and Coalification (Eds. P.C. Lyons and B. Alpern), *Int. J. Coal Geol.*, **13**:41-64.

[164]   Boon, J.J., Stout, S.A., Genuit, W. and Spackman, W. (1989) Molecular paleobotany of *Nyssa* endocarps. *Acta Botanica Neerlandica.* **38(4)**: 391-404.

[165]   Stout, S.A., Boon, J.J. and Spackman, W. (1988) Molecular aspects of the peatification and early coalification of Angiosperm and Gymnosperm wood. *Geochim. Cosmochim. Acta.*, **52(2)**: 405-414.





[166] Stout, S.A. (1988) Tracing the microscopic and chemical origins of huminitic macerals in coal. Unpubl. Ph.D. Thesis, The Pennsylvania State University, 308 p.

[167] Stout, S.A. and Bensley, D.F. (1987) Fluorescing macerals from wood precursors. *Int. J. Coal Geol.*, **7**:119-133.

[168] Stout, S.A. and Spackman, W. (1987) A microscopic investigation of woody tissues in peats: Some processes active in the peatification of ligno-cellulosic cell walls. *Int. J. Coal Geol.*, **8**:55-68.

[169] Nip, M., de Leeuw, J.W., Schenck, P.A., Meuzelaar, H.L.C., Stout, S.A., Given, P.H. and Boon, J.J. (1985) Curie-point pyrolysis-mass spectrometry, Curie-point pyrolysis-gas chromatography, mass spectrometry and fluorescence microscopy as analytical tools for the characterization of two uncommon lignites. *J. Appl. Anal. Pyrol.*, **8**: 221-239.

[170] Given, P.H., Ryan, N.J., Rhoads, C.A., Spackman, W., Stout, S.A., Painter, P.C., Boon, J.J., de Leeuw, J.W., Pugmire, R.J. and Alemany, L. (1985) Peat in modern swamps mimics coal origins 300 million years ago. U.S. Dept. of Energy, Technical Report No. 10988-3, 15p.

[171] Stout, S.A. (1985) A microscopic investigation of the fate of secondary xylem during peatification and the early stages of coal formation. Unpubl. M.S. Thesis, The Pennsylvania State University, 318p.


*SCOTT A. STOUT, PH.D., P.G.*

**CONFERENCE PRESENTATIONS**

[1]   Litman, E. and Stout, S.A. (Oct. 2020) Identification of trace level synthetic drilling mud residues using silver ion chromatographs. *Int'l. Conf. Contaminated Soils, Sediments and Water*, 36th Annual Mtg., Oct. 19-23, Amherst, MA.

[2]   Payne, J.R., Driskell, W.B., Stout, S.A., French-McCay, D. (May 2020) IXTOC v. Deepwater Horizon: Lessons learned from natural resource damage assessment studies. Int'l. Oil Spill Conference, May 11-14, New Orleans, LA. [Postponed until May 10-13, 2021.]

[3]   Stout, S.A. (Feb. 2020) Temporal variations in the weathering and source characteristics of crude oil escaping the seafloor, MC20 Site, northern Gulf of Mexico. *Gulf of Mexico Oil Spill & Ecosystem Sci. Conf. (GoMOSES)*, Feb. 4-7, Tampa, FL.

[4]   Payne, J.R., Driskell, W.B., and Stout, S.A. (Feb. 2019) Lessons on weathering and partitioning behavior of aliphatic, monocyclic, and polycyclic aromatic hydrocarbons from the *IXTOC I* and *Deepwater Horizon* blowouts. *Gulf of Mexico Oil Spill & Ecosystem Sci. Conf. (GoMOSES)*, Feb. 4-7, New Orleans, LA.

[5]   Baker, G.F., Valentine, D., Reddy, C.M., Stout, S.A. (Nov. 2018) Applying multiple forensic tools to distinguish spilled pipeline oil from natural seeps following the Refugio Beach oil spill. *Soc. Environ. Toxicol. Chem. (SETAC)*, 39th Annual North America, Nov.4-8, Sacramento, CA.

[6]   Emsbo-Mattingly, S.D., Litman, E., Parsons, S. and Stout, S.A. (Aug. 2018) Advanced geochemical hydrocarbon methods forensically distinguish anthropological legacies of colonial and industrial America, *Gordon Research Conference-Organic Geochemistry*, July 29-Aug. 3, Holderness, NH.

[7]   Stout, S.A. (Oct. 2016) Composition of fresh and partially-combusted Bakken crude oil: Implications for assessing impact following train derailment and fires. *Int'l. Conf. Contaminated Soils, Sediments and Water*, 32nd Annual Mtg., Oct. 17-20, Amherst, MA.

[8]   Occhialini, J. and Stout, S.A. (June 2017) Use of forensics in petroleum spill cases.  New York State Bar Assoc., Oil Spill Symposium, June 7, 2018, Albany, NY.

[9]   Stout, S.A. and Payne, J.R. (Feb. 2016) Chemical evidence for the presence and distribution of Macondo oil in deep-sea sediments following the Deepwater Horizon oil spill. *2016 Gulf of Mexico Oil Spill & Ecosystem Sci. Conf. (GoMOSES)*, 4th Annual Mtg., Tampa, FL.

[10]  Douglas, G.D., Uhler, A.D., McCarthy, K.J., Emsbo-Mattingly, S.D., and Stout, S.A. (Oct. 2011) How to evaluate the efficacy of diagnostic PAH source ratios in environmentally weathered soil samples. *Int'l. Conf. Contaminated Soils, Sediments and Water*, 27th Annual Mtg., Oct. 17-21, Amherst, MA.

[11]  Uhler, A.D., McCarthy, K., Emsbo-Mattingly, S.D., Stout, S.A., and Douglas, G.D. (Oct. 2011) Predicting chemical fingerprints of vadose zone soil gas and indoor air from non-aqueous phase liquid composition. *Int'l. Conf. Contaminated Soils, Sediments and Water*, 27th Annual Mtg., Oct. 17-21, Amherst, MA.

[12]  Stout, S.A. (Sept. 2011) Polycyclic aromatic compounds in environmental forensic chemistry. Invited Keynote Address, *Int'l. Soc. Polycyclic Aromatic Compounds*, 23rd Mtg., Muenster, Germany.



[13]   Douglas, G.S., Emsbo-Mattingly, S.D, Stout, S.A., Uhler, A.D., McCarthy, K.J. (Oct. 2010) Factors to consider when constraining the time of release of gasoline LNAPL based on total lead concentration. *Int'l. Conf. Contaminated Soils, Sediments and Water*, 26th Annual Mtg., Amherst, MA.

[14]   Emsbo-Matting, S.D., Stout, S.A., Stracher, G.B., and Hower, J.C. (Jan. 2010) Natural coal tars: A geological contaminant. *Electric Power Research Inst., MGP 2010 Symposium*, Jan. 27-29, San Antonio, TX.

[15]   Stout, S.A. and Graan, T.P. (Oct. 2009) Quantitative source apportionment of creosote-derived and background PAHs in urban sediments from the Little Menomonee River, Wisconsin, using positive matrix factorization. *Int'l. Conf. Contaminated Soils, Sediments and Water*, 25th Annual Mtg., Oct. 19-22, Amherst, MA.

[16]   Wang, Z. and Stout, S.A. (Sept. 2009) Forensic fingerprinting and source identification of spilled oil mixing with other hydrocarbons. *International Network of Environmental Forensics Conference*, 1st Annual Meeting, Calgary, Alberta.

[17]   Emsbo-Matting, S.D., Stout, S.A., Stracher, G.B., and Hower, J.C. (Nov. 2008) Extractable PAHs in Coal: The effects of rank and natural/anthropogenic coking. *Society of Environmental Toxicology and Chemistry North America*, 29th Annual Meeting, Tampa, FL.

[18]   Uhler, A.D., McCarthy, K.J., Emsbo-Mattingly, S.D., Stout, S.A. and. Douglas, G.S. (Nov. 2008) Predicting chemical 'fingerprints' of vadose zone soil gas from NAPL composition. *Society of Environmental Toxicology and Chemistry North America*, 29th Annual Meeting, Tampa, FL.

[19]   Emsbo-Mattingly, S.D., Uhler, A.D., Stout, S.A., Douglas, G.D, and McCarthy, K.J. (Oct. 2008) Identifying roadway pavement in proximal soils and sediments. *Int'l. Conf. Contaminated Soils, Sediments and Water*, 24[rd] Annual Mtg., Amherst, MA.

[20]   Stout, S.A. (May 2008) Practical aspects of and case studies in oil spill identification. *Bonn-OSINET Workshop*, May 21-23, Lelystad, The Netherlands.

[21]   Stout, S.A. and Millner, G.C. (May 2008) Protocol for assessing the extent of crude oil spilled in a residential area following Hurricane Katrina, St. Bernard Parish, Louisiana. *Int'l. Oil Spill Conference 2008, May 4-8,* Savannah, Georgia.

[22]   Stout, S.A. and Douglas, G.S. (Oct. 2007) Age-dating diesel fuel. A case study averse to the Christensen and Larsen method. *Int'l. Conf. Contaminated Soils, Sediments and Water*, 23rd Annual Mtg., Amherst, MA.

[23]   Wang, Z. and Stout, S.A. (June 2007)   Oil spill environmental forensics: fingerprinting and source identification. Keynote Address, *Vertimar-2007: Symposium on Marine Accidental Spills,* Vigo, Spain.

[24]   Douglas, G.S., Liu, B., Hardenstine, J.H., Uhler, A.D., Stout, S.A., Mattingly, S.D., and McCarthy, K.J. (May 2007) An assessment of intrinsic petroleum biodegradation at exploration and production sites in Ecuador. *9th Int'l. In Situ and On-Site Bioremediation Symposium*, Baltimore, MD.



[25] Douglas, G.S., Liu, B., Hardenstine, J.H., Uhler, A.D., Stout, S.A., Mattingly, S.D., and McCarthy, K.J. (May 2007) The calibration and field verification of a method for estimating the extent of petroleum degradation in soil. *9th Int'l. In Situ and On-Site Bioremediation Symposium*, Baltimore, MD.

[26] Verstuyft, A. Rhodes, I., Uhler, A.D., Douglas, G.S., and Stout, S.A. (March 2007) Not All Gasolines Are Created Equal: Demystifying Environmental Forensic Correlations. *Int. Conf. Contaminated Soils, Sediments and Water, 17th Annual Mtg.,* San Diego, CA.

[27] Uhler, A.D., Emsbo-Mattingly, S.D., Stout, S.A. Douglas, G.S., McCarthy, K.J. and Rouhani, S. (March 2007) Chemical fingerprinting - Applications in environmental forensic investigations. *Defense Research Institute Toxic Torts and Environmental Law Seminar*. New Orleans, LA.

[28] Stout, S.A., Millner, G.C., Hamlin, D., Liu, B. (Nov. 2006) Identification of crude oil in residential soils and sediments following Hurricane Katrina, Chalmette, Louisiana. *Soc. Environ. Toxicol. Chem.* (SETAC), 27th Annual Mtg., Montreal, Ontario, Canada.

[29] Douglas, G.S., Emsbo-Mattingly, S.D., Uhler, A.D., Stout, S.A., McCarthy, K.J. (2006) Behavior of alkyl lead in gasoline NAPL during long-term contact with water. Abstract, Proc. Int'l. Conf. Contaminated Soils, Sediments and Water, 22nd Annual Mtg., Amherst, MA.

[30] Healey, E., Stout, S.A., Villalanti, D.C. (Oct. 2006) Improved chemical fingerprinting of heavy petroleum fuels, residua, lubricants, asphalts, waxes, and acid sludge waste using conventional and high temperature gas chromatography. *Int'l. Conf. Contaminated Soils, Sediments and Water*, 22nd Annual Mtg., Amherst, MA.

[31] Stout, S.A., Millner, G.C., Hamlin, D., Liu, B. (Oct. 2006) Assessing the extent and distribution of a crude oil spill in Chalmette, Louisiana following Hurricane Katrina – The role of chemical fingerprinting. *Int'l. Conf. Contaminated Soils, Sediments and Water*, 22nd Annual Mtg., Amherst, MA.

[32] Stout, S.A. and Maresco, V. (Oct. 2006) Distinguishing fuel from non-fuel contamination in soils at a former petroleum terminal and rail yard using chemical fingerprinting. *Int'l. Conf. Contaminated Soils, Sediments and Water*, 22nd Annual Mtg., Amherst, MA.

[33] McCarthy, K.J., Mattingly, S.D., Uhler, A.D., Rezendes, A., Stout, S.A., and Douglas, G.S. (March 2006) Forensic characterization of subsurface and indoor air for evidence of vapor intrusion at contaminated sites. *Int'l. Conf. Contaminated Soils, Sediments and Water,* 16th Annual Mtg.-West Coast, San Diego, CA.

[34] Boehm, P.D., Stout, S.A., Wyatt, G. (Nov. 2005) Determining the sources of PAH in the Hylebos Waterway, Tacoma, Washington. *Society for Environmental Toxicology and Chemistry*, 26th Annual Mtg., Baltimore, MD.

[35] Emsbo-Mattingly, S.J., McCarthy, K., Uhler, A.D. Stout, S.A., and Douglas, G.S. (Oct. 2005) Environmental forensic methods for soil gas and vapor intrusion investigations. *Int'l. Conf. Contaminated Soils, Sediments and Water,* 21st Annual Mtg., Amherst, MA.

[36] Stout, S.A., Uhler, A.D., Douglas, G.S. (Oct. 2005) Chemical heterogeneity among marine bunker fuels. *Int'l. Conf. Contaminated Soils, Sediments and Water,* 21st Annual Mtg., Amherst, MA.


SCOTT A. STOUT, PH.D., P.G.

[37] Emsbo-Mattingly, S.D., Stout, S.A., and Douglas, G.S (Oct. 2005) Environmental Forensics Workshop. ⌐ *Int'l. Conf. Contaminated Soils, Sediments and Water,* 21st Annual Mtg., Amherst, MA.

[38] Emsbo-Mattingly, S.D., Stout, S.A., Uhler, A.D., McCarthy, K.J., and Douglas, G.S. (July 2005) Applications of forensic chemistry to MGP site investigations. GTI Natural Gas Technologies, 2005: What's New and What's Next.

[39] Uhler, A.D., Stout, S.A., Douglas, G.S. (March 2005) Detailed analysis of gasoline using modified EPA 8260 GC/MS. 17th Annual UST/LUST National Conference. Cosponsored by EPA's Office of Underground Storage Tanks. Seattle, WA.

[40] Emsbo-Mattingly, S.D., Stout, S.A., and Douglas, G.S (Oct. 2004) Environmental Forensics Workshop. ⌐ *Int'l. Conf. Contaminated Soils, Sediments and Water,* 20th Annual Mtg., Amherst, MA.

[41] Stout, S.A. and Wasielewski, T.M. (Oct. 2004) Historical and chemical determination of the sources of PAHs in soils at a former coal-burning power plant, New Haven, Connecticut. *Int'l. Conf. Contaminated Soils, Sediments and Water,* 20th Annual Mtg., Amherst, MA.

[42] Stout, S.A. (Oct-Nov. 2004) Advanced chemical fingerprinting: Identifying contaminant sources and defining background in sediments. *U.S. Navy Remediation and Innovative Technology Seminar* (RITS), Invited Lecturer. Silverdale, WA, Honolulu, HI, San Diego, CA, Philadelphia, PA, Norfolk, VA, Washington, DC, Charleston, SC.

[43] Emsbo-Mattingly, S.D., Stout, S.A. and Uhler, A.D. (Aug. 2004) Background characterization of ambient anthropogenic PAHs in urban sediments. *Midwestern States Risk Assessment Symposium,* Indiana University, Indianapolis, IN.

[44] Stout, S.A., Leather, J.M, and Corl, W.E., III (March 2004) Characterization of PAH in sediments using rapid sediment screening and chemical fingerprinting – Elizabeth River, Virginia. *Int. Conf. Contaminated Soils, Sediments and Water,* 14th Annual Mtg., San Diego, CA.

[45] Stout, S.A., Healey, E.M. and Douglas, G.S. (Oct. 2003) Diamondoid hydrocarbons – Application in the chemical fingerprinting of gas condensate and gasoline. *Int'l. Conf. Contaminated Soils, Sediments and Water,* 19th Annual Mtg., Amherst, MA.

[46] Emsbo-Mattingly, S.D., Uhler, A.D., Stout, S.A. and McCarthy, K.J. (Oct. 2003) Identifying ash-derived PAH in soil and sediments. *Int'l. Conf. Contaminated Soils, Sediments and Water,* 19th Annual Mtg., Amherst, MA.

[47] Emsbo-Mattingly, S.D., Stout, S.A., Uhler, A.D. and McCarthy, K.J. (Oct. 2003) Identifying and dating creosote releases in the environment. *Int'l. Conf. Contaminated Soils, Sediments and Water,* 19th Annual Mtg., Amherst, MA.

[48] Stout, S.A., Uhler, A.D. and Emsbo-Mattingly, S.D. (Oct. 2003) Comparative evaluation of background hydrocarbons in sediments from multiple urban waterways. *Int'l. Conf. Contaminated Soils, Sediments and Water,* 19th Annual Mtg., Amherst, MA.



[49] Uhler, R.M., Roberts, L.G., Murphy, B. and Stout, S.A. (Oct. 2003) Molecular characterization of biogenic hydrocarbons in soils. *Int'l. Conf. Contaminated Soils, Sediments and Water,* 19th Annual Mtg., Amherst, MA.

[50] Stout, S.A., Uhler, A.D., Emsbo-Mattingly, S.D. (June 2003) Urban background – Characterization of ambient anthropogenic PAH in urban sediments. *In Situ and On-Site Bioremediation,* 7th Int'l. Symp., Orlando, FL.

