UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHANNAN WHEELER, et al.,  )<br> )<br>Plaintiffs,  )<br> )<br>v.  )<br> )<br>ARKEMA INC.,  )<br> )<br>Defendants.  )<br> ) | CIVIL ACTION<br><br>Case No.: 4:17-cv-2960<br><br>The Hon. Keith P. Ellison |

## PLAINTIFFS' MOTION TO EXCLUDE OPINIONS CONTAINED IN THE EXPERT REPORT OF GARY PAPKE AND THOMAS HAMILTON NOT PREPARED BY THEM

Pursuant to Rule 702 of the Federal Rule of Evidence and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993) and for the reasons set forth in Plaintiffs' Memorandum of Law in Support of this Motion, Plaintiffs respectfully request that the Court enter an order excluding certain expert testimony relating to opinions contained in the expert report of Gary Papke and Thomas Hamilton which were not prepared by either of them.

**DATED: November 22, 2021**

                                                          Respectfully Submitted,

                                                          **STAG LIUZZA, L.L.C.**

                                                          /s/ Michael G. Stag, Esq.
                                                          Attorney in charge
                                                          Louisiana State Bar No. 23314
                                                          *Attorney admitted pro hac vice*
                                                          Ashley Liuzza, Esq.
                                                          Louisiana State Bar No. 34645
                                                          *Attorney admitted pro hac vice*
                                                          One Canal Place
                                                          365 Canal Street, Suite 2850
                                                         New Orleans, Louisiana 70130

Telephone: (504) 593-9600
Facsimile: (504) 593-9601
mstag@smithstag.com
aliuzza@smithstag.com

**UNDERWOOD LAW OFFICE, INC.**

/s/ Mark F. Underwood
Mark F. Underwood, Esquire
Texas State Bar No.: 24059341
Southern Dist of TX Bar No. 2601475
2530 West White Avenue, Suite 200
McKinney, Texas 75071
Telephone (972) 535-6377
Facsimile (972) 292-7828
munderwood@underwoodlawoffices.com

**DENNIS SPURLING, P.L.LC.**
s/ Dennis D. Spurling
Dennis D. Spurling, Esq.
Texas State Bar No.: 24053909
Southern Dist. of TX Bar No. 718307
ddspurling@dennisspurling.com
s/ Jeremy V. Axel
Jeremy V. Axel, Esq.
Texas State Bar No. 24073020
Southern Dist.TX Bar No. 1850082
s/ Brian L. Ponder
Brian L. Ponder, Esq.
New York Attorney Registration No. 5102751
Southern Dist. of TX Bar No. 2489894
brian@brianponder.com
J.P. Morgan Chase Building
3003 S. Loop West, Suite 400
Houston, Texas 77054
Telephone (713) 229-0770
Facsimile (713) 229-8444

**THOMPSON BARNEY LAW FIRM**
/s/ Kevin W. Thompson
Kevin W. Thompson, Esquire (W.V. 5062)
*Attorney admitted pro hac vice*
David R. Barney, Jr., Esquire (W.V. 7958)
*Attorney admitted pro hac vice admission*
2030 Kanawha Boulevard, East

Charleston, West Virginia 25311
Telephone: (304) 343-4401
Facsimile: (304) 343-4405
kwthompsonwv@gmail.com
drbarneywv@gmail.com

**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, PC**

/s/ Van Bunch
Van Bunch, Esquire W.V. No. 10608
*Attorney seeking pro hac vice admission*
2325 E. Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 274-1100
Facsimile: (602) 274-1199
vbunch@bffb.com

**LAW OFFICES OF P. RODNEY JACKSON**

/s/ P. Rodney Jackson
P. Rodney Jackson (W.V. No. 1861)
*Attorney seeking pro hac vice admission*
401 Fifth-Third Center
700 Virginia Street, East
Charleston, West Virginia 25301
Telephone: (843) 780-6879
Facsimile: (304) 345-7258
prodjackson27@yahoo.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2021, I served a true and correct copy of the foregoing *Plaintiffs' Motion to Exclude Opinions Contained in the Expert Report of Gary Papke and Thomas Hamilton Not Prepared by Them* upon all known counsel of record by email and the Court's ECF electronic filing service in compliance with Federal Rule of Civil Procedure 5 and Local Rule 5.1:

        Respectfully submitted by
        ATTORNEYS FOR PLAINTIFFS:

        **STAG LIUZZA, LLC**

        /s/ Michael G. Stag
        Michael G. Stag, Esquire, Attorney in charge