[51] Daling, P.S., Faksness, L.G., Hanse, A.B. and Stout, S.A. (June 2003) Source identification of waterborne oil spills using a standardized methodology. *In Situ and On-Site Bioremediation,* 7th Int'l. Symp., Orlando, FL.

[52] Emsbo-Mattingly, S.D., Boehm, P.D., Stout, S.A., Uhler, A.D. and McCarthy, K.J. (June 2003) Sourcing PAH in sediments with innovative methodologies. *In Situ and On-Site Bioremediation,* 7th Int'l. Symp., Orlando, FL.

[53] Emsbo-Mattingly, S.D., Stout, S.A., Uhler, A.D. and McCarthy, K.J. (April 2003) Identifying creosote releases in the environment. *American Wood Preservers Association, 99th Annual Mtg.*, Boston, MA.

[54] Healey, E.M., Smith, S.A., Mattingly, S.D., McCarthy, K.J., Stout, S.A., Uhler, R.M., Uhler, A.D. and Douglas, G.S. (March 2003) Fingerprinting organic lead species in automotive gasolines and free product using GC/MS. *Int. Conf. Contaminated Soils, Sediments and Water, 13th Annual Mtg.*, San Diego, CA.

[55] Smith, S.A., Rebello, R., Healey, E.M., Emsbo-Mattingly, S.D., McCarthy, K.J., Uhler, R.M., Uhler, A.D. and Stout, S.A. (March 2003) Allocation of commingled hydrocarbons derived from manufactured gas plant v. petroleum handling operations. *Int'l Conf. Contaminated Soils, Sediments and Water, 13th Annual Mtg.*, San Diego, CA.

[56] Stout, S.A., Emsbo-Mattingly, S.D., Lau, V., Gunster, D. and Pound, M. (Nov. 2002) Nature of PAH in clay targets and sediments at a former skeet range, Alameda Point, California. *Soc. Environ. Toxicol. And Chemistry* (SETAC), North America, 23rd Annual Mtg., Salt Lake City, UT.

[57] Emsbo-Mattingly, S.D., Stout, S.A., Boehm, P.D., Uhler, A.D., McCarthy, K., Coleman, A. and Chin, A. (Oct. 2002) Sourcing PAH in sediments with innovative methodologies. *Int'l. Conf. Contaminated Soils, Sediments and Water,* 18th Annual Mtg., Amherst, MA.

[58] Emsbo-Mattingly, S.D., Stout, S.A., Uhler, A.D. and McCarthy, K.J. (Oct. 2002) Sourcing Hydrocarbons at Fire Training Areas: A Molecular Characterization of the Combusted and Evaporated Residues of Distillate Fuels. *Int'l. Conf. Contaminated Soils, Sediments and Water,* 18th Annual Mtg., Amherst, MA.

[59] Stout, S.A. and Uhler, A.D. (Oct. 2002) Molecular characterization of anthropogenic PAHs in sediments of the Thea Foss/Wheeler Osgood Waterways, Tacoma, Washington. *Int'l. Conf. Contaminated Soils, Sediments and Water,* 18th Annual Mtg., Amherst, MA.

[60] Stout, S.A., Uhler, A.D. and McCarthy, K.J. (Oct. 2002) Chemical fingerprinting of weathered middle distillate fuels using bicyclic sesquiterpanes. *Int'l. Conf. Contaminated Soils, Sediments and Water,* 18th Annual Mtg., Amherst, MA.



[61] Healey, E., Smith, S.A., McCarthy, K.J., Stout, S.A., Uhler, R.M., Uhler, A.D., Emsbo-Mattingly, S.D. and Douglas, G.S. (Oct. 2002) Fingerprinting organic lead species in automotive gasolines and free products using direct injection GC/MS. *Int'l. Conf. Contaminated Soils, Sediments and Water,* 18th Annual Mtg., Amherst, MA.

[62] Smith, S.A., Healey, E., McCarthy, K.J., Stout, S.A., Uhler, A.D., Emsbo-Mattingly, S.D., and Douglas, G.S. (Oct. 2002) Allocation of commingled hydrocarbons derived from manufactured gas plant versus petroleum handling operations. *Int'l. Conf. Contaminated Soils, Sediments and Water,* 18th Annual Mtg., Amherst, MA.

[63] Uhler, A.D., Stout, S.A. and McCarthy, K.J. (Sept. 2002) Advanced Chemical Measurements in Environmental Forensics Investigations. *Environmental Forensics: Advanced Techniques.* International Society of Environmental Forensics Workshop. Sept. 23-24, 2002. Santa Fe, NM.

[64] Stout, S.A. and Uhler, A.D. (Aug. 2002) Evaluating sources of pyrogenic PAH in urban sediments, Thea Foss Waterway, Tacoma, Washington. 224th Nat'l Mtg., Am. Chem Soc., Div. Environ. Chem., Boston, MA.

[65] Stout, S.A. and Boehm, P.D. (May 2002) Natural resource damage forensics. *Symposium on Industrial Liability for NRD under "SuperFund" and other environmental laws,* The Boeing Company, St. Louis, MO.

[66] McCarthy, K.J., Smith, S.A., Healey, E., Stout, S.A., Uhler, A.D. and Emsbo-Mattingly, S. (March 2002) Allocation of Commingled Hydrocarbon Contamination Using Dual Column GC/FID/MS *Int'l. Conf. Contaminated Soils, Sediments and Water,* 12th Annual Mtg., San Diego, CA.

[67] Stout, S.A., McCarthy, K.J. and Uhler, A.D. (Feb 2002) Bicyclic sesquiterpane biomarkers – Useful hydrocarbons in the chemical fingerprinting of Class 4 and Class 5 petroleum distillates. *Proceed. Am. Acad. Forensic Sci.,* pp. 104-105, National Meeting, Atlanta, GA.

[68] Uhler, R.M., Healey, E.M., Smith, A.S., Stout, S.A., McCarthy, K.J. and Uhler, A.D. (Oct. 2001) Optimizing purge-and-trap GC/MS analysis of gasoline range compounds for environmental forensic investigations. *Int'l. Conf. Contaminated Soils, Sediments and Water,* 17th Annual Mtg., Amherst, MA.

[69] Uhler, R.M., Stout, S.A., Healey, E.M., McCarthy, K.J. and Uhler, A.D. (Oct. 2001) Detailed fingerprinting of light petroleum distillates by purge-and-trap gas chromatography/mass spectrometry. *Int'l. Conf. Contaminated Soils, Sediments and Water,* 175th Annual Mtg., Amherst, MA.

[70] Stout, S.A., Uhler, R.M., Magar, V.S., Ickes, J.A., Abbott, J.E. and Brenner, R.C. (Sept. 2001) Geochronology of PAH in urban sediments, Wycoff/Eagle Harbor Superfund Site, Bainbridge Island, Washington. *Int'l Soc. Polycyclic Aromatic Compounds,* 18th Annual Mtg., Cincinnati, OH.

[71] Ickes, J.A., Magar, V.S., Stout, S.A., Crecelius, E.A., Abbott, J.E., Uhler, R. and Brenner, R.C. (June 2001) Natural recovery of PAH-contaminated sediments at Wyckoff/Eagle Harbor Superfund Site. 6th Int'l. Symp. on *In Situ and On-Site Bioremediation,* San Diego, CA.



*SCOTT A. STOUT, PH.D., P.G.*

[72] Emsbo-Mattingly, S.D., Uhler, A.D., Stout, S.A., McCarthy, K.J. and Mauro, D. (Oct. 2000) Identifying the Source of PAH Contamination, 16th *Int'l. Conf. Contaminated Soils, Sediments and Water,* Amherst, MA.

[73] Uhler, A.D. and Stout, S.A. (Sept. 2000) Forensic Geology, 24th Annual Symposium, Assoc. of Engineering Geologists, Boston, MA.

[74] Stout, S.A., Naples, W.P., Uhler, A.D., McCarthy, K.J., Roberts, L.G. and Uhler, R.M. (June 2000) Use of quantitative biomarker analysis in the differentiation and characterization of spilled oil. Soc. Petrol. Engineers Int'l. Conf. on Health, Safety, and the Environment in Oil and Gas Exploration and Production, Stavanger, Norway.

[75] Magar, V., Abbott, J., Ickes, J., Brenner, R., Stout, S.A. and Peven-McCarthy, C. (May 2000) Natural recovery of persistent organics (PCB's and PAH's) in Contaminated Sediments. Battelle Monterey Conf. on Contaminated Soils and Sediments, Monterey, CA.

[76] Stout, S.A. and Uhler, A.D. (Feb. 2000) Chemical Fingerprinting of Highly Weathered Petroleum. *Proceed. Am. Acad. Forensic Sci.,* pp. 82-83, Nat'l. Meeting, Reno, NV.

[77] McCarthy, K.J., Uhler, A.D., Stout, S.A., Gunster, D., Neff, J.M. and Healey, E.M. (Sept. 1999) Evaluating Remediation Needs and Options – A Fraction-Specific Approach to Soil and Groundwater TPH Analysis. 1999 Nat'l. Petrochem. Refiners Assoc. Environ. Conf., Dallas, TX.

[78] Stout, S.A. (June 1999) Use of biomarkers in assessing liability for fugitive petroleum products and crude oil. IBC 2nd Annual Exec. Forum, Environmental Forensics, Washington, D.C.

[79] Stout, S.A., McCarthy, K.J., Seavey, J.A. and Uhler. A.D. (March 1999) Application of low boiling biomarkers in assessing liability for fugitive middle distillate petroleum products. Ninth Annual West Coast Conference, Contaminated Soils and Water, Oxnard, CA.

[80] Stout, S.A., Uhler, A.D. and McCarthy, K.J. (Nov. 1998) Advanced chemical fingerprinting of subsurface contamination – Unraveling the complexities of decades of contamination at a refinery. 1998 *Nat'l. Petrochem. Refiners Assoc. Environ. Conf.,* Corpus Christi, TX.

[81] Stout, S.A., Uhler, A.D., McCarthy, K.J. and Naymik, T.G. (Oct. 1998) The evolving state of environmental forensics. 14th *Int'l. Conf. Contaminated Soils, Sediments and Water,* Amherst, MA.

[82] Stout, S.A., Uhler, R.M., Philp, R.P., Allen, J. and Uhler, A.D. (Aug. 1998) Source differentiation of individual chlorinated solvents dissolved in groundwater using compound specific carbon isotopic analysis. Am. Chem. Soc., Nat'l. Mtg., Boston, MA.

[83] Curiale, J. Stout, S.A., Morelos, A., Baines, J. and Mueller, W. (June 1998) Composition of Brunei Oils – Implications for Source Organic Matter Depositional Setting, and Comparison with Attaka Oils of Indonesia, *Annual Mtg. Indonesian Petrol. Assoc.,* Bandung, Indonesia.

[84] Stout, S.A., McCarthy, K.J. and Porta, A. (May 1998) Natural attenuation of polycyclic aromatic hydrocarbons following a production well blowout – Trecate, Northern Italy. *Am. Assoc. Petrol. Geol.,* May 17-20, Salt Lake City, UT.



*SCOTT A. STOUT, PH.D., P.G.*

[85]   Stout, S.A. and Lundegard, P.D. (Nov. 1996) Intrinsic biodegradation of diesel fuel as revealed by vertical heterogeneities in an interval of free product. *National Ground Water Assoc., Nat'l Mtg.,* Nov. 13-15, 1996, Houston, TX.

[86]   Haddad, R.I. and Stout, S.A. (Aug. 1996) Effects of in-reservoir weathering of PAH source characterization parameters. 212th *Amer. Chem. Soc. Nat. Mtg.,* Aug. 25-30, 1996, Orlando, FL.

[87]   Stout, S.A. (April 1996) Hydrocarbon pool differentiation using geochemical fingerprinting. Technical Forum of Soc. Petrol. Engineers, Los Angeles Basin Sect., Long Beach, CA.

[88]   Mudford, B.S. and Stout, S.A. (Nov. 1994) Modelling the interplay of pressure evolution, fluid flow and thermal maturity in the Mahakam Delta. *Geol. Soc. London,* London, UK.

[89]   Spiker, E.C., Bates, A.L., Weintraub, V.C., Hatcher, P.G. and Stout, S.A. (April 1993) Early diagenesis of sapropel and peat from Mud Lake, Florida: Carbon and sulfur isotope geochemistry. *Am. Assoc. Petrol. Geol.,* New Orleans, LA.

[90]   Stout, S.A. (May 1992) Laser-induced *in-situ* pyrolysis-gems of coal macerals. Recent Advances in Organic Petrology and Geochemistry: A Symposium Honoring A.R. Cameron, *Geol. Assoc. Canada,* Ann. Meeting, Wolfville, Nova Scotia.

[91]   Stout, S.A. (July 1992) Chemical fingerprinting of individual macerals in situ using laser micropyrolysis-GCMS. *The Soc. Org. Petrol.,* 9th Ann. Meeting, University Park, PA.

[92]   Boon, J.J., van der Heijden, Stout, S.A. and Pureveen, J. (March 1991) In-source pyrolysis – low voltage electron impact and chemical ionization – mass spectrometry of recent and fossil plant tissues. *Royal Soc. Mol. Paleotology,* London, UK.

[93]   ten Haven, H.L., Peakman, T.M., Aubry, C., Stout, S.A. and Rullkotter, J. (Sept. 1991) $\Delta^2$-Triterpenses: Early intermediates in the diagenesis of terrigenous triterpenoids. *European Assoc. Org. Geochem.,* Manchester, UK.

[94]   Spiker, E.C., Bates, A.L., Hatcher, P.G., Comer, V.J. and Stout, S.A. (Sept. 1991) Sulfur and carbon isotope geochemistry of sapropel and peat from Mud Lake, Florida. Eighth Ann. Meet., *The Soc. Org. Petrol.,* 8th Ann. Meeting, Lexington, KY.

[95]   Spiker, E.C., Hatcher, P.G., Comer, V.J. Bates, A.L. and Stout, S.A. (Feb., 1990) Diagenesis of organic matter and sulfur in sapropel and peat from Mud Lake, Florida. *U.S.G.S. McKelvey Forum,* Houston, TX.

[96]   Stout, S.A. and Lin, R. (Sept., 1990) On the use of laser in the characterization of coals and kerogens, *The Soc. Org. Petrol.,* 7th Ann. Meeting, Calgary, Canada.

[97]   Stout, S.A. and Spackman, W. (April, 1988) Paleoecology of the Windover Farms archeological site as determined by the petrology and chemistry of the peats. 53rd Ann. Meet., *Soc. Am. Archeol.,* Phoenix, AZ.

[98]   Stout, S.A. and Boon, J.J. (May, 1988) Analytical pyrolysis studies of fossil angiospermous tissues from the Brandon lignite, Vermont. *Goldschmidt Conf. Geochem.,* Hunt Valley, Maryland.



*SCOTT A. STOUT, PH.D., P.G.*

[99]   Boon, J.J., van Smeerdijk, D. and Stout, S.A. (Sept., 1987) Characterization of recent and fossil plant tissues by on-line flash pyrolysis-high resolution gas chromatography, LR- and HR-mass spectrometry and microscopic techniques. *Int. Conf. Org. Geochem.,* Venice, Italy.

[100]  Stout, S.A., Spackman, W. and Boon, J.J. (Oct. 1987) Peatification and early coalification of wood as deduced by analytical pyrolysis and microscopic methods. 4th Ann. Meeting, *the Soc. Org. Petrol.,* San Francisco, CA.

[101]  Boon, J.J., Pouwels, A., Eijkel, G.B. and Stout, S.A. (Sept., 1986) Characterization of plant cell wall polymers by Curie-point pyrolysis-gas chromatography, mass spectrometry. FACSS Ann. Meet., St. Louis, MO.

[102]  Stout, S.A., Spackman, W. and Boon, J.J. (Sept. 1986) The characterization of secondary xylem in the early stages of coal formation by optical and analytical pyrolysis methods. *Pyrolysis '86,* Reading, U.K.

[103]  Stout, S.A. and Spackman, W. (Apr., 1986) Lignified cell walls as precursors to huminitic maceral materials. *Int. Conf. on Coal and Coal Bearing Strata,* Egham Hill, U.K.

[104]  Stout, S.A., Bensley, D.F. and Spackman, W. (Apr., 1985) Microscopic examination of woody material in peats. *Am. Chem. Soc.,* Division of Geochemistry, Special Symposia on the Chemistry of Peat, 189th Ann. Meet., Miami Beach, FL.

[105]  Stout, S.A. and Spackman, W. (Oct., 1985) Transformation of wood components during peatification and early coalification. *Geol. Soc. Am.,* Coal Division, Special Symposia on the Peat to Lignite Transition, 89th Ann. Meet., Orlando, FL.

[106]  Given, P.H., Ryan, N.J., Spackman, W. and Stout, S.A. (Oct., 1985) Chemical and structural changes in the early stages of coalification. *Geol. Soc. Am.,* Coal Division, Special Symposia on the Peat to Lignite Transition, 89th Ann. Meet., Orlando, FL.

[107]  Stout, S.A., Bensley, D.F. and Spackman, W. (Oct. 1984) Fluorescing macerals from wood precursors. *The Soc. Org. Petrol,* First Ann. Meet., Tyson's Corner, VA.

Expert Testimony on Record (<u>Party Represented</u>)

2020 <u>Norfolk Southern Railway Company</u> v Boatright Railroad Products, et al. U.S. District Court, Northern District of Alabama, Southern Division, Case No. 2:17-CV-01787.  Client: Keenan Cohen & Merrick, PC, Ardmore, Pennsylvania.  Deposition Testimony: Aug. 19, 2020.

2019 Daniel Aristabulus Sanda v <u>PTTEP Australasia (Ashmore Cartier) Pty. Ltd.</u>  Federal Court of Australia, New South Wales Registry, File Number NSD1245-2016.  Client: Allens Linklaters, Melbourne, Victoria, Trial Testimony, Oct. 22, 28, 2019 and Dec. 5-6, 2019.

2019 Shannan Wheeler et al. v. <u>Arkema, Inc.</u>  U.S. District Court, Southern District of Texas, Houston Div., Case No. 4:17-cv-2960.  Client:  K&L Gates LLP, Pittsburgh, Pennsylvania. Deposition Testimony: Jan. 17, 2019.

2018 People of the State of Illinois v. <u>The Premcor Refining Group, Inc</u>. et al./The Premcor Refining Group, Inc. v. Alenco, Inc. et al.  Circuit Court 2, 3rd Judicial Circuit, Madison Co., Illinois.  Case No. 03-CH-459. Client: Dowd Bennett, LLP, St. Louis, MO, Deposition Testimony: March 20-21, 2018.

2017 Gustave J. LaBarre, Jr., et al. v. <u>Texas Brine Company, LLC</u> et al.  U.S. District Court, 23rd Judicial District Court, Parish of Assumption, Louisiana, Docket No. 33796, Division "A".  Client:  Susman Godrey, LLP, Houston, TX, Deposition Testimony: Jan. 17, 2017.

2016 <u>City of Jacksonville</u> v. Shoppes of Lakeside, Inc. et al.  U.S. District Court, Middle District of Florida, Jacksonville Division, C.A. No. 3:12-cv-850-J25-MCR.  Client:  BakerHostetler, Orlando, FL, Deposition Testimony: July 14, 2016.

2015 <u>Plantation Pipe Line Co</u>. v. Lexington Insurance Co. et al.  Superior Court, Fulton County, GA. C.A. No. 2012-cv-216835.  Client:  Butzel Long PC, Washington, D.C., Deposition Testimony: May 8, 2015.

2012 <u>ExxonMobil Oil Corporation</u> v. Nicoletti Oil, Inc. et al., U.S. District Court, Eastern District of California, Case No. 1:09-cv-01498-AWI-DLB.  Client:  Bingham McCutchen LLP, Los Angeles, Deposition Testimony:  June 19, 2012, Trial Testimony: March 7, 2013.

2011 <u>Plantation Pipe Line Co.</u> v. Aegis Insurance.  U.S. District Court, Northern District of Georgia, Case No. 1:09-cv-1260.  Client: Butzel Long Tighe Patton, PPLC, Washington, D.C., Deposition Testimony: May 26, 2011.

2010 Merco Group at Aventura Landings I, Inc. et al. v <u>Tampa Electric Company</u>.  Circuit Court, 11th Judicial Circuit in and for Dade County, Florida, Case No. 04-22909-CA-01. Client: Macfarlane Ferguson & McMullen, Tampa, Florida.  Deposition Testimony: September 24, 2010 and April 4, 2011.   Trial Testimony: Oct. 13, 2011 and Feb. 9, 2012.

2009 <u>Plantation Pipe Line Co.</u> v. Royal Indemnity Co., et al.  Superior Court, Fulton County, GA, C.A. No. 2002-CV-54196.  Client: Tighe Patton Armstrong Teasdale, PPLC, Washington, D.C.  Deposition Testimony:  Jan. 22, 2009.

2008 Eastern of New Jersey Terminals v. <u>Terminal Ventures, Inc</u>.  State of New Jersey, Hudson County Superior Court, C.A. No. L-3012-05.  Client: McCusker, Anselmi, Rosen,



and Carvelli, LLP, representing Terminal Ventures, Inc.  Deposition Testimony:  Feb. 26, 2008.

2007   Larry Bowens, et al. v. <u>7-Eleven, Inc.</u> et al.  State of Indiana, Elkhart County Superior Court, Case No. CV 20D03-0209-CT-48.  Client: Kirkland & Ellis, LLP, Chicago, IL, representing 7-Eleven, Inc.  Deposition Testimony: Aug. 8-9, 2007.

2006   P. Turner et al. v. <u>Murphy Oil Company USA, Inc.</u> et al.  U.S. District Court, C.A. No. 05-4144, Section L, Magistrate 2.  Client: Frilot, Partridge, Kohnke & Clements, LC, New Orleans, Louisiana.   Deposition Testimony:  Jan. 5, 2006; Class Certification Hearing Testimony: Jan. 13, 2006.

2005   Carson Harbor Village, Ltd. v. Carson Harbor Village Mobil Home Park, et al., Los Angeles Superior Court Case No. BC306759.  Client: Weston Benshoof Rochefort Rubalcava & MacCuish LLP, Los Angeles, California, representing  <u>Unocal Corporation</u> (cross-complaintant). Deposition Testimony: Nov. 18, 2005.

2005   <u>Chevron Environmental Management Company</u> et al. v. Indian Refining 1 Limited Partnership, et al., U.S. District Court, Southern District of Illinois, Case No. 02-4162-JPG, Track C.  Client: Fox Galvin, LLC, St. Louis, MO.  Deposition Testimony:  Sept. 15-16, 2005.

2005   <u>Sydney Ports Corporation</u> (Filipowski) v. Pontian Shipping Pty. Limited & Kandilis Nikolaos, The Land and Environment Court of New South Wales, Australia, No. 50051 and 50052 of 2004. Client: Dibbs Barker Gosling, Lawyers, Sydney, Australia.  Trial Testimony:  March 1, 2005.

2004   North Dakota Department of Health, et al., Schleicher Land Co., et al., Deb Knudsen, et al., and City of Mandan, Intervenors v. <u>The Burlington Northern and Santa Fe Railway Co</u>., U.S. District Court, CV 04-C-157.  Client: Briggs & Morgan, LLP, Minneapolis, MN. Trial Testimony:  Sept. 30, 2004.

2004   State of Washington v. <u>Tiger Oil Corporation</u> et al.  State of Washington, Thurston County Superior Court, Case No. 02-2-00956-2.   Client: Naylor, Hales & McCreedy, P.C., Boise, Idaho.  Deposition Testimony: April 2, 2004.

2003   <u>AT&T Corporation and Alascom, Inc.</u> v. CenturyTel of the Northwest, Inc.  U.S. District Court, District of Western Washington at Seattle, CV 01-2151-Z.  Client: Davis Wright Tremaine, LLP, Bellevue, WA.  Deposition Testimony: July 11, 2003.

2003   Fairey et al. v. <u>The Exxon Company, U.S.A.</u>, <u>The Exxon Corporation, Standard Oil Co</u>. State of South Carolina, County of Hampton/Orangeburg, CV 92-CP-25-230/CV 94-CP-38-118.  Client: Archer & Greiner, P.C., Haddenfield, NJ. Deposition Testimony: March 22, 2003.

2002   Norfolk Southern Corporation et al. v. <u>Chevron U.S.A.</u>, Inc. and Shell Oil Co. U.S. District Court, Middle District of Florida, Jacksonville Div., Civil Action No. 3:00-CV-366-J-21A. Client: Smith Hulsey & Busey, Jacksonville, FL.  Deposition Testimony: Sept. 24, 2002.

2002   State of New Mexico v. General Electric et al. including <u>Chevron Pipeline Co., Texaco, Inc., and Texaco Refining and Marketing, Inc.</u>,  U.S. District Court, District of New Mexico, CV 99-1254 BSJ and CV 99-1118 BSJ.  Client:  Campbell, George, & Strong, LLP, Houston TX.  Deposition Testimony.



2001   Chandler et al. v. Chevron U.S.A., Inc. et al.  Circuit Court, Hale County, Alabama, Case No. CV-98-122.   Client: Balch & Bingham, Birmingham, AL representing ST Services. Client was not actually party to lawsuit but their property abuts Defendants' properties. Deposition Testimony: March 21, 2001.

2000   BP Exploration & Oil Company v. Maintenance Services, Inc. et al., U.S. District Court of Northern Ohio, Case No. 5:99-CV-2638; Client: Brouse McDowell, Akron, OH. Deposition: Dec. 8, 2000 and Trial Testimony.

2000   American Automobile Insurance Company et al. v. J.P. Noonan Transportation Inc., Middlesex County Superior Court, Massachusetts, CV-97-325D.  Client: Monahan & Associates, Boston, MA.  Deposition Testimony.

# Allen D. Uhler, Ph.D.
## Senior Chemist/Consultant

## EXPERIENCE SUMMARY

Dr. Allen Uhler has over 30 years of experience in the field of environmental chemistry, with a specialization in environmental forensics—the integration of advanced chemical analyses, chemical fate and behavior, source identification techniques, and operational practices—to determine the nature, sources, and fate of industrial and man-made chemicals in the environment. Dr. Uhler has worked on hundreds of projects focused on understanding the occurrence, physical behavior, sources, and fate of anthropogenic contaminants including PAHs, PCBs, chlorinated pesticides, chlorinated dioxins and furans, organometallic compounds, trace metals and specialized industrial chemicals in waters, soils, sediments, and soil- and air-borne vapors. Dr. Uhler has consulted extensively on technical allocation approaches for PRP group and remedial action decision makers.  He has published or presented more than 150 treatises on the analysis, occurrence, distribution, and fate of persistent anthropogenic industrial chemicals in the environment.  Dr. Uhler is the founding co-editor of the journal *Environmental Forensics*, and currently serves as a member of its editorial board.

As a highly experienced analytical chemist, Al Uhler is familiar with the operations, practices, and reporting standards of environmental chemistry laboratories.  As a former laboratory director, he is knowledgeable about data quality requirements, data fitness, and data usability as it pertains to the suitability, benefits, and limitations of chemical characterization data used in environmental, ecological risk and human health investigations.

Prior to joining NewFields Dr. Uhler was a senior consulting chemist at Battelle Memorial Institute for over 17 years.

## EDUCATION AND TRAINING

Ph.D. Chemistry, University of Maryland – 1983
M.S. Chemistry, University of Maryland – 1981
B.A. Chemistry, SUNY, Plattsburgh – 1978

## EMPLOYMENT HISTORY

University of Maryland Center for Estuarine and Environmental Studies (1983-1985)
United States Food and Drug Administration (1983-1987)
Battelle Memorial Institute (1987-2004)
NewFields Environmental Forensics Practice, LLC (2004 to Present)

Allen D. Uhler, Ph.D.                                2
*Curriculum Vitae*



## APPOINTMENTS AND PROFESSIONAL AFFILIATIONS

- Interstate Technology Regulatory Council (ITRC) Co-author and committee member, Guidance on Use of Soil Background Concentrations in Risk Assessment. 2020 – Present.
- Editorial Board, *Journal of Environmental Forensics.* Amherst Press. 1999 – Present.
- Founding Co-Editor-in-Chief, *International Journal of Environmental Forensics.* Amherst Press. 1998-1999.
- Editorial Advisory Board, *Soil, Sediment, Groundwater.* 1997 – 2004.
- Technical Advisory Committee, *Association for Environmental Health and Sciences,* 1996 – 2005.
- Staff Fellow, US Food and Drug Administration, Division of Environmental and Elemental Contaminants Branch, Methods Development Group, Washington, DC. 1985 – 1987.
- Associate Referee, Association of Official Analytical Chemists, (AOAC) 1985 – 1995.
- Faculty Research Associate, University of Maryland, 1983 – 1985.

## PUBLICATIONS

[1] Uhler, A.D., Hardenstine, J.H., Edwards, D.A., and Lotufo, G.R. (2021). Leaching rate of polychlorinated biphenyls (PCBs) from marine paint chips. Arch. Environ. Con. Tox. DOI :10.1007/s00244-021-00868-6.

[2] Benotti, M.J., Fernandez, L.A., Peaslee, G.F., Douglas, G.S., Uhler, A.D. and Emsbo-Mattingly, S.A. (2020). A forensic approach for distinguishing PFAS materials. In Press. J. Environ. Forensics. DOI: 10.1080/15275922.2020.1771631.

[3] Douglas, G.S., Stout, S.A., Uhler, A.D., McCarthy, K.J., and Emsbo-Mattingly, S.D. (2016). Advantages of quantitative chemical fingerprinting in oil spill identification and allocation of mixed hydrocarbon contaminants. In: *Standard Handbook of Oil Spill Environmental Forensics: Fingerprinting and Source Identification*, 2nd Ed., S.A. Stout and Z. Wang, Eds., Elsevier Publishing Co., Boston, MA, p. 789-847.

[4] Uhler, A.D., Stout, S.A. , Douglas, G.S., and Healey, E.M. (2016). Chemical character of marine heavy fuel oils and lubricants. In: *Standard Handbook of Oil Spill Environmental Forensics: Fingerprinting and Source Identification*, 2nd Ed., S.A. Stout and Z. Wang, Eds., Elsevier Publishing Co., Boston, MA, p. 641-684.

[5] Stout, S.A., Douglas, G.S., and Uhler, A.D. (2016). Chemical fingerprinting of gasoline and distillate fuels. In: *Standard Handbook of Oil Spill Environmental Forensics: Fingerprinting and Source Identification*, 2nd Ed., S.A. Stout and Z. Wang, Eds., Elsevier Publishing Co., Boston, MA, p. 509-564.

[6] Douglas, G.S., Emsbo-Mattingly, S.D., Stout, S.A., Uhler, A.D., and McCarthy, K.J. (2015). Hydrocarbon fingerprinting methods. In: Introduction to Environmental Forensics, 3rd Ed., B. Murphy and R. Morrison, Eds., Academic Press, New York, pp. 201-310.


Allen D. Uhler, Ph.D.                                    3
*Curriculum Vitae*

[7]    Stout, S.A., Emsbo-Mattingly, S.D.,  Douglas, G.S., Uhler, A.D., and McCarthy, K.J. (2015). Beyond 16 priority pollutant PAHs: A review of PACs used in environmental forensic chemistry. *Polycyclic Aromatic Compounds* 0: 1-31.

[8]    Douglas, G.S., Hardenstine, J. Liu, B. and Uhler, A.D. (2012). Laboratory and field verification of a method to estimate the extent of petroleum biodegradation in soil. Evniron. Sci. Technol. (2012).  46(15):8279-87. 46: 8279-8287.

[9]    Alexander, C. R., Uhler, A.D., and Lee, R.F. (2011). Using sediment cores to assess inputs of organochlorines and polycyclic aromatic hydrocarbons in coastal Georgia estuaries. In *Global Communication Trends of Persistent Organic Chemicals, ed.*B.G. Loganathan and P.K.-S. Lam. Taylor and Francis, pp. 469-479.

[10]   Uhler, A.D., McCarthy, K.J., Emsbo-Mattingly, S.D., Stout, S.A. and Douglas, G.S. (2010). Predicting chemical 'fingerprints' of vadose zone soil gas and indoor air from non-aqueous phase liquid composition. Environ. Forensics 11: 342-354.

[11]   Stout, S.A., Douglas, G.S. and Uhler, A.D. (2010). Assessing temporal and spatial variations of gasoline-impacted groundwater using relative mole fractions and PIANO fingerprinting. Environ. Forensics 11:328-341.

[12]   Uhler, A.D., Stout, S.A., Emsbo-Mattingly, S.D., and Rouhani, S. (2010). Chemical fingerprinting: streamlining site assessment during the sustainable redevelopment process. In: Sustainable land development and restoration. Decision consequence analysis. Brown, K., Hall, W.L., Snook, M. and Garvin, K. (eds). Butterworth-Heinemann, Burlington MA, pp. 325-344.

[13]   Plantz, G. McCarthy, K.J., Emsbo-Mattingly, S.D., Uhler, A.D., and Stout, S.A. (2008) Evaluating The Vapor Intrusion Pathway - Challenges and Source Identification.  Environ. Claims J., 20(1): 71-86.

[14]   Douglas, G.D., Emsbo-Mattingly, S.D., Stout, S.A., Uhler, A.D., and McCarthy, K.J. (2007) Chemical fingerprinting methods.  In: Introduction to Environmental Forensics, 2nd Ed., B. Murphy and R. Morrison, Eds., Academic Press, New York, pp. 312-454.

[15]   Uhler, A.D., Stout, S.A., and Douglas, G.S.. (2006) Chemical heterogeneity in modern marine residual fuel oils In: Oil Spill Environmental Forensics: Fingerprinting and Source Identification, Z. Wang and S.A. Stout, Eds., Elsevier Publishing Co., Boston, MA, pp. 327-348.

[16]   Douglas, G.S., Stout, S.A., Uhler, A.D., McCarthy, K.J., and Emsbo-Mattingly, S.D. (2006) Advantages of quantitative chemical fingerprinting in oil spill source identification.  In: Oil Spill Environmental Forensics: Fingerprinting and Source Identification, Z. Wang and S.A. Stout, Eds., Elsevier Publishing Co., Boston, MA, pp. 257-292.

[17]   Stout, S.A., Uhler, A.D., and McCarthy, K.J. (2006) Chemical characterization and sources of distillate fuels in the subsurface, Mandan, North Dakota.  Environ. Forensics, 7(3): 267-282.



Allen D. Uhler, Ph.D.                    4
*Curriculum Vitae*

[18]   Stout, S.A. and Uhler, A.D. (2006) Causation for variable n-alkylcyclohexane distributions in distillate NAPLs from Mandan, North Dakota.  Environ. Forensics, 7(3): 283-287.

[19]   Uhler, A.D. and Emsbo-Mattingly, S.D.  (2006). Environmental Stability of PAH source indices in Pyrogenic Tars. *Bull. Env. Cont. Tox.* 76: 689 – 696.

[20]   Emsbo-Mattingly, S.D., Uhler, A.D., Stout, S.A., Douglas, G.S., McCarthy, K.J., and Coleman, A. (2006) Determining the source of PAHs in sediment. *Land Contamination & Reclamation* 14 (2): 403-411.

[21]   Stout, S.A., Douglas, G.S., and Uhler, A.D. (2006) Automotive gasoline.  In: B. Murphy and R. Morrison, Eds., *Environmental Forensics: A Contaminant Specific Approach.* Elsevier Publishing Co., San Francisco, CA.  pp. 466-531.

[22]   Stout, S.A., Douglas, G.S. Uhler, A.D. (2005) Monitoring the natural recovery of hydrocarbon-contaminated sediments with chemical fingerprinting. *Env. Claims J.* **7(3-4)**: 287-314.

[23]   Uhler, A.D., Emsbo-Mattingly, S.J., Liu , B., Hall, L.W., and Burton, D.T.  2005.  An Integrated Case Study for Evaluating the Impacts of an Oil Refinery Effluent on Aquatic Biota in the Delaware River: Advanced Chemical Fingerprinting of PAHs.  *Human Eco. Risk Ass.* 11: 771 – 836.

[24]   Hall, L. W., Dauer, D.M., Alden, R.W., Uhler, A.D., DiLorenzo, J.,  Burton, D.T., and Anderson, R.D.  2005.  An Integrated Case Study for Evaluating the Impacts of an Oil Refinery Effluent on Aquatic Biota in the Delaware River: Sediment Quality Triad Studies. *Human Eco. Risk Ass.* 11: 657 – 770.

[25]   Stout, S.A., Douglas, G.S. Uhler, A.D., McCarthy, K.J. and Emsbo-Mattingly, S.D. (2005) Identifying the Source of Mystery Waterborne Oil Spills – A Case for Quantitative Chemical Fingerprinting. *Env. Claims J.* **17(2):** 71-88.

[26]   Stout, S.A., Uhler, A.D., and McCarthy, K.J. (2005) Middle distillate fuel fingerprinting using drimane-based bicyclic sesquiterpanes. *Environ. Forensics* **6(3):** 241-252.

[27]   Stout, S.A., Uhler, A.D., and Douglas, G.S. (2005) Chemical fingerprinting of gasoline and diesel fuel at LUST sites.  U.S. EPA L.U.S.T. Line, Bulletin 49, p. 1-5.

[28]   Stout, S.A., Uhler, A.D., and McCarthy, K.J. (2004) Characterizing the source of fugitive middle distillate fuels – A case study involving railroad diesel fuel, Mandan, North Dakota.  *Environ. Claims J.,* **16(2):** 157-172.

[29]   Stout, S.A., Uhler, A.D., and Emsbo-Mattingly, S.D. (2004) Comparative evaluation of background anthropogenic hydrocarbons in surficial sediments from nine urban waterways. *Environ. Sci. Technol.*, **38(11)**: 2987-2994.



Allen D. Uhler, Ph.D.                    5
*Curriculum Vitae*

[30] Emsbo-Mattingly, S.D., Stout, S.A., Uhler, A.D., and McCarthy, K.J. (2003) Identifying manufactured gas plant tar in the environment using chemical fingerprinting. *Environ. Claims J.*, **15(4)**: 477-490.

[31] Stout, S.A., Uhler, A.D., Emsbo-Mattingly, S.D. (2003) Urban background – Characterization of ambient anthropogenic PAH in urban sediments. V. Magar and M. Kelley, Eds., *Proceed. 7th Int'l. Symp. on In Situ and On-Site Bioremediation*, Orlando, FL, ISBN 1-57477-139-6, Battelle Press, Columbus, OH, Paper No. I-06, 8 pp.

[32] Stout, S.A., Uhler, A.D., Emsbo-Mattingly, S.J. (2003) Characterization of "urban background" PAH in sediments. *Contaminated Soil, Sediment & Water*, Sept. Issue, pp. 16-18.

[33] Stout, S.A., Uhler, A.D., Uhler, R.M., Healey, E.M., McCarthy K.J. (2003) Detailed chemical fingerprinting of gasoline for environmental forensic investigations. Part 3: Application to gasoline source studies. *Contaminated Soil, Sediment & Water*, Mar/April Issue, pp. 16-18.

[34] Uhler, R.M., Healey, E.M., McCarthy, K.J., Uhler, A.D., and Stout, S.A. (2003) Detailed chemical fingerprinting of gasoline for environmental forensic investigations. Part 2: Analytical method performance. *Contaminated Soil, Sediment & Water*, Jan/Feb Issue. 12-17.

[35] Stout, S.A., Uhler, A., Emsbo-Mattingly, S.J. (2003) Characterization of PAH sources in sediments of the Thea Foss/Wheeler Osgood Waterways, Tacoma, Washington. *Soil and Sediment Contamination*. **12(6):** 815-834.

[36] Stout, S.A. and Uhler, A.D. (2003) Distinguishing "background" hydrocarbons from contamination using chemical fingerprinting. *Environ. Claims. J.,* **15(2)**: 241-259.

[37] Uhler, R.M., Healey, E.M., McCarthy, K.J., Uhler, A.D. and Stout, S.A. (2003) Molecular fingerprinting of gasoline by a modified EPA 8260 gas chromatography/mass spectrometry method. *Int. J. Environ. Anal. Chem.* **83(1)**: 1-20.

[38] Beall, P.W., Stout, S.A., Douglas, G.S. and Uhler, A.D. (2002) On the role of process forensics in the characterization of fugitive gasoline. *Environ. Claims J.* **14(4)**: 487-505.

[39] Stout, S.A., Uhler, A.D., McCarthy, K.J. and Emsbo-Mattingly, S.D. (2002) Invited commentary on the Christensen and Larsen Technique. *Environ. Forensics* **3(2)**: 9-11.

[40] Stout, S.A., Uhler, A.D., McCarthy, K.J. and Emsbo-Mattingly, S.D. (2002) Chemical Fingerprinting of Hydrocarbons. In: *Introduction to Environmental Forensics,* (B. Murphy and R. Morrison, Eds.), Academic Press, New York, p. 135-260.

[41] Uhler, R.M., Healey, E.M., McCarthy, K.J. Uhler, A.D., and Stout, S.A. (2002) Detailed chemical fingerprinting of gasoline for environmental forensic investigations. Part 1: Selection of appropriate target compounds. *Contaminated Soil, Sediment & Water*, Nov/Dec. Issue, pp. 20-24.



Allen D. Uhler, Ph.D.                                    6
*Curriculum Vitae*

[42] Emsbo-Mattingly, S.J., Stout, S.A., Uhler, A.D., and McCarthy, K.J. (2002) Chemical signatures of former manufactured gas plants: Town gas residues. *Contaminated Soil, Sediment & Water*, Sept/Oct. Issue, pp. 23-26.

[43] Stout, S.A., Uhler, A.D., Magar, V.S., McCarthy, K.J., Emsbo-Mattingly, S.J. and Crecelius, E.A. (2002) Sediment geochronology reveals temporal changes in contaminant sources. *Contaminated Soil, Sediment & Water*, July/Aug. Issue, pp. 104-106.

[44] Stout, S.A., Emsbo-Mattingly, S.J., Uhler, A.D. and McCarthy, K.J. (2002) Particulate coal in soils and sediments – Recognition and potential influences on hydrocarbon fingerprinting and concentration. *Contaminated Soil, Sediment & Water*, June Issue, pp. 12-15.

[45] Uhler, A.D., Stout, S.A., McCarthy, K.J., Emsbo-Mattingly, S.D., Douglas G.S. and Beall, P.W. (2002). The influences of refining on petroleum fingerprinting – Part 4. Residual fuels. *Contaminated Soil, Sediment & Water*, April/May Issue, pp. 20-22.

[46] Stout, S.A., Uhler, A.D., McCarthy, K.J. and Emsbo-Mattingly, S.D. (2002). The influences of refining on petroleum fingerprinting – Part 3. Distillate fuel production Practices. *Contaminated Soil, Sediment & Water*, Jan/Feb Issue, pp. 6-11.

[47] Stout, S.A. and Uhler, A.D. (2002) Evaluating sources of pyrogenic PAH in urban sediments, Thea Foss Waterway, Tacoma, Washington. *Proceed. 224th Nat'l. Mtg., Am. Chem. Soc., Div. Environ. Chem.*, Boston, MA, Vol. **42(2)**: 241-248.

[48] Stout, S.A., Douglas, G.S. and Uhler, A.D. (2002) Managing future liability at petroleum impacted sites through proactive strategic environmental baselining. *Environ. Claims J.* **14(2)**: 201-221.

[49] Stout, S.A., and Uhler, A.D. (2002) Environmental forensics. *The Military Engineer,* **94**: 37-38.

[50] Emsbo-Mattingly, S.D., Uhler, A.D., Stout, S.A., McCarthy, K.J., Douglas, G., Brown, J.S., Boehm, P.D. (2002) Polycyclic aromatic hydrocarbon (PAH) chemistry of MGP tar and source identification in sediment. In *Sediments Guidance Compendium* (A. Coleman, Ed). Electric Power Research Institute, Technical Report **1005216**, pp. 1-41.

[51] Stout, S.A., Uhler, A.D. and Boehm, P.D. (2001) Recognition of and allocation among Sources of PAH in urban sediments. *Environ. Claims J.* **13(4)**: 141-158.

[52] Uhler, A.D., Stout, S.A., Uhler, R.M., Emsbo-Mattingly, S.D. and McCarthy, K.J. (2001) Accurate chemical analysis of MTBE in environmental media. *Env. Forensics* **2**: 17-20.

[53] Stout, S.A., Uhler, A.D., McCarthy, K.J. (2001) A Strategy and Methodology for Defensibly Correlating Spilled Oil to Source Candidates. *Environ. Forensics* **2**: 87-98.

[54] Stout, S.A., Uhler, A.D., McCarthy, K.J. and Emsbo-Mattingly, S.D. (2001). The influences of refining on petroleum fingerprinting – Part 2. Gasoline blending practices. *Contaminated Soil, Sediment & Water*, Nov/Dec. Issue, pp. 42-44.



Allen D. Uhler, Ph.D.                                    7
*Curriculum Vitae*

[55] Uhler, A.D., Stout, S.A., McCarthy, K.J. and Emsbo-Mattingly, S.D. (2001). The influences of refining on petroleum fingerprinting – Part 1. The refining process. *Contaminated Soil, Sediment & Water*, Oct. Issue, pp. 16-18.

[56] Stout, S.A., Uhler, A.D., McCarthy, K.J. and Emsbo-Mattingly, S.D. (2001). A methodology for the correlating spilled oil to its source. *Contaminated Soil, Sediment & Water*, Aug. Issue, pp. 63-66.

[57] Emsbo-Mattingly, S.D., McCarthy, K.J., Uhler, A.D., Stout, S.A., Boehm, P.D. and Douglas, G.S. (2001). Identifying and differentiating high and low temperature tars at contaminated sites. *Contaminated Soil, Sediment & Water*, June/July Issue, pp. 59-60.

[58] Uhler, A.D., Stout, S.A., Hicks, J.E., McCarthy, K.J., Emsbo-Mattingly, S.D., Boehm, P.D. (2001). Advanced 3-D data analysis: Tools for visualization and allocation. *Contaminated Soil, Sediment & Water*, April/May Issue, pp. 49-52.

[59] Emsbo-Mattingly, S.D., McCarthy, K.J., Uhler, A.D., Stout, S.A. and Boehm, P.D. (2001). Sources of wood, coal and petroleum tars. *Contaminated Soil, Sediment & Water*, Special Spring Issue. pp. 12-15.

[60] Emsbo-Mattingly, S.D., Uhler, A.D., Stout, S.A. and McCarthy, K.J. (2001). Identifying creosote at contaminated sites: An environmental forensics overview. *Contaminated Soil, Sediment & Water*, Feb/March.

[61] Stout, S.A., Naples, W.P., Uhler, A.D., McCarthy, K.J., Roberts, L.G. and Uhler, R.M. (2000) Use of quantitative biomarker analysis in the differentiation and characterization of spilled oil. *Soc. Petrol. Engineers Int'l. Conf. on Health, Safety, and the Environment in Oil and Gas Exploration and Production*, SPE Paper No. **61460**, 15 p.

[62] McCarthy, K.J., Emsbo-Mattingly, S.D., Stout, S.A. and Uhler, A.D. (2000). Identifying manufactured gas plant residues in industrial sediments. *Contaminated Soil, Sediment & Water* Oct./Nov. Issue.

[63] Uhler, A.D., Stout, S.A., McCarthy, K.J. and Emsbo-Mattingly, S.D. (2000). Tributyltin: A unique sediment contaminant. *Contaminated Soil, Sediment & Water,* June/July.

[64] Uhler, A.D., Stout, S.A., Uhler, R.M. and McCarthy, K.J. (2000). Considerations for the accurate chemical analysis of MTBE and other gasoline oxygenates. *Contaminated Soil & Ground Water,* April/May.

[65] Stout, S.A., Uhler, A.D. and McCarthy, K.J. (2000). Recognizing the confounding influences of 'background' contamination in 'fingerprinting' investigations. *Contaminated Soil & Ground Water,* February/March.

[66] Uhler, A.D., Stout, S.A. and McCarthy, K.J. (2000). Manufactured gas plant process wastes and by-products: Part 2. *Contaminated Soil & Ground Water,* Dec./Jan.



Allen D. Uhler, Ph.D.                              8
*Curriculum Vitae*

[67]  Uhler, A.D., Stout, S.A., McCarthy, K.J., Seavey, J.A. and Uhler, R.M. (1999) Identification and differentiation of light- and middle-distillate petroleum for NRDA using chemical forensics. *Proc. International Oil Spill Conference*, Seattle, WA.

[68]  Uhler, A.D., Stout, S.A. and McCarthy, K.J. (1999). Understanding historic manufactured gas plant process wastes and by-products:  Part 1. *Contaminated Soil & Ground Water,* Oct./Nov.

[69]  Stout, S.A., Uhler, A.D. McCarthy, K.J. (1999). Biomarkers – Underutilized components in the forensic toolkit. *Contaminated Soil & Ground Water,* June/July.

[70]  Uhler, A.D., Stout, S.A. and McCarthy, K.J. (1999). Improving petroleum remediation monitoring with forensic chemistry. *Contaminated Soil & Ground Water,* April/May

[71]  Stout, S.A., Davidson, J.M. McCarthy, K.J. and Uhler, A.D.  (1999). Gasoline additives:  usage of lead and MTBE. *Contaminated Soil & Ground Water,* February/March.

[72]  Stout, S.A., Uhler, A.D. and McCarthy, K.J. (1999). "Fingerprinting" of gasolines. *Contaminated Soil & Ground Water,* Jan.

[73]  Uhler, A.D. and Neff, J.M. (1998). Survey of Monitoring Approaches for the Detection of Oil Contamination in Synthetic-Based Drilling Muds. Prepared for the American Petroleum Institute, with cover letter from Robert Moran, National Ocean Industries Association, to Joseph Daly, U.S. EPA, October 21, 1998.

[74]  Uhler, A.D., J.A. Seavey, J.A.,  and Durell, G.S. (1998). Laboratory Evaluation of Static Sheen Replacements: RPE Method, Prepared for the American Petroleum Institute, with cover letter from Robert Moran, National Ocean Industries Association, to Joseph Daly, U.S. EPA, November 16, 1998.

[75]  Uhler, A.D., Seavey, J.A., and Durell, G.S. (1998).  Laboratory Evaluation of Static Sheen Replacements: GC/MS Method, Prepared for the American Petroleum Institute, with cover letter from Robert Moran, National Ocean Industries Association, to Joseph Daly, U.S. EPA, November 19, 1998.

[76]  Stout, S.A., Uhler, A.D. and McCarthy, K.J. (1998) Advanced chemical fingerprinting of sub-surface contamination – Unraveling the complexities of decades of contamination at a refinery. *Proceed. 1998 Nat'l. Petrochem. & Refiners Assoc. Envrion. Conf.*, Corpus Christi, TX.  ENV-98-181, 10 pp.

[77]  Stout, S.A., Uhler, R.M., Philp, R.P., Allen, J. and Uhler, A.D. (1998) Source differentiation of individual chlorinated solvents dissolved in groundwater using compound specific carbon isotopic analysis.  Proceed. 216th Nat'l. Mtg., *Am. Chem. Soc.*, *Div. Environ. Chem.*, Boston, MA, Vol. 38(2):2-5.

[78]  Stout, S.A., Uhler, A.D., Naymik, T.J. and McCarthy, K.J. (1998) Environmental forensics – Unraveling site liability. *Environ.. Sci. Tech.* 32(11):  260A-264A.

Allen D. Uhler, Ph.D.                                    9
*Curriculum Vitae*



[79]   Uhler, A.D., Stout, S.A. and McCarthy, K.J. (1998) Increase success of assessments at petroleum sites in 5 steps.  *Soil and Groundwater Cleanup.*  December/January, 1998.

[80]   Stout, S.A., Uhler, A.D. and McCarthy, K.J. (1998). PAH can provide a unique forensic fingerprint for hydrocarbon products. *Contaminated Soil & Ground Water,* Oct.

[81]   McCarthy, K.J., Uhler, A.D. and Stout, S.A. (1998). Weathering affects petroleum identification. *Contaminated Soil & Ground Water,* Aug/Sept.

[82]   Uhler, A.D., McCarthy, K.J. and Stout, S.A. (1998). Get to know your petroleum types. *Contaminated Soil & Ground Water,* July.

[83]   Naymik, T.G., Uhler, A.D., Stout, S.A., McCarthy, K.J. (1998). Fate and transport analysis is critical component in investigations. *Contaminated Soil & Ground Water,* June.

[84]   McCarthy, K.J., Uhler, A.D. and Stout, S.A. (1998). Focused investigations can uncover true nature of contamination. *Contaminated Soil & Ground Water,* May.

[85]   Uhler, A.D., Stout, S.A. and McCarthy, K.J. (1998). Site investigations must evolve. *Contaminated Soil & Ground Water,* Feb/Mar.

[86]   Kelly, J.R., R.K. Kropp, A.D. Uhler, M.B. Zielinski, and Tawatchai S. 1998.  Environmental response and recovery at drilling platforms in the Gulf of Thailand. Proceedings 1998 Society of Petroleum Engineers International Conference on Health, Safety, and Environment, Caracas, Venezuala.  Paper No. 46478.

[87]   Peven, C.S. and A.D. Uhler.  1998.  Trace organic analytical procedures.  In Sampling and Analytical Methods of the National Status and Trends Program Mussel Watch Project: 1993-1996 Update.  NOAA Technical Memorandum NOS/ORCA/CMBAD 130.  National Oceanic and Atmospheric Administration, Silver Spring, MD.

[88]   Uhler, A.D. G.S. Durell, and M.S. Brancato. 1997.  Determination of Butyltin Compounds in Seawater at the 1-Part-Per-Trillion Level.  1997.  In Proceedings of the EPA 20th Annual Conference on Analysis of Pollutants in the Environment.

[89]   Uhler A, D.  1997.  Petroleum fingerprinting: Effective identification of petroleum products at contaminated sites.  *Environmental Solutions*. July/August, 1997.

[90]   Uhler, A.D.  1997.  Identifying petroleum products by studying their "fingerprints".  *Waste Dynamics Northeast*.  8: 1.

[91]   Uhler, A.D., T.C. Sauer, and D.L. Connors.  1996.  Using petroleum fingerprinting to identify contamination sources.  *Mass. Law. Weekly.*  25 MLW 709:B9.



Allen D. Uhler, Ph.D.                    10
*Curriculum Vitae*

[92] Peven, C.S., A.D. Uhler, and F.J. Querzoli. 1996. Caged mussels and semipermeable membrane devices as indicators of organic contaminant uptake in Dorchester and Duxbury Bays, Massachusetts. *Environ. Tox. Chem.* 15:144-149.

[93] Hunt, C.D., P. Dragos, K. King, C. Albro, D. West, A. Uhler, L. Ginsburg, D. Pabst, and D. Redford. 1996. The Fate of Sewage Sludge Dumped at the 106-Mile Site Sediment Trap Study Results. *J. Marine of Envir. Eng.* 2:285-323.

[94] Ostazeski, S.A., Uhler, A.D., Durell, G.S. and Macomber, S. 1995. Characterization and weathering properties of the *Morris J. Berman* cargo oil. *Proceedings Eighteenth Arctic and Marine Oil Spill Conference. Environment Canada, Edmonton, Alberta.*

[95] Durell, G.S., A.D. Uhler, S.A. Ostazeski, and A. B. Nordvik. 1995. An integrated approach to determining physico-chemical and molecular chemical characteristics of petroleum as a function of weathering. *Proceedings Eighteenth Arctic and Marine Oil Spill Conference.* Environment Canada, Edmonton, Alberta.

[96] Uhler, A.D. and S.A. Ostazeski. 1995. Weathering and behavior of the *Morris J. Berman* cargo oil. Invited Paper, International Maritime Organization, London, England.

[97] Sauer, T.C. and A.D. Uhler. 1994. Pollutant source identification and allocation: Advances in hydrocarbon fingerprinting. *Remediation* 4(4):431-452.

[98] Durell, G.S., S.A., A.D. Uhler, I.K. Almas, P.S. Daling, T. Strom-Kristiansen, and A. B. Nordvik. 1994. Evaluation of the transfer of crude oil weathering technology: interlaboratory comparison of physico-chemical characteristics of weathered crude oils and emulsions. Proceedings Seventeenth Arctic and Marine Oil Spill Conference. Environment Canada, Vancouver, BC.

[99] Peven, C.S., A.D. Uhler, and R.E. Hillman. 1994. Concentrations of organic contaminants in *Mytilus edulis* from the Hudson-Raritan estuary and Long Island Sound. *Sci. Total Environ.:* 179, Issues 1-3, 26 January 1996, Pages 135-147.

[100] Uhler, A.D., G.S. Durell, W.G. Steinhauer, and A.M. Spellacy. 1993. Tributyltin levels in bivalve mollusks from the East and West coasts of the United States: Results from the 1988-1990 National Status and Trends Mussel Watch Project. *Env. Tox. Chem.* 12:139-154.

[101] Douglas, G.S. and A.D. Uhler. 1993. Optimizing EPA Methods for Petroleum-Contaminated Site Assessments. Environ. Test. Anal. 2:46-53.

[102] Peven, C.S. and A.D. Uhler. 1993. Analytical procedures for trace and major element analysis. In Sampling and Analytical Methods of the National Status and Trends Program National Benthic Surveillance and Mussel Watch Project. Volume III. NOAA Technical Memorandum NOS ORCA 71. National Oceanic and Atmospheric Administration, Silver Spring, MD.



Allen D. Uhler, Ph.D.                              11
*Curriculum Vitae*

[103] Peven, C.S. and A.D. Uhler.  1993.  Analytical procedures to quantify organic contaminants.  In Sampling and Analytical Methods of the National Status and Trends Program National Benthic Surveillance and Mussel Watch Project.  Volume IV.  NOAA Technical Memorandum NOS ORCA 71.  National Oceanic and Atmospheric Administration, Silver Spring, MD.

[104] Uhler, A.D., G.S. Durell, and A.M. Spellacy.  1991.  Extraction procedure for the measurement of butyltin compounds in biological tissues using toluene, HBr, and tropolone.  *Bull. Env. Contam. Toxicol.*  47:217-221.

[105] Uhler, AD. and G.S. Durell.  1989.  Analytical methods for the analysis of butyltin compounds: An overview.  Pp. 508-511 in *Oceans '89, The Global Ocean.*  Institute of Electrical and Electronics Engineers, New York, NY.

[106] Uhler, A.D., T.H. Coogan, K.S. Davis, G.S. Durell, W.G. Steinhauer, S.Y. Freitas and P.D. Boehm.  1989.  Findings of tributyltin, dibutyltin, and monobutyltin in bivalves from selected U.S. coastal waters.  *Env. Tox. Chem.* 8:971-979.

[107] Hyland, J., J. Kennedy, J. Campbell, S. Williams, P. Boehm, and A. Uhler.  1989.  Environmental effects of the *Pac Baroness* oil and copper spill.  In Proceedings of the 1989 Oil Spill Conference, San Antonio, TX.  Sponsored by American Petroleum Institute, Environmental Protection Agency, and United States Coast Guard.

[108] Uhler, A.D. and L.J. Miller.  1988.  Multiple headspace extraction gas chromatography for the analysis of volatile halocarbon compounds in butter. *J. Agric. Food Chem.* 36:772-775.

[109] Miller, L.J. and A.D. Uhler.  1988.  Volatile halocarbons in butter: Elevated tetrachloroethylene levels in samples obtained in close proximity to dry-cleaning establishments.  *Bull. Env. Contam. Toxicol.* 41:469-474.

[110] Sullivan, J.J., J.D. Torkelson, M.W. Wekell, T.A. Hollingworth, W.L. Saxton, G.W. Miller, K.W. Panaro, and A.D. Uhler.  Determination of tri-n-butyltin and di-n-butyltin in fish as hydride derivatives by reaction gas chromatography.  1988.  *Anal. Chem.* 60:626-630.

[111] Uhler, A.D. and G.W. Diachencko.  1987.  Volatile halocarbon compounds in process water and processed foods.  *Bull. Env. Contam. Toxicol.* 39:601-607.

[112] Helz, G.R., A.D. Uhler, and R. Sugam.  1985.  Dechlorination and trihalomethane yields.  *Bull. Env. Contam. Toxicol.*  34:497-503.

[113] Uhler, A.D. and J.C. Means.  1985.  Reaction of dissolved chlorine with surficial sediment: Oxidant demand and trihalomethane yields.  *Env. Sci. Technol.* 19:340-344.

[114] Daniels, C.B., S.M. Baksi, A.D. Uhler, and J.C. Means.  1984.  Effects of chlorination upon the levels of mutagens in contaminated sediments.  In "Water Chlorination: Environmental Impact and Health Effects", Volume 5.



Allen D. Uhler, Ph.D.                                12
*Curriculum Vitae*

[115] Uhler, A.D. and G.R. Helz.  1984.  Solubility product of galena at 298 K;  A possible explanation of apparent supersaturation in nature.  *Geochim. Cosmochim. Acta.* 48:1155-1160.

[116] Uhler, A.D. and G.R. Helz.  1984.  Precipitation of PbS from solutions containing EDTA.  *J. Crystal Growth*  66:401-411.

[117] Rheingold, A.L., A.D. Uhler and A.L. Landers.  1983.  The synthesis, crystal structure, and molecular geometry of the ferrocenium salt of the hexadecabromotetrabismuthate counterion.  *Inorg. Chem.* 22:3255-3258.

[118] Helz, G.R. and A.D. Uhler.  1982.  Organic inhibition kinetics of sulfide precipitation.  *Estudios Geol.* 38:273-277.

**CONFERENCE PRESENTATIONS**

[1]  Lotufo, G.R., Gidley, P.T., McQueen, A.D., Moore, D.W., Hardenstine, J.H. and Uhler, A.D., (2020). Assessment of the bioaccumulation potential of PCB associated with paint particles in the presence of sediment. SETAC North America 41st Annual Meeting, November 15-19, 2020.

[2]  Uhler, A.D., Hardenstine, J.H., Flanders, K.L. Benotti, M.J. and Edwards, D.A. (2019). PCBs in marine paint chips: a leachability study.  Tenth International Conference on the Remediation and Management of Contaminated Sediments.  New Orleans, LA.  February 11, 2019.

[3]  Uhler, A.D. and Krahforst, K. (2017). Numerical allocation between PAH of petrogenic and pyrogenic origins in contaminated soils and sediments. 33rd Annual International Conference on Soils, Sediments, Water and Energy, University of Massachusetts, Amherst, MA.  October 17, 2017.

[4]  Uhler, A.D., McCarthy, K.J., Emsbo-Mattingly, S.D., Stout, S.A. and Douglas, G.S. (2011). Predicting Chemical 'Fingerprints' of Vadose Zone Soil Gas and Indoor Air from Non-Aqueous Phase Liquid Composition. Groundwater Resources Association of California, 6th Symposium in the Tools and Technology Series, Environmental Forensics in an Era of Emerging Diagnostic Methods. Irvine, CA.

[5]  Douglas, G.S., Emsbo-Mattingly, S.D, Stout, S.A., Uhler, A.D., McCarthy, K.J. (2010).  Factors to consider when constraining the time of release of gasoline LNAPL based on total lead concentration. 26th Annual International Conference on Soils, Sediments, Water and Energy, University of Massachusetts, Amherst, MA.  October 20, 2010.

[6]  Uhler, A.D., McCarthy, K.J., Emsbo-Mattingly, S.D., Stout, S.A. and. Douglas, G.S. (2008). Predicting Chemical 'Fingerprints' of Vadose Zone Soil Gas from NAPL Composition.  Society of Environmental Toxicology and Chemistry North America, 29th Annual Meeting , Tampa, Florida.



Allen D. Uhler, Ph.D.                    13
*Curriculum Vitae*

[7]  Emsbo-Mattingly, S.M., Uhler, A.D., Stout, S.A., Douglas, G.S., and McCarthy, K.J. (2008). Identifying Roadway Pavement in Proximal Soils and Sediments. The 24th Annual International Conference on Soils, Sediments and Water. Amherst, MA. Thursday, October 23, 2008.

[8]  Verstuyft. A., Rhodes, I.A., Uhler, A., Douglas, G., Stout, S. (2007). Not All Gasolines Are Created Equal: Demystifying Environmental Forensic Correlations. The Seventeenth Annual AEHS Meeting and West Coast Conference on Soils, Sediments, and Water, San Diego, CA.

[9]  Uhler, A.D., Emsbo-Mattingly, S.D., Stout, S.A. Douglas, G.S., McCarthy, K.J. and Rouhani, S. (2007). Chemical Fingerprinting. Applications in Environmental Forensics Investigations. Pp. 59-80 in: Defense Research Institute Toxic Torts and Environmental Law Seminar. New Orleans, LA.

[10] Plantz, G.S. and A.D. Uhler. (2007). Vapor Intrusion. Understanding the Challenges and Potential Implications. Pp 45-58 in: Defense Research Institute Toxic Torts and Environmental Law Seminar. New Orleans, LA.

[11] Emsbo-Mattingly, S. and Uhler, A.D. (2007) Non-MGP Sources of Pyrogenic PAHs: The Confounding Effects of Roadway Pavement, Soot, Rail Yard Wastes, and Construction Materials." EPRI MGP 2007 Symposium: Advancements in Manufactured Gas Plant Site Remediation. Atlanta, GA January 8-11, 2007.

[12] Alexander, C.R., Uhler, A.D., Lee, R. and Windom, H. (2006). The Application Of Naturally Occurring Radionuclides To Environmental Forensics. Society of Environmental Contamination and Toxicology SETAC 27th Annual Meeting, Montreal CA.

[13] Plantz, Gina M., A. D. Uhler, K. J. McCarthy, and S. D. Emsbo-Mattingly. (2006). Analytical techniques for vapor intrusion pathway assessments: An environmental forensic approach. Presented at A&WMA Specialty Conference: Vapor Intrusion: The Next Great Environmental Challenge—An Update, Los Angeles, CA.

[14] Uhler, A.D., Emsbo-Mattingly, S.D. and Liu, B. (2006). Environmental Stability of PAH source indices in Pyrogenic Tars. 22nd Int'l. Conf. Contaminated Soils, Sediments and Water, Amherst, MA.

[15] McCarthy, K.J., Mattingly, S.D., Uhler, A.D., Rezendes, A., Stout, S.A., and Douglas, G.S. (2006). Forensic Characterization of Subsurface and Indoor Air for Evidence of Vapor Intrusion at Contaminated Sites. 16th Annual AEHS Meeting & West Coast Conference on Soils, Sediments and Water, San Diego, CA.

[16] Emsbo-Mattingly, S.D., Uhler, A.D., Stout, S.A., Douglas, G.S., McCarthy, K.J., and Coleman. A. (2006). Determining the Source of PAHs in Sediment. The International Symposium & Exhibition on the Redevelopment of Manufactured Gas Plant Sites (MGP 2006) Reading, UK.

[17] Emsbo-Mattingly, S.D., Uhler, A.D. Hall, L., Burton, D., Alexander, C. and Liu, B. (2005). Delaware River Refinery Effects Differentiated in Tissue, Sediment, and Dated Core Investigation.



Allen D. Uhler, Ph.D.                                    14
*Curriculum Vitae*

Society of Environmental Contamination and Toxicology SETAC 26th Annual Meeting, Baltimore, MD.

[18] Stout, S.A., Uhler, A.D., Douglas, G.S. (Oct. 2005) Chemical heterogeneity among marine bunker fuels.  Int'l. Conf. Contaminated Soils, Sediments and Water, 21st Annual Mtg., Amherst, MA.

[19] Emsbo-Mattingly, S.D., McCarthy, K.J., Uhler, A.D., Stout, S.A., and Douglas, D.S.  2005.  Environmental Forensic Methods for Soil Gas and Vapor Intrusion.  2005. In Int'l. Conf. Contaminated Soils, Sediments and Water, Amherst, MA.

[20] Uhler, A.D., S.A. Stout, G.S. Douglas.  2005.  Detailed analysis of gasoline using modified EPA 8260 GC/MS.  17th Annual UST/LUST National Conference. Cosponsored by EPA's Office of Underground Storage Tanks.  Seattle WA.  March, 2005.

[21] Emsbo-Mattingly, S.D., Stout, S.A. and Uhler, A.D. 2004. Background characterization of ambient anthropogenic PAHs in urban sediments. *Midwestern States Risk Assessment Symposium,* Indiana University, Indianapolis, IN.

[22] Emsbo-Mattingly, S.D., Uhler, A.D, Stout, S.A., and McCarthy, K.J. 2003. Identifying ash-derived PAH in soil and sediments.  Int'l. Conf. Contaminated Soils, Sediments and Water, 19th Annual Mtg., Amherst, MA.

[23] Emsbo-Mattingly, S.D., S.A. Stout, and A.D. Uhler.  2003.  Identifying and dating creosote releases in the environment.  19th Annual International Conference on Soils, Sediments and Water , Amherst, MA October 20-23, 2003.

[24] Stout, S.A., A.D. Uhler, and S.D. Emsbo-Mattingly.  2003.  Comparative evaluation of background hydrocarbons in sediments from multiple urban waterways.  19th Annual International Conference on Soils, Sediments and Water , Amherst, MA October 20-23, 2003

[25] Emsbo-Mattingly, S.D., Stout, S.A., Uhler, A.D., and McCarthy, K.J. (April 2003).  Identifying creosote releases in the environment.  American Wood Preservers Association, 99th Annual Mtg., Boston, MA.

[26] Stout, S.A., Uhler, A.D., Emsbo-Mattingly, S.D. (June 2003) Urban background – Characterization of ambient anthropogenic PAH in urban sediments.  In Situ and On-Site Bioremediation, 7th Int'l. Symp., Orlando, FL.

[27] Emsbo-Mattingly, S.D., Boehm, P.D., Stout, S.A., Uhler, A.D, and McCarthy, K.J. June 2003. Sourcing PAH in sediments with innovative methodologies.  In Situ and On-Site Bioremediation, 7th Int'l. Symp., Orlando, FL.

[28] Uhler, A.D. and I.A. Rhodes.  2003.  Forensic Environmental Chemistry Workshop.  Thirteenth Annual West Coast Conference on Contaminated Soil, Sediment and Water.  San Diego, CA.



[29] Healey, E., S.A. Smith, K.J. McCarthy, S.A. Stout, R.M. Uhler, A.D. Uhler and G.S. Douglas. 2003. Fingerprinting Organic Lead Species in Automotive Gasolines and Free Products Using Direct Injection GC/MS.  Thirteenth Annual West Coast Conference on Contaminated Soils, Sediments, and Water.  San Diego, CA, March 17-30, 2003.

[30] Smith, S.A., E. Healey, K.J. McCarthy, S.A. Stout, A.D. Uhler, S. Emsbo-Mattingly, and G.S. Douglas.  2003.  Allocation of Commingled Hydrocarbons Derived from Manufactured Gas Plant versus Petroleum Handling Operations.   Thirteenth Annual West Coast Conference on Contaminated Soils, Sediments, and Water.  San Diego, CA, March 17-30, 2003.

[31] Uhler, A.D., Stout, S.A. and McCarthy, K.J. 2002.  Advanced Chemical Measurements in Environmental Forensics Investigations.  Environmental Forensics: Advanced Techniques. International Society of Environmental Forensics Workshop.  September 23-24, 2002.  Santa Fe, New Mexico.

[32] Emsbo-Mattingly, S.D.,  S.A. Stout, A.D. Uhler, and K.J. McCarthy. Sourcing Hydrocarbons at Fire Training Areas: A Molecular Characterization of the Combusted and Evaporated Residues of Distillate Fuels.  Annual Conference on Contaminated Soils, Sediments and Water, , Amherst, MA October 22-24, 2002.

[33] Emsbo-Mattingly, S.D.,  A. Coleman, A. Chin, P.D. Boehm, S.A. Stout, A.D. Uhler, and K.J. McCarthy. Sourcing PAH in Sediments with Innovative Methodologies. Annual Conference on Contaminated Soils, Sediments and Water, Amherst, MA October 22-24, 2002.

[34] McCarthy, K.J., S. Andrew Smith, E. Healey, S.A. Stout, A.D. Uhler, and S. Emsbo-Mattingly. 2002.  Allocation of Commingled Hydrocarbon Contamination Using Dual Column GC/FID/MS Int'l. Conf. Contaminated Soils, Sediments and Water, 12th Annual Mtg., San Diego, CA.

[35] Stout, S.A., McCarthy, K.J., and Uhler, A.D.  2002. Bicyclic sesquiterpane biomarkers - Useful hydrocarbons in the chemical fingerprinting of Class 4 and Class 5 petroleum distillates.  Proceed. Am. Acad. Forensic Sci., pp. 104-105,  National Meeting, Atlanta, GA.

[36] Uhler, R.M., Healey, E.M., Smith, A.S., Stout, S.A., McCarthy, K.J., and Uhler, A.D. 2001. Optimizing purge-and-trap GC/MS analysis of gasoline range compounds for environmental forensic investigations.  Int'l. Conf. Contaminated Soils, Sediments and Water, 17th Annual Mtg., Amherst, MA

[37] Emsbo-Mattingly, Stephen, Uhler, A.D.,  McCarthy, K.J. and Stout, S.A..  2000.  Identifying the Source of PAH Contamination 16th Annual International Conference on Contaminated Soils, Sediments, and Water October 16-19, 2000.  University of Massachusetts at Amherst.

[38] Uhler, A.D., Stout, S.A., McCarthy, K.J., S. Emsbo-Mattingly, and T.G. Naymik.  2000.   The Evolving state of environmental forensics.   International Business Communication's 3rd Executive Forum on Environmental Forensics.  Washington, D.C.



Allen D. Uhler, Ph.D.                                    16
*Curriculum Vitae*

[39] Emsbo-Mattingly, Stephen, K.J. McCarthy, A.D. Uhler, and S.A. Stout. 2000. Using hydrocarbon analysis for risk assessments and forensics investigations. International Business Communication's 3rd Executive Forum on Environmental Forensics. Washington, D.C

[40] McCarthy, K.J., Emsbo-Mattingly, S., Stout, S.A. and A.D. Uhler. Differentiation of coal and oil tars in sediments. International Business Communication's 3rd Executive Forum on Environmental Forensics. Washington, D.C

[41] Uhler, A.D., K.J. McCarthy, J.M. Neff and E.M. Healey. 2000. Determination of petroleum hydrocarbons by fractionation and GC/MS to support risk assessment. 23rd EPA Conference on Analysis of Pollutants in the Environment. Pittsburgh, PA.

[42] Uhler, A.D. and S.A. Stout. 2000. Environmental Forensics. 24th Annual Symposium, "Forensic Geology". Association of Engineering Geologists, Boston, MA.

[43] Stout, S.A. and Uhler, Allen D. 2000. Chemical "fingerprinting" of highly weathered petroleum products. Annual Meeting of the American Academy of Forensic Sciences, February 2000, Reno, Nevada.

[44] McCarthy, K.J., A.D. Uhler, S.A. Stout, D. Gunster, J.M. Neff and E.M. Healey. 1999. Evaluating remediation needs and options: A fraction-specific approach to soil and groundwater TPH Analysis. National Petrochemical & Refiners Association Environmental Conference, Dallas, TX.

[45] Uhler, A.D., Stout, S.A., McCarthy, K.J. and T.G. Naymik. 1999. Current state of environmental forensics. International Business Communication's 2nd Execuitive Forum on Environmental Forensics. Washington, D.C.

[46] Stout, S.A., A.D. Uhler, and K.J. McCarthy. 1999. Use of biomarkers in assessing liability for fugitive petroleum products and crude oil. . International Business Communication's 2nd Executive Forum on Environmental Forensics. Washington, D.C.

[47] Stout, S.A., A.D. Uhler, R.M. Uhler, and K.J. McCarthy. 1999. Identification and differentiation of light- and middle-distillate petroleum for an NRDA using chemical forensics. 1999 International Oil Spill Conference, Seattle WA.

[48] Scott A. Stout, Kevin J. McCarthy, Julie A. Seavey and Allen D. Uhler. 1999. Application of Low Boiling Biomarkers in Assessing Liability for Fugitive Middle Distillate Petroleum Products. 9th Annual West Coast Conference on Contamianted Soils and Waters, Oxnard, CA.

[49] S.A. Stout, A.D. Uhler, and K.J. McCarthy. 1998. Advanced chemical fingerprinting of sub-surface contamination—unraveling decades of contamination at a refinery. National Petrochemical & Refiners Association Environmental Conference, November, 1998, Corpus Christi, TX.



Allen D. Uhler, Ph.D.                                        17
*Curriculum Vitae*

[50]  Uhler, R., Uhler, A.D., K.J. McCarthy, and S.A. Stout. 1998.  Advances in measurement and differentiation of light distillate petroleum products using chemical forensic techniques. 14th Annual Conference on Contaminated Soils, Amherst, MA.

[51]  Stout, S.A., A.D. Uhler, and K.J. McCarthy.  1998.  The evolving state of environmental forensics. 14th Annual Conference on Contaminated Soils, Amherst, MA.

[52]  Uhler, A.D.  1998.  Fingerprinting of light refined products—gasolines.  Invited speaker, National Environmental Forensics Conference: Chlorinated Solvents and Petroleum Hydrocarbons. August, 2-28, Tuscon, AZ.

[53]  Stout, S.A., R.M. Uhler, R.P. Phelp, J. Allen, and A.D. Uhler.  1998.  Source differentiation of individual chlorinated solvents dissolved in groundwater using compound-specific carbon isotope analysis.  American Chemical Society, Division of Environmental Chemistry, National Meeting, Boston, MA.

[54]  Kelly, J.R., R.K. Kropp, A.D. Uhler, M.B. Zielinski, and Tawatchai S. 1998.  Environmental response and recovery at drilling platforms in the Gulf of Thailand. Proceedings 1998 Society of Petroleum Engineers International Conference on Heatlh, Safety, and Environment, Caracas, Venezuala.  Paper No. 46478.

[55]  Uhler, A.D., Durell, G.S. and Brancato, M.  1997.  Determination of butyltin compounds in seawater at the 1 part-per-trillion level.  20th Annual EPA Conference on Analysis of Pollutants in the Environment.  Norfolk, VA.

[56]  Durell, G., J. Seavey, A. Uhler, and A. Ceric.  Monitoring sediments in Northeast Florida water bodies:  Status of chemical contamination levels.  1997 National Meeting for the Society of Environmental Toxicology and Chemistry, San Francisco, CA.

[57]  Ostazeski, S.A., A.D. Uhler, and K. Bitting.  1997.  Behavior of Orimulsion® in Seawater and Freshwater.  1997 International Oil Spill Conference, Ft. Lauderdale, FL.

[58]  Uhler, A.D. and K.J. McCarthy.  1997. Consideration for measurement of light distillate fuel products.  7th West Coast Conference on Contaminated Soils and Groundwater.  Oxnard, CA.

[59]  McCarthy, K.J., A.D. Uhler, and R.M. Uhler.  1996.  Identification, differentiation, and allocation of light distillate fuel products. 11th Annual East Coast Conference on Contaminated Soils and Groundwater.  Amherst, MA.

[60]  Twatchai S., P. Menseveda, A. Uhler, and T. Grieb. 1996. Mercury Releases in the Central Gulf of Thailand.  Second International Conference on Environmental and Industrial Technology. Bangkok, Thailand.

[61]  Sauer, T.C., K.J. McCarthy, and A. Uhler.  1995.  Natural and bioremediated selective degradation of polycyclic aromatic and alkyl isomers  in oil-contaminated soils.  1995 National Meeting for the Society of Environmental Toxicology and Chemistry, Denver, CO.



Allen D. Uhler, Ph.D.                                        18
*Curriculum Vitae*

[62] Dahlen, D.T.,  A.D. Uhler, T.C. Sauer, and K.J. McCarthy.  1995.  Petroleum-specific analytical and interpretative techniques for product identification and source allocation.  1995 National Meeting for the Society of Environmental Toxicology and Chemistry, Denver, CO.

[63] Hunt, C., D. West, A. Uhler, and C. Peven.  Low level contaminant detection: Implications to loading estimates and management of coastal discharges.  1995 National Meeting for the Society of Environmental Toxicology and Chemistry, Denver, CO.

[64] Uhler, A.D. and S.A. Ostazeski.  1995.  Weathering and behavior of the Morris J. Berman cargo oil. Invited Paper, International Maritime Organization, London, England.

[65] Uhler, A.D., G.S. Durell, S.A. Ostazeski.  1994.  Evaluation of the transfer of crude oil weathering technology: interlaboratory comparison of physico-chemical characteristics of weathered crude oils and emulsions.  Seventeenth Arctic and Marine Oil Spill Conference, Vancouver, BC, June 8-10, 1994.

[66] Uhler, A.D., West, D.E., Peven, C.S. and Hunt, C.D.  1994. Trace Metal and Organic Contaminants in Deer Island Treatment Plant Effluent: June - November, 1993.  Ninth Annual Boston Harbor Symposium, Boston, MA March 24-25, 1994.

[67] Dahlen, D.T., A.D. Uhler, and P.J. White.  1994.  Ultratrace Analysis of Organic Contaminants in Sediments, Water, and Tissues from a Marine Superfund Site.  Abstract Book, 15th Annual Meeting, Society of Environmental Toxicology and Chemistry, Pensacola, Florida.

[68] Peven, C.S., A.D. Uhler, R.H. Hillman, W.G. Steinhauer.  Organic contaminants in Mytilus edulis from the Hudson-Raritan Estuary and Long Island Sound.  American Geophysical Union Spring Meeting, 1992.

[69] Hillman, R.E., R.A. Lordo, R.G. Menton, C.S. Peven, A.D. Uhler, E. Crecelius, and W.G. Steinhauer.  1992.  Relationship of environmental contaminants to occurence of neoplasia in mussels (Mytilus edulis) from East and West coast Mussel Watch sites.  Marine Technology Society Fall Meeting.

[70] Peven, C., Uhler, A., Hillman, R.  1992.  Organic contaminants in Mytilus Edulis from the Hudson-Raritan Estuary and Long Island Sound.  1992 National Meeting for the Society of Environmental Toxicology and Chemistry, Cincinnati, OH.

[71] Uhler, A.D., G.S. Durell, and A.M. Spellacy.  1991.  Spatial distribution and temporal trends in tributyltin levels in bivalve mollusks from the U.S. East and West Coasts.  1991 National Meeting for the Society of Environmental Toxicology and Chemistry, Seattle, WA.

[72] Uhler, A.D., T.H. Coogan and G.S. Durell.  Analysis of tributyltin, dibutyltin and monobutyltin in biological tissues by gas chromatography with flame photometric detection and gas chromatrography with mass spectrometry.  1989 Pittsburgh Conference on Analytical Chemistry/Applied Spectroscopy, Atlanta, GA.



Allen D. Uhler, Ph.D.                    19
*Curriculum Vitae*

[73] Uhler, A.D.  Analysis of butyltin compounds in environmental matrices: Method selection criteria, method performance and laboratory implementation in support of US Environmental Protection Agency TBT Data Call-In.  US EPA/OECD Symposium on TBT Monitoring in Coastal Waters. Paris, France, November 29 - December 1, 1988.

[74] Uhler, A.D. and M.C. Clower.  1988.  Analysis for tributyltin in fish and shellfish.  102nd Annual meeting of the Association of Official Analytical Chemists.

[75] Miller, L.J. and A. D. Uhler.  1986.  Findings of volatile halocarbon compounds in butter: Elevated levels of PCE in samples obtained in close proximity to dry cleaning establishments.  100th Annual meeting of the Association of Official Analytical Chemists.

[76] Uhler, A.D.  Volatile halocarbon compounds in processed foods.  U.S. Food and Drug Administration Pesticide and Industrial Chemical Workshop.  September, 1985.

[77] Fendinger, N.J., A.D. Uhler, J.C. Means, J.H. Tuttle, and J.C. Radway.  Chemical characterization of coal lechate.  American Chemical Society National Meeting.  Spring, 1985.

[78] Uhler, A.D. and J.C. Means.  Reaction of dissolved chlorine with surficial sediment: Oxidant demand and trihalomethane yields.  American Chemical Society National Meeting.  Spring, 1985.

Katherine L. Flanders, Ph.D.                              1
*Curriculum Vitae*

# Katherine L. Flanders, Ph.D.
## Chemist/Consultant
Environmental Forensics Practice

## EXPERIENCE SUMMARY

Dr. Flanders is a chemist specializing in the characterization of sources and fate of contaminants in the environment. Dr. Flanders utilizes her knowledge of advanced analytical chemistry and strong background in fundamental physical chemistry to elucidate the behavior and transformation of chemicals in air, water, soil, and sediments. Dr. Flanders often applies geospatial and statistical tools in assessments at complex sites.

Many projects require an understanding of industry-specific, process chemistry to evaluate potential nexus between historic and/or current operations and contaminants of potential concern. Dr. Flanders has experience in the reconstruction of chemical processes for a variety of industrial operations that include refineries, various petrochemical plants, dye manufacturing and former manufactured gas plants.

Prior to joining NewFields, Ms. Flanders completed her dissertation research in the fields of atmospheric chemistry and organic geochemistry.  Her work focused on the transformation of organic molecules in air and sediments. While at the University of Massachusetts, Dr. Flanders also managed contracts for the University's Environmental Analytical Facility. Through both her dissertation research and industry contracts, Katherine gained expertise using a variety of state-of-the-art analytical techniques that are pivotal to modern environmental science investigations.  Such techniques include Isotope Ratio Mass Spectrometry (IRMS), Inductively Coupled Plasma Mass Spectrometry (ICPMS), Gas Chromatography Mass Spectrometry (GCMS), Scanning Electron Microscopy Energy Dispersive Spectroscopy (SEM/EDS), and Fourier Transform Infrared Spectroscopy (FTIR).

## EDUCATION AND TRAINING
Ph.D. Chemistry/ Green Chemistry Track, University of Massachusetts - 2017
B.S. Chemistry, University of Maryland - 2008

## EMPLOYMENT HISTORY
University of Massachusetts (2008 - 2015)
Battelle Memorial Institute (2009)
NewFields Environmental Forensics Practice LLC (2011-Present)

## PROFESSIONAL AFFILIATIONS
American Chemical Society (ACS)
Association for the Sciences of Limnology and Oceanography (ASLO)

## PUBLICATIONS AND PRESENTATIONS

[1] Howard, M., Ruffing, A., DaCosta, M, Krieger, G., Howard, H., Smallwood, C., Timlin, J., Finke, A, Maes, D., Emsbo-Mattingly, S, and Flanders, K. (2019). Detecting Source Emissions Using Bioindicators. Atlanta, Georgia. May 2, 2019.

Katherine L. Flanders, Ph.D.                              2
*Curriculum Vitae*

[2] Uhler, A.D., Hardenstine, J.H., Flanders, K.L., Benotti, M.J. and Edwards, D.A. (2019). PCB in marine paint chips: a leachability study.  Tenth International Conference on the Remediation and Management of Contaminated Sediments, New Orleans, Louisiana, February 11-14, 2019.

[3] Flanders, K.L. (2017). Assessing Anthropogenic Influences on the Environment: From Atmospheric to Lacustrine Systems (Doctoral Dissertation). University of Massachusetts Boston. ProQuest Number 10280301.

[4] Flanders, K.L., Emsbo-Mattingly, S.D., Litman, E., Occhialini, J., Rezendes, A., Raposo, M. 2017. PCE and TCE Source Identification: A Multiple Parameter Approach. University of Massachusetts, Amherst, MA.  33rd Annual International Conference on Soils, Sediments, Water and Energy, University of Massachusetts, Amherst, MA. October 17, 2017

[5] Flanders, K.L., Eisen-Cuadra, A.M., Christian, A.D., Hannigan, R, E. 2013. The Paleolimnological Reconstruction of Étang Saumâtre: A Fatty Acid Biomarker Analysis of Haiti Sediments. ASLO 2013 Aquatic Sciences Meeting, New Orleans, LA. February 17, 2013.

[6] Flanders, K.L., Cullipher, S.G., Koutros, C.C., Sprengnether, M.M., Dransfield, T.J. 2010.  A Product Study of the OH-initiated Oxidation of Acrolein. National Meeting of the American Chemical Society, Boston, MA. August 22, 2010.

**Professional Education Instructor**

[1] "Environmental Forensics Workshop" Douglas, G.S., Litman, E., Flanders, K. 2017. University of Massachusetts, Amherst, MA.  33rd Annual International Conference on Soils, Sediments, Water and Energy, University of Massachusetts, Amherst, MA. October 17, 2017.

[2] "Environmental Forensics Workshop" Emsbo-Mattingly, S.D., Litman, E., Flanders, K. 2015. University of Massachusetts, Amherst, MA.  31st Annual International Conference on Soils, Sediments, Water and Energy, University of Massachusetts, Amherst, MA. October 20, 2015.

[3] "Environmental Forensics Workshop" Emsbo-Mattingly, S.D., Litman, E., Flanders, K. 2014. University of Massachusetts, Amherst, MA.  30th Annual International Conference on Soils, Sediments, Water and Energy, University of Massachusetts, Amherst, MA. October 21, 2014.

***NewFields Compensation***

NewFields is compensated for the work in this matter at rates of $325/hour for Drs. Stout and Uhler and $275/hour for Dr. Flanders for both consulting and testimony.

Appendix B

| Sample ID | Location | Matrix | Sample Date | X_Coord (2021) | Y_Coord (2021) | Distance To Plant (mi) | Total Dioxin TEQ (ppt; nd=DL)* | Total PAHs (n=16; ppb) | Total Custom-SVOC (n=6; ppb) | Total Cyanides (ppm) | Total "Marker" Metals (n=4; ppm) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CQ-1 | onsite | Soil | 7/11/2018 | -95.022903 | 29.950300 | 0.11 | 4.76 | 136 | 40.1 | na | na |
| CR-1 | onsite | Soil | 7/11/2018 | -95.021698 | 29.949600 | 0.05 | 1.27 | 64.0 | 88.6 | na | na |
| CS-1 | onsite | Soil | 7/11/2018 | -95.020302 | 29.947901 | 0.12 | 9.39 | 229 | 3581 | na | na |
| CS-2 | onsite | Soil | 7/11/2018 | -95.020302 | 29.947901 | 0.12 | 8.16 | 72.7 | 301 | na | na |
| CS-2 DUP | onsite | Soil | 7/11/2018 | -95.020302 | 29.947901 | 0.12 | na | na | na | na | na |
| DD-4 | onsite | Soil | 7/11/2018 | -95.020302 | 29.947800 | 0.13 | 18.2 | 1378 | 6494 | na | na |
| A-1 | offsite | Soil | 9/4/2017 | -95.025703 | 29.958799 | 0.72 | na | nd | na | 0.15 | 16033 |
| AC-1 | offsite | Soil | 9/19/2017 | -95.018300 | 29.940500 | 0.47 | 2.39 | 39.9 | na | 0.11 | 14688 |
| AC-2 | offsite | Soil | 9/19/2017 | -95.019302 | 29.941099 | 0.57 | 2.17 | 40.0 | na | 0.2 | 19694 |
| AC-3 | offsite | Soil | 9/19/2017 | -95.020203 | 29.941000 | 0.56 | 1.78 | 4.80 | na | 0.1 | 16888 |
| AC-4 | offsite | Soil | 9/19/2017 | -95.021004 | 29.940901 | 0.56 | 2.36 | 131 | na | 0.17 | 16475 |
| AC-5 | offsite | Soil | 9/19/2017 | -95.021896 | 29.940001 | 0.62 | 2.19 | 20.8 | na | 0.096 | 12135 |
| AC-6 | offsite | Soil | 9/19/2017 | -95.021599 | 29.940800 | 0.56 | 2.43 | 136 | na | 0.11 | 14913 |
| AC-7 | offsite | Soil | 9/19/2017 | -95.021797 | 29.939301 | 0.66 | 1.70 | 157 | na | nd | 21978 |
| AC-8 | offsite | Soil | 9/19/2017 | -95.021004 | 29.939301 | 0.67 | 16.2 | 238 | na | 0.067 | 16363 |
| AC-9 | offsite | Soil | 9/19/2017 | -95.019798 | 29.939600 | 0.66 | 1.41 | nd | na | 0.36 | 14792 |
| AC-10 | offsite | Soil | 9/19/2017 | -95.018204 | 29.939800 | 0.67 | 1.68 | nd | na | 0.17 | 20013 |
| AC-14 | offsite | Soil | 9/19/2017 | -95.020798 | 29.939800 | 0.63 | 1.71 | nd | na | 0.11 | 7742 |
| AC-15 | offsite | Soil | 9/19/2017 | -95.018898 | 29.940001 | 0.64 | 1.99 | 28.2 | na | 0.15 | 18825 |
| AG-1 | offsite | Soil | 9/20/2017 | -95.076200 | 29.937200 | 3.35 | 15.6 | 98.3 | na | 0.37 | 10007 |
| AI-1 | offsite | Soil | 9/20/2017 | -95.016900 | 29.921500 | 1.92 | 1.73 | na | na | na | na |
| AI-3 | offsite | Soil | 9/20/2017 | -95.016900 | 29.921500 | 1.92 | 1.55 | 30.7 | na | 0.11 | 33035 |
| AJ-1 | offsite | Soil | 9/20/2017 | -95.064800 | 29.874000 | 5.78 | 1.15 | nd | na | nd | 12659 |
| AK-1 | offsite | Soil | 9/20/2017 | -95.049301 | 29.868099 | 3.76 | 1.11 | nd | na | 0.24 | 12598 |
| AK-2 | offsite | Soil | 9/20/2017 | -95.049301 | 29.868099 | 3.76 | 0.491 | nd | na | 0.12 | 7447 |
| AL-1 | offsite | Soil | 9/20/2017 | -95.049400 | 29.867399 | 3.80 | 1.15 | 110 | na | nd | 5896 |
| AM-1 | offsite | Soil | 9/20/2017 | -95.014900 | 29.962400 | 1.07 | 1.09 | nd | na | 0.17 | 5888 |
| AN-2 | offsite | Soil | 9/22/2017 | -95.018997 | 29.955500 | 0.50 | 1.06 | nd | na | 0.097 | 14442 |
| AO-1 | offsite | Soil | 9/22/2017 | -95.021401 | 29.956600 | 0.55 | 3.40 | nd | na | na | na |
| AO-2 | offsite | Soil | 9/22/2017 | -95.021401 | 29.956600 | 0.55 | 3.14 | nd | na | 0.22 | 8753 |
| AR-1 | offsite | Soil | 9/22/2017 | -95.014801 | 29.961399 | 0.70 | 1.06 | na | na | na | na |
| AT-2 | offsite | Soil | 9/23/2017 | -95.030998 | 29.948200 | 1.30 | 4.33 | 28.5 | na | 0.12 | 5204 |
| AV-1 | offsite | Soil | 9/23/2017 | -94.997902 | 29.930300 | 2.00 | 78.4 | 37.5 | na | 0.18 | 15257 |
| AW-2 | offsite | Soil | 9/23/2017 | -94.998200 | 29.949200 | 1.42 | 32.8 | 9.80 | na | 0.3 | 7894 |
| AX-1 | offsite | Soil | 9/23/2017 | -94.951103 | 29.983601 | 4.90 | 0.405 | nd | na | 0.21 | 17923 |
| AY-2 | offsite | Soil | 9/25/2017 | -95.029999 | 29.902201 | 3.20 | 2.77 | 12.9 | na | na | 14815 |
| AZ-2 | offsite | Soil | 9/26/2017 | -95.022202 | 29.966299 | 1.22 | 6.19 | 47.4 | na | 0.2 | 18549 |
| AZ-3 | offsite | Soil | 9/26/2017 | -95.022202 | 29.966299 | 1.22 | 10.9 | 48.0 | na | 1.1 | 18047 |

Appendix B

| Sample ID | Location | Matrix | Sample Date | X_Coord (2021) | Y_Coord (2021) | Distance To Plant (mi) | Total Dioxin TEQ (ppt; nd=DL)* | Total PAHs (n=16; ppb) | Total Custom-SVOC (n=6; ppb) | Total Cyanides (ppm) | Total "Marker" Metals (n=4; ppm) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B-2 | offsite | Soil | 9/4/2017 | -95.074402 | 29.952601 | 3.18 | na | 139 | na | 0.14 | 4831 |
| B-3 | offsite | Soil | 9/4/2017 | -95.074402 | 29.952601 | 3.18 | na | nd | na | 0.23 | 4831 |
| B-4 | offsite | Soil | 9/4/2017 | -95.074402 | 29.952601 | 3.18 | na | nd | na | 0.11 | 3676 |
| BA-1 | offsite | Soil | 9/26/2017 | -95.014000 | 29.936899 | 0.70 | 1.21 | 4.10 | na | na | 19787 |
| BA-2 | offsite | Soil | 9/26/2017 | -95.014000 | 29.936899 | 0.70 | 0.861 | 34.4 | na | na | 23590 |
| BA-3 | offsite | Soil | 9/26/2017 | -95.014000 | 29.936899 | 0.70 | 1.13 | nd | na | na | 25626 |
| BA-4 | offsite | Soil | 9/26/2017 | -95.014000 | 29.936899 | 0.70 | 0.973 | nd | na | na | 23876 |
| BA-5 | offsite | Soil | 9/26/2017 | -95.014000 | 29.936899 | 0.70 | 0.974 | nd | na | na | 24241 |
| BA-6 | offsite | Soil | 9/26/2017 | -95.014000 | 29.936899 | 0.70 | 0.890 | nd | na | na | 12343 |
| BB-2 | offsite | Soil | 9/26/2017 | -95.013199 | 29.938601 | 0.90 | 0.753 | nd | na | na | 28674 |
| BC-2 | offsite | Soil | 9/26/2017 | -95.024498 | 29.959400 | 0.76 | 8.67 | nd | na | na | 14755 |
| BD-1 | offsite | Soil | 9/27/2017 | -95.060402 | 29.869600 | 5.85 | 37.9 | nd | na | na | 14761 |
| BD-2 | offsite | Soil | 9/27/2017 | -95.060402 | 29.869600 | 5.85 | 1.14 | nd | na | na | 12592 |
| BE-10 | offsite | Soil | 9/25/2017 | -95.007797 | 29.961201 | 0.90 | 0.712 | nd | na | na | 22938 |
| BE-11 | offsite | Soil | 9/25/2017 | -95.007797 | 29.961201 | 0.90 | 0.741 | 62.5 | na | na | 17332 |
| BE-2 | offsite | Soil | 9/25/2017 | -95.007797 | 29.961201 | 0.90 | 1.00 | nd | na | na | 17246 |
| BE-3 | offsite | Soil | 9/25/2017 | -95.007797 | 29.961201 | 0.90 | 0.865 | nd | na | na | 11454 |
| BE-4 | offsite | Soil | 9/25/2017 | -95.007797 | 29.961201 | 0.90 | 0.843 | nd | na | na | 13323 |
| BE-5 | offsite | Soil | 9/25/2017 | -95.007797 | 29.961201 | 0.90 | 0.393 | 5.30 | na | na | 15429 |
| BE-6 | offsite | Soil | 9/25/2017 | -95.007797 | 29.961201 | 0.90 | 0.595 | 12.4 | na | na | 16142 |
| BE-7 | offsite | Soil | 9/25/2017 | -95.007797 | 29.961201 | 0.90 | 0.520 | nd | na | na | 15416 |
| BE-8 | offsite | Soil | 9/25/2017 | -95.007797 | 29.961201 | 0.90 | 0.574 | nd | na | na | 18587 |
| BE-9 | offsite | Soil | 9/25/2017 | -95.007797 | 29.961201 | 0.90 | 0.604 | nd | na | na | 18225 |
| BF-2 | offsite | Soil | 9/25/2017 | -95.027000 | 29.958000 | 0.75 | 0.514 | nd | na | nd | 21411 |
| BF-3 | offsite | Soil | 9/25/2017 | -95.027000 | 29.958000 | 0.75 | 1.20 | nd | na | 0.24 | 18436 |
| BG-1 | offsite | Soil | 9/27/2017 | -95.008202 | 29.902500 | 3.35 | 0.548 | nd | na | na | 24776 |
| BG-2 | offsite | Soil | 9/27/2017 | -95.008202 | 29.902500 | 3.35 | 8.06 | 2085 | na | na | 18426 |
| BH-5 | offsite | Soil | 9/25/2017 | -95.015602 | 29.961399 | 0.95 | 0.414 | 5.30 | na | na | 15429 |
| BL-2 | offsite | Soil | 10/3/2017 | -95.038498 | 29.931601 | 1.52 | 1.52 | 34.0 | na | na | 8993 |
| BM-1 | offsite | Soil | 10/3/2017 | -95.006401 | 29.960199 | 1.27 | 1.74 | nd | na | na | 13655 |
| BM-3 | offsite | Soil | 10/3/2017 | -95.006401 | 29.960199 | 1.27 | 20.5 | 166 | na | na | 5824 |
| BN-2 | offsite | Soil | 10/3/2017 | -95.009804 | 29.924200 | 1.90 | 3.55 | 124 | na | na | 42448 |
| BO-2 | offsite | Soil | 10/3/2017 | -95.018997 | 29.941999 | 0.56 | 0.746 | nd | na | na | 10074 |
| BO-3 | offsite | Soil | 10/3/2017 | -95.018997 | 29.941999 | 0.56 | 2.75 | 20.5 | na | na | 17201 |
| BO-6 | offsite | Soil | 10/3/2017 | -95.018997 | 29.941999 | 0.56 | 0.33 | nd | na | na | 10849 |
| BP-2 | offsite | Soil | 10/4/2017 | -95.015701 | 29.971201 | 1.60 | 0.997 | nd | na | na | 11169 |
| BQ-2 | offsite | Soil | 10/4/2017 | -95.010696 | 29.972000 | 1.74 | 2.15 | nd | na | na | 28462 |
| BR-2 | offsite | Soil | 10/4/2017 | -95.007301 | 29.972300 | 1.85 | 1.36 | nd | na | na | 22593 |

| Sample ID | Location | Matrix | Sample Date | X_Coord (2021) | Y_Coord (2021) | Distance To Plant (mi) | Total Dioxin TEQ (ppt; nd=DL)* | Total PAHs (n=16; ppb) | Total Custom-SVOC (n=6; ppb) | Total Cyanides (ppm) | Total "Marker" Metals (n=4; ppb) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BS-2 | offsite | Soil | 10/4/2017 | -95.008499 | 29.970699 | 1.72 | 3.23 | 184 | na | na | 50247 |
| BT-2 | offsite | Soil | 10/4/2017 | -95.009102 | 29.959299 | 1.09 | 9.39 | nd | na | na | 13417 |
| BU-3 | offsite | Soil | 10/4/2017 | -95.016502 | 29.958300 | 0.77 | 1.92 | nd | na | na | 8935 |
| BW-3 | offsite | Soil | 10/4/2017 | -95.053597 | 29.959000 | 1.91 | 0.608 | nd | na | na | 10160 |
| BW-4 | offsite | Soil | 10/4/2017 | -95.053597 | 29.959000 | 1.91 | 0.897 | nd | na | na | 9449 |
| BX-1 | offsite | Soil | 10/5/2017 | -95.050499 | 29.872500 | 5.52 | 71.0 | 8108 | na | na | 8544 |
| BY-3 | offsite | Soil | 10/5/2017 | -95.009499 | 29.970100 | 1.66 | 1.18 | nd | na | na | 21691 |
| BY-5 | offsite | Soil | 10/5/2017 | -95.009499 | 29.970100 | 1.66 | 0.853 | 187 | na | 0.11 | 16702 |
| BZ-1 | offsite | Soil | 10/5/2017 | -95.068398 | 29.867300 | 6.26 | 14.8 | nd | na | na | 18075 |
| CA-1 | offsite | Soil | 10/5/2017 | -95.071701 | 29.866699 | 6.39 | 1.93 | nd | na | na | 7571 |
| CB-1 | offsite | Soil | 10/5/2017 | -95.060402 | 29.879700 | 5.27 | 3.11 | nd | na | na | 13933 |
| CC-3 | offsite | Soil | 10/10/2017 | -95.048798 | 29.984699 | 2.95 | 0.262 | nd | na | na | 2734 |
| CC-4 | offsite | Soil | 10/10/2017 | -95.048798 | 29.984699 | 2.95 | 0.593 | 58.5 | na | na | 8640 |
| CC-5 | offsite | Soil | 10/10/2017 | -95.048798 | 29.984699 | 2.95 | 0.674 | nd | na | na | 5052 |
| CC-6 | offsite | Soil | 10/10/2017 | -95.048798 | 29.984699 | 2.95 | 0.326 | 117 | na | na | 7733 |
| CF-1 | offsite | Soil | 7/10/2018 | -95.001999 | 29.958901 | 1.38 | 0.238 | 14.7 | 384 | na | na |
| CG-2 | offsite | Soil | 7/10/2018 | -95.021004 | 29.943701 | 0.36 | 1.10 | 50.2 | 163 | na | na |
| CG-4 | offsite | Soil | 7/10/2018 | -95.021004 | 29.943701 | 0.36 | 0.599 | 19.3 | 106 | na | na |
| CH-1 | offsite | Soil | 7/10/2018 | -95.118897 | 29.982700 | 6.25 | 1.28 | 29.4 | 240 | na | na |
| CI-1 | offsite | Soil | 7/10/2018 | -94.945702 | 29.982800 | 5.13 | 2.77 | 72.7 | 159 | na | na |
| CJ-1 | offsite | Soil | 7/10/2018 | -94.987900 | 29.870400 | 5.80 | 2.00 | 42.5 | 117 | na | na |
| CL-1 | offsite | Soil | 7/10/2018 | -95.021004 | 29.940901 | 0.56 | 0.27 | 41.3 | 135 | na | na |
| CL-2 | offsite | Soil | 7/10/2018 | -95.021797 | 29.939301 | 0.66 | 0.673 | 28.2 | 80.8 | na | na |
| CL-3 | offsite | Soil | 7/10/2018 | -95.021004 | 29.939301 | 0.67 | 0.864 | 80.0 | 94.9 | na | na |
| CL-4 | offsite | Soil | 7/10/2018 | -95.021004 | 29.940901 | 0.56 | 0.97 | 19.2 | 69.0 | na | na |
| CN-1 | offsite | Soil | 7/11/2018 | -95.023697 | 29.946301 | 0.21 | 4.14 | 38.7 | 74.3 | na | na |
| CN-1 Duplicate | offsite | Soil | 7/11/2018 | -95.023697 | 29.946301 | 0.21 | na | 36.1 | 64.7 | na | na |
| CO-1 | offsite | Soil | 7/11/2018 | -95.023003 | 29.946501 | 0.17 | 2.96 | 36.5 | 179 | na | na |
| CO-1 Duplicate | offsite | Soil | 7/11/2018 | -95.023003 | 29.946501 | 0.17 | 3.24 | na | na | na | na |
| CP-1 | offsite | Soil | 7/11/2018 | -95.023201 | 29.944500 | 0.31 | 3.57 | 156 | 98.4 | na | na |
| CU-1 | offsite | Soil | 7/11/2018 | -95.032700 | 29.941401 | 0.82 | 0.647 | 157 | 303 | na | na |
| CU-2 | offsite | Soil | 7/11/2018 | -95.031899 | 29.938400 | 0.94 | 1.09 | 29.0 | 44.9 | na | na |
| CU-2 DUP | offsite | Soil | 7/11/2018 | -95.031899 | 29.938400 | 0.94 | na | na | na | na | na |
| CV-2 | offsite | Soil | 7/11/2018 | -95.021572 | 29.933083 | 1.09 | na | 72.9 | 253 | na | na |
| CW-1 | offsite | Soil | 7/10/2018 | na | na | na | 3.43 | 49.8 | 214 | na | na |
| G-10 | offsite | Soil | 9/20/2017 | -95.062698 | 29.964500 | 2.65 | 2.09 | na | na | na | na |
| G-11 | offsite | Soil | 9/20/2017 | -95.062698 | 29.964500 | 2.65 | 1.55 | na | na | na | na |
| G-12 | offsite | Soil | 9/20/2017 | -95.062698 | 29.964500 | 2.65 | 1.70 | na | na | na | na |

| Sample ID | Location | Matrix | Sample Date | X_Coord (2021) | Y_Coord (2021) | Distance To Plant (mi) | Total Dioxin TEQ (ppt; nd=DL)* | Total PAHs (n=16; ppb) | Total Custom-SVOC (n=6; ppb) | Total Cyanides (ppm) | Total "Marker" Metals (n=4; ppm) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| G-13 | offsite | Soil | 9/20/2017 | -95.062698 | 29.964500 | 2.65 | 2.17 | na | na | na | na |
| G-2 | offsite | Soil | 9/5/2017 | -95.062698 | 29.964500 | 2.65 | 21.1 | 23.1 | na | na | 14478 |
| G-5 | offsite | Soil | 9/20/2017 | -95.062698 | 29.964500 | 2.65 | 1.70 | na | na | na | na |
| G-6 | offsite | Soil | 9/20/2017 | -95.062698 | 29.964500 | 2.65 | 1.28 | na | na | na | na |
| G-7 | offsite | Soil | 9/20/2017 | -95.062698 | 29.964500 | 2.65 | 3.30 | na | na | na | na |
| G-8 | offsite | Soil | 9/20/2017 | -95.062698 | 29.964500 | 2.65 | 2.74 | na | na | na | na |
| G-9 | offsite | Soil | 9/20/2017 | -95.062698 | 29.964500 | 2.65 | 1.78 | na | na | na | na |
| J-2 | offsite | Soil | 9/7/2017 | -95.041496 | 29.930000 | 1.50 | 4.60 | 1007 | 449 | 0.21 | 91118 |
| K-3 | offsite | Soil | 9/7/2017 | -95.045799 | 29.925100 | 2.21 | 0.861 | nd | na | nd | 10592 |
| L-1 | offsite | Soil | 9/7/2017 | -95.045601 | 29.925200 | 2.16 | 2.09 | nd | na | 0.16 | 12732 |
| L-2 | offsite | Soil | 9/7/2017 | -95.045601 | 29.925200 | 2.16 | 3.18 | 80.7 | na | 0.066 | 5286 |
| M-1 | offsite | Soil | 9/9/2017 | -95.021401 | 29.932699 | 1.10 | 0.652 | nd | na | 0.17 | 13871 |
| M-2 | offsite | Soil | 9/9/2017 | -95.021401 | 29.932699 | 1.10 | 1.98 | 353 | na | 0.13 | 16495 |
| P-3 | offsite | Soil | 9/11/2017 | -95.018303 | 29.970900 | 1.55 | 1.08 | 3230 | 2230 | 0.24 | 15302 |
| Q-1 | offsite | Soil | 9/11/2017 | -95.019203 | 29.941700 | 0.50 | 9.23 | 2300 | 9234 | 0.18 | 20631 |
| Q-2 | offsite | Soil | 9/11/2017 | -95.019203 | 29.941700 | 0.50 | 0.900 | nd | 866 | 0.55 | 19414 |
| S-2 | offsite | Soil | 9/11/2017 | -95.013496 | 29.903700 | 3.16 | 4.90 | 131 | na | 0.21 | 15951 |
| T-2 | offsite | Soil | 9/14/2017 | -95.049202 | 29.949499 | 1.60 | 0.617 | 69.9 | na | nd | 16660 |
| T-3 | offsite | Soil | 9/14/2017 | -95.049202 | 29.949499 | 1.60 | 1.32 | 24.4 | na | 1 | 5772 |
| U-2 | offsite | Soil | 9/11/2017 | -95.013298 | 29.905001 | 3.08 | 1.02 | nd | na | 0.16 | 52207 |
| X-2 | offsite | Soil | 9/12/2017 | -95.074501 | 29.952700 | 3.13 | 2.70 | 46.1 | na | 0.31 | 3652 |
| AF-1 | BKGRD | Soil | 9/20/2017 | -95.207800 | 29.978200 | 11.13 | 4.85 | 163 | na | 0.4 | 15815 |
| CK-1 | BKGRD | Soil | 7/10/2018 | -94.889801 | 30.053400 | 10.71 | 0.216 | 87.4 | 95.4 | na | 67.1 |
| CM-1 | onsite | Solid | 7/11/2018 | -95.021599 | 29.945700 | 0.22 | 6.33 | 643 | 3455 | na | na |
| CM-1 Duplicate | onsite | Solid | 7/11/2018 | -95.021599 | 29.945700 | 0.22 | 2.75 | na | na | na | na |
| DA-1 | onsite | Solid/Tape Dust | 7/11/2018 | -95.021797 | 29.948099 | 0.06 | na | 13220 | 12729 | na | na |
| DA1 Duplicate | onsite | Solid/Tape Dust | 7/11/2018 | -95.021797 | 29.948099 | 0.06 | na | 10172 | 8026 | na | na |
| DD-3 | onsite | Ash/Soil | 7/11/2018 | -95.020302 | 29.947800 | 0.13 | na | 295 | 588 | na | na |
| B-1 | offsite | Ash | 9/4/2017 | -95.074402 | 29.952601 | 3.18 | na | 22.8 | na | 4.1 | 4272 |
| BZ-2 | offsite | Ash | | -95.068378 | 29.867308 | 6.26 | na | na | na | na | na |
| CE-1 | offsite | Ash | 11/14/2017 | -95.046069 | 29.947614 | 1.51 | 2.28 | na | na | na | na |
| E-1 | offsite | Ash | 9/5/2017 | -95.063301 | 29.952200 | 2.48 | 22.3 | 567 | na | 8.6 | 2090 |
| F-1 | offsite | Ash | 9/5/2017 | -95.048401 | 29.950100 | 1.58 | 4.30 | 909 | na | 13.3 | na |
| M-8 | offsite | Ash | na | -95.021436 | 29.932678 | 1.10 | na | na | na | na | na |
| N-2 | offsite | Ash | na | -95.021572 | 29.933083 | 1.09 | na | na | na | na | na |
| S-1 | offsite | Ash | na | -95.013456 | 29.903736 | 3.16 | na | na | na | na | na |
| T-1 | offsite | Ash | 9/10/2017 | -95.049202 | 29.949499 | 1.60 | 2.11 | na | 23865 | na | na |
| T-1Duplicate | offsite | Ash | 9/10/2017 | -95.049202 | 29.949499 | 1.60 | na | na | 24220 | na | na |

Appendix B

| Sample ID | Location | Matrix | Sample Date | X_Coord (2021) | Y_Coord (2021) | Distance To Plant (mi) | Total Dioxin TEQ (ppt; nd=DL)* | Total PAHs (n=16; ppb) | Total Custom-SVOC (n=6; ppb) | Total Cyanides (ppm) | Total "Marker" Metals (n=4; ppm) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| T-4 | offsite | Ash | na | -95.049158 | 29.949514 | 1.60 | na | na | na | na | na |
| U-1 | offsite | Ash | 9/11/2017 | -95.013298 | 29.905001 | 3.08 | 25.3 | na | na | na | na |
| BY-4 | offsite | Solid/? | 10/5/2017 | -95.009499 | 29.970100 | 1.66 | 1.38 | nd | na | na | 1533 |
| CG-3 | offsite | Solid/? | 7/10/2018 | -95.021004 | 29.943701 | 0.36 | 0.984 | 87.1 | 253 | na | na |
| H-1 | offsite | Solid/? | 9/6/2017 | -95.014999 | 29.962999 | 1.03 | 63.2 | nd | na | na | na |
| H-2 | offsite | Solid/? | 9/6/2017 | -95.014999 | 29.962999 | 1.03 | 18.8 | nd | na | na | na |
| J-1 | offsite | Solid/? | 9/7/2017 | -95.041496 | 29.930000 | 1.50 | 19.4 | na | na | na | na |
| CG-1 | offsite | Solid/black goo | 7/10/2018 | -95.021004 | 29.943701 | 0.36 | 95.9 | 982 | 26874 | na | na |
| AN-4 | offsite | Solid/Dry Wall | 9/22/2017 | -95.018997 | 29.955500 | 0.50 | 1.11 | na | na | na | na |
| AO-4 | offsite | Solid/Dry Wall | 9/22/2017 | -95.021401 | 29.956600 | 0.55 | 4.95 | na | na | na | na |
| N-1 | offsite | Solid/Dry Wall | 9/9/2017 | -95.021599 | 29.933100 | 1.09 | 653 | nd | 826 | nd | 173179 |
| AP-2 | offsite | Solid/Filter | 9/22/2017 | -95.015600 | 29.958800 | 0.82 | 22.8 | na | na | na | na |
| AP-3 | offsite | Solid/Filter | 9/22/2017 | -95.015600 | 29.958800 | 0.82 | 3.92 | na | na | na | na |
| AB-1 | offsite | Solid/Grass | 9/14/2017 | -95.022903 | 29.943100 | 0.40 | 3.05 | nd | na | 0.88 | 9660 |
| BA-7 | offsite | Solid/Grass | 9/26/2017 | -95.014000 | 29.936899 | 0.70 | 2.65 | 37.9 | na | 0.065 | 1877 |
| BA-8 | offsite | Solid/Grass | 9/26/2017 | -95.014000 | 29.936899 | 0.70 | 1.05 | 152 | na | nd | 1035 |
| BF-4 | offsite | Solid/Grass | 9/25/2017 | -95.027000 | 29.958000 | 0.75 | 2.39 | nd | na | nd | 3273 |
| BN-3 | offsite | Solid/Grass | 10/3/2017 | -95.009804 | 29.924200 | 1.90 | 1.51 | nd | na | na | 2686 |
| BO-4 | offsite | Solid/Grass | 10/3/2017 | -95.018997 | 29.941999 | 0.56 | na | 2072 | na | na | na |
| BU-2 | offsite | Solid/Grass | 10/4/2017 | -95.016502 | 29.958300 | 0.77 | 3.20 | nd | na | na | 2288 |
| AC-11 | offsite | Solid/Hay | 9/19/2017 | -95.018300 | 29.940500 | 0.47 | 2.16 | nd | na | nd | 2222 |
| AC-12 | offsite | Solid/Hay | 9/19/2017 | -95.018300 | 29.940500 | 0.47 | 2.28 | nd | na | nd | 2779 |
| AC-13 | offsite | Solid/Hay | 9/19/2017 | -95.018300 | 29.940500 | 0.47 | 3.22 | nd | na | nd | 3021 |
| BG-4 | offsite | Solid/Hay | 11/14/2017 | -95.008156 | 29.902525 | 3.35 | na | na | na | na | na |
| J-3 | offsite | Solid/Paper | 9/7/2017 | -95.041496 | 29.930000 | 1.50 | 3.91 | nd | na | na | na |
| CF-2 | offsite | Solid/Plant | 7/10/2018 | -95.001999 | 29.958901 | 1.38 | 2.92 | 2.08 | 176 | na | na |
| CL-5 | offsite | Solid/Plant | 7/10/2018 | -95.018303 | 29.940500 | 0.62 | 8.23 | 13.9 | 704 | na | na |
| CL-6 | offsite | Solid/Plant | 7/10/2018 | -95.018303 | 29.940500 | 0.62 | 0.935 | 8.13 | 35.2 | na | na |
| CL-7 | offsite | Solid/Plant | 7/10/2018 | -95.018303 | 29.940500 | 0.62 | 5.52 | 130 | 375 | na | na |
| CN-2 | offsite | Solid/Plant | 7/11/2018 | -95.023697 | 29.946301 | 0.21 | 2.86 | 95.6 | 252 | na | na |
| CN-2 Duplicate | offsite | Solid/Plant | 7/11/2018 | -95.023697 | 29.946301 | 0.21 | 2.36 | 96.2 | 448 | na | na |
| CV-3 | offsite | Solid/Plant | 7/11/2018 | -95.021572 | 29.933083 | 1.09 | 1.39 | 5.78 | 442 | na | na |
| CW-2 | offsite | Solid/Plant | 7/10/2018 | na | na | na | 1.91 | 56.9 | 152 | na | na |
| CT-1 | offsite | Solid/Vacuum Dus | 7/11/2018 | -95.021572 | 29.933083 | 1.09 | 117 | 611 | 5998 | na | na |
| AN-1 | offsite | Solid/wipe | 9/22/2017 | -95.018997 | 29.955500 | 0.50 | 17.9 | nd | na | na | 15.3 |
| AQ-1 | offsite | Solid/wipe | 9/22/2017 | -95.019501 | 29.958201 | 0.70 | 15.3 | nd | na | na | 1.05 |
| H-3 | offsite | Solid/wipe | 9/6/2017 | -95.014999 | 29.962999 | 1.03 | 10.3 | nd | na | na | na |
| H-4 | offsite | Solid/wipe | 9/6/2017 | -95.014999 | 29.962999 | 1.03 | 9.88 | na | na | na | 0.12 |

Appendix B

| Sample ID | Location | Matrix | Sample Date | X_Coord (2021) | Y_Coord (2021) | Distance To Plant (mi) | Total Dioxin TEQ (ppt; nd=DL)* | Total PAHs (n=16; ppb) | Total Custom-SVOC (n=6; ppb) | Total Cyanides (ppm) | Total "Marker" Metals (n=4; ppm) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| H-5 | offsite | Solid/wipe | 9/6/2017 | -95.014999 | 29.962999 | 1.03 | 9.88 | na | na | na | na |
| H-6 | offsite | Solid/wipe | 9/6/2017 | -95.014999 | 29.962999 | 1.03 | 11.2 | nd | na | na | na |
| J-5 | offsite | Solid/wipe | 9/7/2017 | -95.041496 | 29.930000 | 1.50 | na | na | na | na | 0.41 |
| J-6 | offsite | Solid/wipe | 9/7/2017 | -95.041496 | 29.930000 | 1.50 | 6.53 | nd | na | na | 113 |
| K-2 | offsite | Solid/wipe | 9/7/2017 | -95.045799 | 29.925100 | 2.21 | 6.31 | nd | na | na | 32.2 |
| L-3 | offsite | Solid/wipe | 9/7/2017 | -95.045601 | 29.925200 | 2.16 | 13.8 | nd | na | na | 4.49 |
| L-4 | offsite | Solid/wipe | 9/7/2017 | -95.045601 | 29.925200 | 2.16 | 5.14 | nd | na | na | 6.70 |
| M-5 | offsite | Solid/wipe | 9/9/2017 | -95.021401 | 29.932699 | 1.10 | 5.97 | nd | na | na | 2.10 |
| M-6 | offsite | Solid/wipe | 9/9/2017 | -95.021401 | 29.932699 | 1.10 | 6.07 | nd | na | na | 2.12 |
| M-7 | offsite | Solid/wipe | 9/9/2017 | -95.021401 | 29.932699 | 1.10 | 3.38 | nd | na | na | 0.39 |
| X-3 | offsite | Solid/wipe | 9/14/2017 | -95.074501 | 29.952700 | 3.13 | 3.06 | nd | na | nd | 2953 |
| X-4 | offsite | Solid/wipe | 9/14/2017 | -95.074501 | 29.952700 | 3.13 | 5.65 | nd | na | na | 5.78 |
| Z-1 | offsite | Solid/wipe | 9/12/2017 | -95.010696 | 29.962099 | 1.16 | 3.61 | nd | na | na | 3.36 |

*TEQ calculated using 2005 TEFs; verified by NewFields

na - not available, not measured

nd - not detected

☐ Original data from Glass, Thompson, and Kaltofen 2021 reports/files

☐ Original data from Kaltofen 2021 files only

☐ Original data from Thompson 2021 report

☐ Original data from various 2018 plaintiffs' files