**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

SHANNAN WHEELER, *et al*.,

        Plaintiffs,

v.

ARKEMA INC.,

        Defendant.

Civil Action No. 4:17-cv-2960

# SECOND SUPPLEMENTAL EXPERT REPORT OF SHENG LI, PH.D.

**November 19, 2021**

# I.    Introduction

1.    My name is Sheng Li.  I am an economist and Associate Director at NERA Economic Consulting ("NERA").  I previously prepared a report in this matter submitted on October 8, 2018 ("Li 2018 Report")[1], responding to certain opinions presented in the Declaration of Randall Bell ("Bell Declaration").[2]  I submitted a supplemental report on September 17, 2021("Li Sept. 2021 Report")[3] responding to certain opinions presented in Dr. John A. Kilpatrick's report, "A Study Regarding the Diminution in Value of Properties Impacted by the Arkema Explosion in August, 2017" ("Kilpatrick Initial Report").[4]  My qualifications are included in that report and are incorporated by reference.[5]  In addition to the materials considered in my September 2021 report, I, and research staff working under my direction, have reviewed Dr. Kilpatrick's deposition.[6]

2.    Dr. Kilpatrick claimed at his deposition on October 29, 2021 that I doctored or "photo-shopped" the results in Exhibit 4 of my September 2021 report[7] (which shows that Dr. Kilpatrick's false "Inside/After" trendline produces an R-squared value of negative 0.369) and repeated his claim from his initial report that his "Inside/After" purported trendline has an R-squared value of positive 0.3515.[8]  Dr. Kilpatrick's testimony concerning my report and the R-squared values corresponding to his false trendline are wrong.  I have been asked by counsel for Defendant Arkema Inc. ("Arkema") to respond to these claims and to clarify the record regarding the mathematical formula for calculating R-squared.  In summary:

   a.    The R-squared value is a standard and commonly accepted statistical metric used in the fields of econometrics and statistics to measure how well a statistical model predicts or "fits" the observed data.

---

[1]    Expert Report of Sheng Li, Ph.D., on behalf of Defendant in connection with *Shannan Wheeler*, *et al., Plaintiffs, v. Arkema Inc., Defendant*, No. 4:17-cv-2960, United States District Court for the Southern District of Texas Houston Division, October 8, 2018.

[2]    Declaration of Randall Bell, Ph.D., MAI, on behalf of Plaintiffs in connection with *Shannan Wheeler*, *et al., Plaintiffs, v. Arkema Inc., Defendant*, No. 4:17-cv-2960, United States District Court for the Southern District of Texas Houston Division, August 6, 2018.

[3]    Supplemental Expert Report of Sheng Li, Ph.D., on behalf of Defendant in connection with *Shannan Wheeler*, *et al., Plaintiffs, v. Arkema Inc., Defendant*, No. 4:17-cv-2960, United States District Court for the Southern District of Texas Houston Division, September 17, 2021.

[4]    Expert Report of John A. Kilpatrick, Ph.D., MAI, on behalf of Plaintiffs in connection with *Shannan Wheeler*, *et al., Plaintiffs, v. Arkema Inc., Defendant*, No. 4:17-cv-2960, United States District Court for the Southern District of Texas Houston Division, July 16, 2021.

[5]    *See,* Li Sept. 2021 Report, Exhibit 1.

[6]    Deposition of John Kilpatrick, October 29, 2021 ("Kilpatrick Deposition").

[7]    Kilpatrick Deposition, 163:8-24.

[8]    Kilpatrick Deposition, 164:10-165:7.

b. The R-squared value can be calculated using a standard, textbook mathematical formula.  It can be calculated manually, and it can also be calculated with the assistance of a variety of software programs, including Microsoft Excel.

c. As I indicated in my September 2021 report, when I reviewed Dr. Kilpatrick's backup work file in Microsoft Excel, Microsoft Excel reported that his "Inside/After" trendline had a negative R-squared value, $-0.369$.  The negative R-squared value for Dr. Kilpatrick's "Inside/After" trendline indicates that his trendline *does not* fit the underlying data, and is contrary to the underlying data, as I explained in my September 2021 report.

d. Dr. Kilpatrick reported, and repeated at his deposition, that the R-squared value for the "Inside/After" trendline is a positive value, 0.3515, and not the negative value, -0.369, that I stated in my September 2021 report.  He now implies that the negative R-squared value I reported was falsified (asserting that it was "photo-shopped or something like that").[9]

e. I have manually calculated the R-squared value for Dr. Kilpatrick's trendline, and can confirm that I reported the correct R-squared value for his "Inside/After" trendline: -0.369.

f. Based on my investigation after Dr. Kilpatrick's deposition, I suspect that Dr. Kilpatrick's error in reporting an R-squared value of 0.3515 for his "Inside/After" trendline may be due to a software bug/defect in a recent release of an updated Microsoft Excel that results in the program producing erroneous R-squared values.  I discovered the bug in Version 2102 (Build 3801.21004) of the Microsoft Excel software, which was released on October 12, 2021 on Microsoft's Semi-Annual Enterprise update channel.[10]

g. I explain this Microsoft Excel bug/defect in further detail below, but in brief, the defect causes the program to report a single, consistent R-squared value across a variety of different trendlines (which have different intercept values, different slope values, and which should have different R-squared values).  The R-squared values that are reported by Microsoft Excel are incorrect for many of these trendlines: they do not match the correct textbook calculations of R-squared values.

h. The presence of a software bug that miscalculates R-squared values does not change the true R-squared values for these trendlines, which can still be calculated manually.

i. For the underlying data used by Dr. Kilpatrick for his "Inside/After" trendline, I tested and show that a recent release of Microsoft Excel reports the same R-

---

9    Kilpatrick Deposition, 163:8-24.

10    "Update history for Microsoft 365 Apps," *Microsoft Website,* November 9, 2021, available at https://docs.microsoft.com/en-us/officeupdates/update-history-microsoft365-apps-by-date.

2

squared value of 0.3515 for a wide variety of trendlines with a wide variety of intercept values and slopes.[11]  This immediately signals an obvious problem with the program.  A manual calculation of R-squared confirms and proves that these reported R-squared values are wrong.  If Dr. Kilpatrick manually calculated the R-squared value for his "Inside/After" trendline, rather than relying on Microsoft Excel's reported value, he should arrive at the same R-squared value that I do for that trendline: -0.369.

3.  Below, I provide further detail to explain the meaning and calculation of R-squared (*see,* **Section II**); show that I correctly reported Dr. Kilpatrick's "Inside/After" trendline R-squared value as -0.369, which I confirm with manual calculations (*see,* **Section III**); and describe the software bug/defect I have discovered in the recent software update to the Microsoft Excel program (*see,* **Section IV**).

## II.    Definition of R-Squared and the Mathematical Formula for Calculating R-Squared

4.      R-squared, also referred to as the "coefficient of determination," is a well-defined and widely recognized measure used in econometrics for assessing how well a model's predictions match the actual data.[12]  In essence, R-squared is a mathematical tool commonly used by economists and statisticians to measure how well a trendline actually "fits" the data.  There is no dispute within the field of econometrics regarding the formula for calculating R-squared, which is:[13]

**Equation 1**

$$\text{R-squared} = 1 - \frac{Residual\ Sum\ of\ Squares}{Total\ Sum\ of\ Squares}$$

Where:

$$Residual\ Sum\ of\ Squares = \sum_{i=1}^{n}(y_i - \hat{y}_i)^2$$

$$Total\ Sum\ of\ Squares = \sum_{i=1}^{n}(y_i - \bar{y})^2$$

$$y_i = actual\ values\ of\ outcome\ variable$$

---

[11]    As I explain further in **Section IV**, below, the program appears to be reporting the R-squared value for the underlying data's true trendline, even where the trendline being assessed is not the true trendline because it has been manually modified—*i.e.,* by manually setting a different intercept value.

[12]    Dr. Kilpatrick does not dispute the validity of R-squared as a measure of goodness-of-fit for model predictions.

[13]    *See, e.g.,* Jeffrey M. Wooldridge, *Introductory Econometrics* (6th Ed.) (Boston, MA) ("Wooldridge"), pp. 33-35.

$$\hat{y}_i = predicted\ values\ for\ outcome\ variable$$

$$\bar{y} = average\ value\ of\ outcome\ variable$$

$$n = number\ of\ observations$$

5.    R-squared represents the portion of variation in the outcome variable that is explained by the prediction model.  The intuition behind the formula from **Equation 1** is as follows.  Total Sum of Squares measures the total variation in the outcome variable.  Residual Sum of Squares measures the total variation that is not explained by predicted values.  If the prediction model is perfect, then its predicted values ($\hat{y}_i$) would exactly equal the actual values of the outcome variable ($y_i$), so that the residuals (and Residual Sum of Squares) would equal zero.  In this case, R-squared would equal one, signifying that the prediction model explains 100 percent of the variation in the outcome variable.  Conversely, if the prediction model explains none of the variation in the outcome variable and does not introduce additional noise to the data, the Residual Sum of Squares would equal the Total Sum of Squares, resulting in an R-squared value of zero.[14]

6.    Given that R-squared measures how well the trendline "fits" the data, it is mathematical fact that changes to the trendline that affect its "fit" would also change the trendline's R-squared value.  In practical terms, different trendlines would not produce the same R-squared value.[15]

7.    For regressions and trendlines that are constructed to fit the underlying data, R-squared values range between zero and one, because the best that a model could achieve is to explain 100 percent of the outcome variable,[16] and an R-squared value of zero is always possible using a "blind" prediction that the outcome variable would always be equal to its average value.  Consider a concrete example: a model that predicts that the height of every adult in the U.S. is equal to the average height of all adults in the U.S. (*see,* **Exhibit 1.A)**.  This model would explain none of the actual variation in heights across U.S.

---

[14]    This would be the case if the prediction model always predicted that the outcome variable ($y_i$) would be equal to its average value ($\bar{y}$).

[15]    This can be seen with reference to the components of **Equation 1**.  Changes to the trendline would generate different predicted values ($\hat{y}_i$), which would in turn, result in different Residual Sum of Squares values.  However, for the Total Sum of Squares value, changes to the trendline would not generate different values because the Total Sum of Squares value is tied directly to the underlying data, which do not change with different trendlines.  Therefore, changes to the trendline will result in different Residual Sum of Squares values, and thus in different R-squared values.

[16]    For regressions and trendlines that are constructed to fit the underlying data, R-squared may also be calculated separately as the ratio between the Explained Sum of Squares and the Total Sum of Squares.  However, if the trendline does not fit the underlying data due to manual interference with the data-fitting program (as is the case with Dr. Kilpatrick's purported trendlines in Figures 6 and 7 of his initial report), the ratio between the Explained Sum of Squares and the Total Sum of Squares should not be used for calculating R-squared to assess model fit because it can yield perverse results of R-squared values that increase as the fit with the underlying data worsens, and R-squared values that exceed one (100 percent) for lines that do not fit the data. *See, e.g.*, Wooldridge, pp. 34-35.

adults, but it would still have an R-squared value of zero.[17,18]  This is because by always predicting the average, the average prediction error would be zero, and so the model does not introduce additional data noise, resulting in a non-negative R-squared value.

8.  However, negative R-squared values can be possible when the regression or trendline is *not* actually constructed to fit the underlying data.  A trendline that produces a negative R-squared value is a clear red-flag that the trendline does not "fit" the data and may be conveying a direction or trend that is contrary to the actual data.  To illustrate this, we can extend the heights example in the previous paragraph.  In this example, it is possible to produce a negative R-squared value using a model that predicts the height of every U.S. adult to be three feet, see **Exhibit 1.B.**  This prediction model would explain none of the actual variation in heights across U.S. adults *and* its prediction errors would not average to zero (because it predicts the *wrong* average height).[19]  In sum, a trendline that is constructed to fit the data can do no worse than a zero R-squared value (because this is always achievable by using a "blind" guess equal to the average of the outcome variable), but it is possible to generate negative R-squared values using arbitrary lines that do not fit the data.

## III.  Results of My Application of the R-Squared Formula to Dr. Kilpatrick's Purported Trendlines

9.  In order to confirm the correct R-squared value for Dr. Kilpatrick's "Inside/After" trendline (Figure 6 of his initial report), I have manually calculated the R-squared value for that trendline using the textbook R-squared formula from **Equation 1**.  As a result of this calculation, I can confirm that the R-squared value for that purported trendline is −0.369, as I set forth in my September 2021 Report.  I can therefore also confirm that Dr. Kilpatrick's deposition testimony, reporting that his false "Inside/After" trendline in Figure 6 of his initial report produces an R-squared value of positive 0.3515, is wrong.

10.  Applying the textbook R-squared formula from **Equation 1** to the true trendline for the underlying data confirms that the R-squared value of the data's actual trendline is 0.3515.  Therefore, the R-squared value reported in Figure 6 of Dr. Kilpatrick's initial report does not correspond to his purported trendline, but rather it is the R-squared value for the actual or true trendline for that underlying data, shown as the red line in Figure 1 of my September 2021 report, reproduced below as **Figure 1**.  It is simply wrong to report this R-squared value of 0.3515 as the value for Dr. Kilpatrick's "Inside/After" trendline: it is the value for the underlying data's non-manipulated actual trendline, which has a different intercept value and a different slope than the trendline that Dr. Kilpatrick

---

[17]  Mathematically, for a model that always predicts that the outcome value variable ($y_i$) would be equal to its average value ($\bar{y}$), the Residual Sum of Squares becomes the same as the Total Sum of Squares (substitute $\hat{y}_i = \bar{y}$ in the Residual Sum of Squares formula), so that $\frac{Residual\ Sum\ of\ Squares}{Total\ Sum\ of\ Squares} = 1$ and R-squared = 0, per **Equation 1**.

[18]  *See,* illustrative calculation in **Exhibit 1.A**.

[19]  In other words, the predictions of such a model would objectively not fit the outcome variable (height), and the model would produce prediction errors (*i.e.*, residuals) that have greater variation than is present in the outcome that the model is supposed to predict (*i.e.*, Residual Sum of Squares greater than Total Sum of Squares), resulting in a R-squared value that is negative.  *See*, illustrative calculation in **Exhibit 1.B**.

manually manipulated to serve as his "Inside/After" trendline.  My manual calculations using the textbook R-squared formula are shown in **Exhibits 2.A** and **2.B**.

**Figure 1[20]**
**Reproduction of Figure 6 of Kilpatrick Report**
**Median Sale Price per Square-Foot Inside 7-Mile Radius After 2017 Crosby Incident**
**September 2017 – August 2018**



11.    By reporting the incorrect R-squared value in Figure 6 of Dr. Kilpatrick's initial report, he is conveying that his false trendline "fits" the data when the opposite is true.  His false trendline has an R-squared value of negative 0.369 and does not fit the actual data at all. Dr. Kilpatrick's purported trendline does not fit the underlying data because he interfered with the data-fitting program by manually setting the intercept for the prediction equation instead of allowing the program to use the intercept value that best fits the data.[21] As explained above, it is possible to generate negative R-squared values using arbitrary lines that do not fit the data, and this is the case with Dr. Kilpatrick's purported trendline.  The R-squared value for Dr. Kilpatrick's purported trendline in Figure 6 of his initial report is negative because its predictions do not fit the underlying data, and in fact, generate

---

[20]    Reproduced from Figure 1 of Li Sept. 2021 Report.

[21]    Kilpatrick Initial Report, ¶ 123; Kilpatrick Initial Report Reliance Materials, "Sales for In-Out Analysis.xlsx," tab "working copy."

greater prediction errors (*i.e.*, residuals) than a model that blindly predicts prices in every month would equal the average price across the months.[22]

12. Figure 7 of Dr. Kilpatrick's initial report also displays a purported trendline that does not fit the data due to Dr. Kilpatrick's manual interference. Applying the textbook R-squared formula from **Equation 1** to Dr. Kilpatrick's purported trendline in Figure 7 of his initial report similarly confirms that the R-squared value for Dr. Kilpatrick's purported trendline is from that figure is 0.2892, instead of the 0.5028 value that he presents in his report. The results of applying the textbook R-squared formula from **Equation 1** match the result from Exhibit 3 of my September 2021 Report. My manual calculations using the textbook R-squared formula to calculate the above R-squared values are shown in **Exhibits 3.A** and **3.B**.

## IV. Some Versions of Microsoft Excel Appear to Have Introduced a Bug/Defect That Miscalculates R-Squared

13. During his deposition, Dr. Kilpatrick appeared to show a Microsoft Excel program that reports the same R-squared value (0.3515), regardless of whether the intercept for the trendline has been manually manipulated. Specifically, when Dr. Kilpatrick showed the Microsoft Excel work file for Figure 6 of his initial report, the Excel program appeared to report the same R-squared value of 0.3515 (corresponding to the actual trendline) regardless of whether Dr. Kilpatrick manipulated the line by manually setting or anchoring the intercept.[23] When Dr. Kilpatrick produced the same R-squared value for two radically different trendlines, it should have signaled to him that something was very wrong with his software program. I believe, based on my testing and investigation, the R-squared results shown by Dr. Kilpatrick during his deposition were the result of a software bug/defect that was recently introduced into Microsoft Excel that results in erroneous R-squared outputs when the intercept is manually set or anchored.

14. I have replicated the erroneous R-squared results from Dr. Kilpatrick's deposition when opening Dr. Kilpatrick's work file for Figure 6 of his initial report using Microsoft Excel Version 2102 (Build 13801.21004), which was released on October 12, 2021 on Microsoft's Semi-Annual Enterprise update channel and which appears to contain the same bug/defect that Dr. Kilpatrick's Microsoft Excel program displayed during his deposition on October 29, 2021.[24] **Figure 2** shows the R-squared values reported by this version of Excel for various settings for the intercept. **Figure 2.A** and **2.B** replicate the results that Dr. Kilpatrick showed during his deposition, where the R-squared value

---

[22] **Exhibit 2.E** illustrates that a model that predicts the median price in every month to be $97.16 per square-foot, the average of the observations within Figure 6 of Dr. Kilpatrick's initial report, has an R-squared value of zero. In terms of the components of the R-squared formula from **Equation 1**, the Residual Sum of Squares from Dr. Kilpatrick's purported trendline is greater than the Total Sum of Squares, resulting in a negative R-squared value, which mathematically confirms that his purported trendline does not fit the underlying data.

[23] Kilpatrick Deposition, 171:3-7 ("Okay. This is inside/after, and you can see that I have the positive 100.37 as the intercept, and it says .3515. And just like you did, I'm going to take the set intercept off. .3515. Reset it. .3515.")

[24] "Update history for Microsoft 365 Apps," *Microsoft Website,* November 9, 2021, available at https://docs.microsoft.com/en-us/officeupdates/update-history-microsoft365-apps-by-date.

remains at 0.3515 (the R-squared value for the true trendline), regardless of whether Excel was allowed to find the true trendline and use the corresponding intercept (**Figure 2.A**) or the intercept was manually set to Dr. Kilpatrick's value of 100.37 (**Figure 2.B**).  I also tested the R-squared function in this version of Excel by manually setting the intercept to $500 per square-foot and $0 per square-foot.  **Figure 2.C** shows that this version of Excel still reports the same 0.3515 R-squared value when the intercept is $500 per square-foot and the "trendline" clearly does not fit the data.  **Figure 2.D** shows that this version of Excel reports an R-squared value of 0.8017, which is higher than the R-squared value of the true trendline, when the intercept is set to $0 per square-foot and the resultant "trendline" also clearly does not fit the data.

**Figure 2[25]**
**Microsoft Excel R[2] Calculations in Excel Version 2102 (Build 13801.21004)**
**Median Sale Price per Square-Foot Inside 7-Mile Radius After 2017 Crosby Incident**
**September 2017 – August 2018**



15.    Taken at face-value, the R-squared results reported in **Figure 2** would suggest that all manners of arbitrary lines fit the data as well as the true trendline, and that the line that predicts median per square-foot pricing would equal $0 just prior to September 2017 fits

---

[25]    *See*, Kilpatrick Initial Report Reliance Materials, "Sales for In-Out Analysis.xlsx," tab "working copy"; **Exhibit 4.A** for product information for Microsoft Excel Version 2102 (Build 13801.21004).

the data *better* than the true trendline.  Even by visual inspection, these results are non-sensical.  Furthermore, changing the intercept to achieve a higher R-squared value than the true trendline is a mathematical impossibility, so the result from **Figure 2.D** is another clear indicator that the R-squared function in this version of Excel is broken.  I have manually calculated the true R-squared values for each of the scenarios in **Figure 2** (shown in **Exhibits 2.A-2.D**), and my calculations confirm that this version of Excel is reporting erroneous R-squared values.  **Table 1** lists the reported R-squared values from **Figure 2** in column (c) and the results from my manual calculations using the textbook R-squared formula in column (e).

**Table 1**[26]
**Comparisons of R-Squared Calculations for Dr. Kilpatrick's Inside/After Transactions Across Excel Version**

| Trendline | Intercept | $R^2$ as Reported in Excel Version 2102 (Build 13801.21004) (Shown in Figure 2) | $R^2$ as Reported in Excel Version 2002 (Build 12527.22021) (Shown in Figure 3) | $R^2$ Manually Calculated Using Textbook Formula |
|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) |
| True Trendline | 92.008 | 0.3515 | 0.3515 | 0.3515 |
| Dr. Kilpatrick's | 100.37 | 0.3515 | -0.369 | -0.369 |
| Starting at $500 | 500 | 0.3515 | -1716 | -1716 |
| Starting at $0 | 0 | 0.8017 | -86.96 | -86.96 |

16.     My testing of Microsoft Excel Version 2102 (Build 13801.21004) indicates that there is a software bug that results in the program reporting the R-squared value for the data's true trendline, even when the intercept is manually modified to arbitrary values that do not fit the data.  In addition, manually setting the intercept to equal zero results in an erroneous R-squared value that is higher than the R-squared value for the true trendline.  These results indicate that the R-squared values reported by Microsoft Excel as of Version 2102 (Build 13801.21004), including those that Dr. Kilpatrick appears to have relied upon in his deposition, are erroneous.

17.     The bug in Microsoft Excel that results in erroneous R-squared values was not present in the version of the program that I and my team used when drafting my September 2021 report.  **Figure 3** shows the R-squared values reported by Microsoft Excel Version 2002 (Build 12527.22021), which was released on August 17, 2021 on Microsoft's Semi-Annual Enterprise update channel.[27]  The R-squared results from **Figure 3** are also reported in column (d) of **Table 1** for ease of comparison with the results from **Figure 2** (column (c)) and results from manual calculations using the textbook R-squared formula (column (e)).  This previous version of Excel reports R-squared values that exactly match the results from manual calculations using the textbook formula and does not exhibit any of the erroneous results from Excel Version 2102 (Build 13801.21004), which was

---

[26]    *See,* **Exhibit 2.A – 2.D**; **Figure 2**; **Figure 3**.

[27]    "Update history for Microsoft 365 Apps," *Microsoft Website,* November 9, 2021, available at https://docs.microsoft.com/en-us/officeupdates/update-history-microsoft365-apps-by-date.

released on October 12, 2021. Accordingly, it seems that Microsoft introduced this software bug in its recent update.

**Figure 3[28]**
**Microsoft Excel R[2] Calculations in Excel Version 2002 (Build 12527.22021)**
**Median Sale Price per Square-Foot Inside 7-Mile Radius After 2017 Crosby Incident**
**September 2017 – August 2018**



18.     The fact that Microsoft recently introduced an error in its Excel R-squared calculations does not change the econometric question at issue, which is whether Dr. Kilpatrick's purported trendline analysis is based on predictions that fit the underlying data. It simply is not. The fact that certain versions of Microsoft Excel report erroneous values of R-squared does not change the established and widely accepted definition and formula for calculating R-squared. Using the textbook formula for R-squared, I have shown that Dr. Kilpatrick's purported trendline from Figure 6 of his initial report has an R-squared value of -0.369, indicating that it objectively does not fit the underlying data.

---

[28]    *See*, Kilpatrick Initial Report Reliance Materials, "Sales for In-Out Analysis.xlsx," tab "working copy"; **Exhibit 4.B** for product information for Microsoft Excel Version 2002 (Build 12527.22021).

***

Signed this 19th day of November 2021:

_____

Sheng Li

**Exhibit 1.A: Manual R-Squared Calculation for Hypothetical Height Prediction of 20 Individuals**
**Predicted Height = Average Height**

| Observation Number $i$ (a) | Actual Height $Y_i$ (b) | Predicted Height $\widehat{Y}_i$ (c) | Average Height $\overline{Y}$ (d) Average of (b) | Squared Residuals $(Y_i - \widehat{Y}_i)^2$ (e) $[(b) - (c)]^2$ | Squared Totals $(Y_i - \overline{Y})^2$ (f) $[(b) - (d)]^2$ |
|---|---|---|---|---|---|
| 1 | 5.50 | 5.75 | 5.75 | 0.06 | 0.06 |
| 2 | 6.20 | 5.75 | 5.75 | 0.20 | 0.20 |
| 3 | 6.10 | 5.75 | 5.75 | 0.12 | 0.12 |
| 4 | 5.20 | 5.75 | 5.75 | 0.30 | 0.30 |
| 5 | 5.40 | 5.75 | 5.75 | 0.12 | 0.12 |
| 6 | 5.30 | 5.75 | 5.75 | 0.20 | 0.20 |
| 7 | 6.00 | 5.75 | 5.75 | 0.06 | 0.06 |
| 8 | 6.00 | 5.75 | 5.75 | 0.06 | 0.06 |
| 9 | 5.50 | 5.75 | 5.75 | 0.06 | 0.06 |
| 10 | 5.90 | 5.75 | 5.75 | 0.02 | 0.02 |
| 11 | 5.90 | 5.75 | 5.75 | 0.02 | 0.02 |
| 12 | 6.20 | 5.75 | 5.75 | 0.20 | 0.20 |
| 13 | 5.30 | 5.75 | 5.75 | 0.20 | 0.20 |
| 14 | 5.40 | 5.75 | 5.75 | 0.12 | 0.12 |
| 15 | 6.30 | 5.75 | 5.75 | 0.30 | 0.30 |
| 16 | 6.10 | 5.75 | 5.75 | 0.12 | 0.12 |
| 17 | 5.60 | 5.75 | 5.75 | 0.02 | 0.02 |
| 18 | 5.20 | 5.75 | 5.75 | 0.30 | 0.30 |
| 19 | 6.10 | 5.75 | 5.75 | 0.12 | 0.12 |
| 20 | 5.80 | 5.75 | 5.75 | 0.00 | 0.00 |

Residual Sum of Squares (SSR)[†]: **2.65**    Total Sum of Squares (SST)[‡]: **2.65**

**R-Squared:** 0.00
**(1 - SSR / SST)\*\***

[†] Jeffrey M. Wooldridge, Introductory Econometrics 6th Ed., pp. 33-34, equations 2.32, 2.35.
[‡] Jeffrey M. Wooldridge, Introductory Econometrics 6th Ed., p. 34, equation 2.33.
[\*\*] Jeffrey M. Wooldridge, Introductory Econometrics 6th Ed., p. 35, equation 2.38.

NERA Economic Consulting

**Exhibit 1.B: Manual R-Squared Calculation for Hypothetical Height Prediction of 20 Individuals**
**Predicted Height = 3**

| Observation Number $i$ | Actual Height $Y_i$ | Predicted Height $\widehat{Y}_i$ | Average Height $\overline{Y}$ | Squared Residuals $(Y_i - \widehat{Y}_i)^2$ | Squared Totals $(Y_i - \overline{Y})^2$ |
|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) |
| | | | Average of (b) | $[(b) - (c)]^2$ | $[(b) - (d)]^2$ |
| 1 | 5.50 | 3.00 | 5.75 | 6.25 | 0.06 |
| 2 | 6.20 | 3.00 | 5.75 | 10.24 | 0.20 |
| 3 | 6.10 | 3.00 | 5.75 | 9.61 | 0.12 |
| 4 | 5.20 | 3.00 | 5.75 | 4.84 | 0.30 |
| 5 | 5.40 | 3.00 | 5.75 | 5.76 | 0.12 |
| 6 | 5.30 | 3.00 | 5.75 | 5.29 | 0.20 |
| 7 | 6.00 | 3.00 | 5.75 | 9.00 | 0.06 |
| 8 | 6.00 | 3.00 | 5.75 | 9.00 | 0.06 |
| 9 | 5.50 | 3.00 | 5.75 | 6.25 | 0.06 |
| 10 | 5.90 | 3.00 | 5.75 | 8.41 | 0.02 |
| 11 | 5.90 | 3.00 | 5.75 | 8.41 | 0.02 |
| 12 | 6.20 | 3.00 | 5.75 | 10.24 | 0.20 |
| 13 | 5.30 | 3.00 | 5.75 | 5.29 | 0.20 |
| 14 | 5.40 | 3.00 | 5.75 | 5.76 | 0.12 |
| 15 | 6.30 | 3.00 | 5.75 | 10.89 | 0.30 |
| 16 | 6.10 | 3.00 | 5.75 | 9.61 | 0.12 |
| 17 | 5.60 | 3.00 | 5.75 | 6.76 | 0.02 |
| 18 | 5.20 | 3.00 | 5.75 | 4.84 | 0.30 |
| 19 | 6.10 | 3.00 | 5.75 | 9.61 | 0.12 |
| 20 | 5.80 | 3.00 | 5.75 | 7.84 | 0.00 |

Residual Sum of Squares (SSR)[†]: **153.90**    Total Sum of Squares (SST)[‡]: **2.65**

**R-Squared:** -57.08
**(1 - SSR / SST)\*\***

[†] Jeffrey M. Wooldridge, Introductory Econometrics 6th Ed., pp. 33-34, equations 2.32, 2.35.
[‡] Jeffrey M. Wooldridge, Introductory Econometrics 6th Ed., p. 34, equation 2.33.
[\*\*] Jeffrey M. Wooldridge, Introductory Econometrics 6th Ed., p. 35, equation 2.38.

## Exhibit 2.A: Manual R-Squared Calculation for the True Trendline
## Intercept = 92.008

### Inside / After

| Observation Number $i$ | Month | Actual Price$^\diamond$ $Y_i$ | Predicted Price $\widehat{Y}_i$ | Average Price $\overline{Y}$ | Squared Residuals $(Y_i - \widehat{Y}_i)^2$ | Squared Totals $(Y_i - \overline{Y})^2$ |
|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) |
| | | | $\alpha + \beta * (a)$ | Average of (c) | $[(c) - (d)]^2$ | $[(c) - (e)]^2$ |
| 1 | Sept, 2017 | 90.44 | 92.80 | 97.16 | 5.55 | 45.15 |
| 2 | Oct, 2017 | 96.05 | 93.59 | 97.16 | 6.03 | 1.24 |
| 3 | Nov, 2017 | 99.82 | 94.39 | 97.16 | 29.55 | 7.07 |
| 4 | Dec, 2017 | 91.49 | 95.18 | 97.16 | 13.60 | 32.16 |
| 5 | Jan, 2018 | 95.29 | 95.97 | 97.16 | 0.47 | 3.51 |
| 6 | Feb, 2018 | 101.42 | 96.77 | 97.16 | 21.68 | 18.15 |
| 7 | March, 2018 | 93.75 | 97.56 | 97.16 | 14.54 | 11.67 |
| 8 | April, 2018 | 95.12 | 98.35 | 97.16 | 10.42 | 4.16 |
| 9 | May, 2018 | 96.27 | 99.15 | 97.16 | 8.30 | 0.81 |
| 10 | June, 2018 | 101.52 | 99.94 | 97.16 | 2.50 | 18.99 |
| 11 | July, 2018 | 96.98 | 100.73 | 97.16 | 14.05 | 0.03 |
| 12 | Aug, 2018 | 107.80 | 101.53 | 97.16 | 39.31 | 113.04 |

Residual Sum of Squares (SSR)[†]:  166.01

Total Sum of Squares (SST)[‡]:  255.98

| | |
|---|---|
| Slope (β): | 0.7932 |
| Intercept (α): | 92.008 |

| | |
|---|---|
| R-Squared: | 0.3515 |
| (1 - SSR / SST)** | |

$^\diamond$ Kilpatrick Reliance Materials, "Sales for In-Out Analysis.xlsx," tab "working copy."
[†] Jeffrey M. Wooldridge, Introductory Econometrics 6th Ed., pp. 33-34, equations 2.32, 2.35.
[‡] Jeffrey M. Wooldridge, Introductory Econometrics 6th Ed., p. 34, equation 2.33.
** Jeffrey M. Wooldridge, Introductory Econometrics 6th Ed., p. 35, equation 2.38.

## Exhibit 2.B: Manual R-Squared Calculation for Dr. Kilpatrick's "Trendline"
### Intercept = 100.37

### Inside / After

| Observation Number $i$ | Month | Actual Price$^{\diamond}$ $Y_i$ | Predicted Price $\widehat{Y}_i$ | Average Price $\overline{Y}$ | Squared Residuals $(Y_i - \widehat{Y}_i)^2$ | Squared Totals $(Y_i - \overline{Y})^2$ |
|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) |
| | | | $\alpha + \beta * (a)$ | Average of (c) | $[(c) - (d)]^2$ | $[(c) - (e)]^2$ |
| 1 | Sept, 2017 | 90.44 | 100.16 | 97.16 | 94.30 | 45.15 |
| 2 | Oct, 2017 | 96.05 | 99.95 | 97.16 | 15.18 | 1.24 |
| 3 | Nov, 2017 | 99.82 | 99.74 | 97.16 | 0.01 | 7.07 |
| 4 | Dec, 2017 | 91.49 | 99.53 | 97.16 | 64.54 | 32.16 |
| 5 | Jan, 2018 | 95.29 | 99.32 | 97.16 | 16.21 | 3.51 |
| 6 | Feb, 2018 | 101.42 | 99.11 | 97.16 | 5.37 | 18.15 |
| 7 | March, 2018 | 93.75 | 98.90 | 97.16 | 26.53 | 11.67 |
| 8 | April, 2018 | 95.12 | 98.69 | 97.16 | 12.70 | 4.16 |
| 9 | May, 2018 | 96.27 | 98.48 | 97.16 | 4.90 | 0.81 |
| 10 | June, 2018 | 101.52 | 98.27 | 97.16 | 10.58 | 18.99 |
| 11 | July, 2018 | 96.98 | 98.06 | 97.16 | 1.16 | 0.03 |
| 12 | Aug, 2018 | 107.80 | 97.85 | 97.16 | 98.92 | 113.04 |

Residual Sum of Squares (SSR)$^{\dagger}$: **350.38**      Total Sum of Squares (SST)$^{\ddagger}$: **255.98**

Slope (β)$^{\diamond}$:      -0.2096
Intercept (α)$^{\diamond}$:      100.37

| R-Squared: (1 - SSR / SST)** | -0.369 |
|---|---|

$^{\diamond}$ Kilpatrick Reliance Materials, "Sales for In-Out Analysis.xlsx," tab "working copy."
$^{\dagger}$ Jeffrey M. Wooldridge, Introductory Econometrics 6th Ed., pp. 33-34, equations 2.32, 2.35.
$^{\ddagger}$ Jeffrey M. Wooldridge, Introductory Econometrics 6th Ed., p. 34, equation 2.33.
** Jeffrey M. Wooldridge, Introductory Econometrics 6th Ed., p. 35, equation 2.38.

NERA Economic Consulting

## Exhibit 2.C: Manual R-Squared Calculation for "Trendline" Starting at $500
### Intercept = 500

### Inside / After

| Observation Number $i$ (a) | Month (b) | Actual Price$^\diamond$ $Y_i$ (c) | Predicted Price $\hat{Y}_i$ (d) $\alpha + \beta * (a)$ | Average Price $\bar{Y}$ (e) Average of (c) | Squared Residuals $(Y_i - \hat{Y}_i)^2$ (f) $[(c) - (d)]^2$ | Squared Totals $(Y_i - \bar{Y})^2$ (g) $[(c) - (e)]^2$ |
|---|---|---|---|---|---|---|
| 1 | Sept, 2017 | 90.44 | 451.83 | 97.16 | 130,602.22 | 45.15 |
| 2 | Oct, 2017 | 96.05 | 403.67 | 97.16 | 94,628.80 | 1.24 |
| 3 | Nov, 2017 | 99.82 | 355.50 | 97.16 | 65,371.40 | 7.07 |
| 4 | Dec, 2017 | 91.49 | 307.34 | 97.16 | 46,588.30 | 32.16 |
| 5 | Jan, 2018 | 95.29 | 259.17 | 97.16 | 26,856.37 | 3.51 |
| 6 | Feb, 2018 | 101.42 | 211.00 | 97.16 | 12,007.81 | 18.15 |
| 7 | March, 2018 | 93.75 | 162.84 | 97.16 | 4,773.55 | 11.67 |
| 8 | April, 2018 | 95.12 | 114.67 | 97.16 | 382.09 | 4.16 |
| 9 | May, 2018 | 96.27 | 66.51 | 97.16 | 885.65 | 0.81 |
| 10 | June, 2018 | 101.52 | 18.34 | 97.16 | 6,919.20 | 18.99 |
| 11 | July, 2018 | 96.98 | (29.83) | 97.16 | 16,080.91 | 0.03 |
| 12 | Aug, 2018 | 107.80 | (77.99) | 97.16 | 34,517.11 | 113.04 |

Residual Sum of Squares (SSR)[†]:  **439,613.41**    Total Sum of Squares (SST)[‡]:  **255.98**

| | |
|---|---|
| Slope (β): | -48.166 |
| Intercept (α): | 500 |

| | |
|---|---|
| **R-Squared:** | **-1716** |
| **(1 - SSR / SST)\*\*** | |

$^\diamond$ Kilpatrick Reliance Materials, "Sales for In-Out Analysis.xlsx," tab "working copy."
[†] Jeffrey M. Wooldridge, Introductory Econometrics 6th Ed., pp. 33-34, equations 2.32, 2.35.
[‡] Jeffrey M. Wooldridge, Introductory Econometrics 6th Ed., p. 34, equation 2.33.
** Jeffrey M. Wooldridge, Introductory Econometrics 6th Ed., p. 35, equation 2.38.

## Exhibit 2.D: Manual R-Squared Calculation for "Trendline" Starting at $0
## Intercept = 0

## Inside / After

| Observation Number $i$ | Month | Actual Price$^\diamond$ $Y_i$ | Predicted Price $\widehat{Y}_i$ | Average Price $\overline{Y}$ | Squared Residuals $(Y_i - \widehat{Y}_i)^2$ | Squared Totals $(Y_i - \overline{Y})^2$ |
|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) $\alpha + \beta * (a)$ | (e) Average of (c) | (f) $[(c) - (d)]^2$ | (g) $[(c) - (e)]^2$ |
| 1 | Sept, 2017 | 90.44 | 11.83 | 97.16 | 6,179.64 | 45.15 |
| 2 | Oct, 2017 | 96.05 | 23.67 | 97.16 | 5,239.16 | 1.24 |
| 3 | Nov, 2017 | 99.82 | 35.50 | 97.16 | 4,137.28 | 7.07 |
| 4 | Dec, 2017 | 91.49 | 47.34 | 97.16 | 1,949.82 | 32.16 |
| 5 | Jan, 2018 | 95.29 | 59.17 | 97.16 | 1,304.72 | 3.51 |
| 6 | Feb, 2018 | 101.42 | 71.00 | 97.16 | 925.37 | 18.15 |
| 7 | March, 2018 | 93.75 | 82.84 | 97.16 | 119.01 | 11.67 |
| 8 | April, 2018 | 95.12 | 94.67 | 97.16 | 0.21 | 4.16 |
| 9 | May, 2018 | 96.27 | 106.51 | 97.16 | 104.86 | 0.81 |
| 10 | June, 2018 | 101.52 | 118.34 | 97.16 | 282.85 | 18.99 |
| 11 | July, 2018 | 96.98 | 130.17 | 97.16 | 1,101.54 | 0.03 |
| 12 | Aug, 2018 | 107.80 | 142.01 | 97.16 | 1,170.47 | 113.04 |

Residual Sum of Squares (SSR)[†]:  **22,514.93**

Total Sum of Squares (SST)[‡]:  **255.98**

| | |
|---|---|
| Slope (β): | 11.834 |
| Intercept (α): | 0 |

| | |
|---|---|
| **R-Squared:** | **-86.96** |
| **(1 - SSR / SST)**** | |

$^\diamond$ Kilpatrick Reliance Materials, "Sales for In-Out Analysis.xlsx," tab "working copy."
[†] Jeffrey M. Wooldridge, Introductory Econometrics 6th Ed., pp. 33-34, equations 2.32, 2.35.
[‡] Jeffrey M. Wooldridge, Introductory Econometrics 6th Ed., p. 34, equation 2.33.
** Jeffrey M. Wooldridge, Introductory Econometrics 6th Ed., p. 35, equation 2.38.

## Exhibit 2.E: Manual R-Squared Calculation for "Trendline" with Uniform Prediction Intercept = Average Price

### Inside / After

| Observation Number $i$ | Month | Actual Price[◊] $Y_i$ | Predicted Price $\hat{Y}_i$ | Average Price $\bar{Y}$ | Squared Residuals $(Y_i - \hat{Y}_i)^2$ | Squared Totals $(Y_i - \bar{Y})^2$ |
|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) |
|  |  |  | $\alpha + \beta * (a)$ | Average of (c) | $[(c) - (d)]^2$ | $[(c) - (e)]^2$ |
| 1 | Sept, 2017 | 90.44 | 97.16 | 97.16 | 45.15 | 45.15 |
| 2 | Oct, 2017 | 96.05 | 97.16 | 97.16 | 1.24 | 1.24 |
| 3 | Nov, 2017 | 99.82 | 97.16 | 97.16 | 7.07 | 7.07 |
| 4 | Dec, 2017 | 91.49 | 97.16 | 97.16 | 32.16 | 32.16 |
| 5 | Jan, 2018 | 95.29 | 97.16 | 97.16 | 3.51 | 3.51 |
| 6 | Feb, 2018 | 101.42 | 97.16 | 97.16 | 18.15 | 18.15 |
| 7 | March, 2018 | 93.75 | 97.16 | 97.16 | 11.67 | 11.67 |
| 8 | April, 2018 | 95.12 | 97.16 | 97.16 | 4.16 | 4.16 |
| 9 | May, 2018 | 96.27 | 97.16 | 97.16 | 0.81 | 0.81 |
| 10 | June, 2018 | 101.52 | 97.16 | 97.16 | 18.99 | 18.99 |
| 11 | July, 2018 | 96.98 | 97.16 | 97.16 | 0.03 | 0.03 |
| 12 | Aug, 2018 | 107.80 | 97.16 | 97.16 | 113.04 | 113.04 |

Residual Sum of Squares (SSR)[†]: **255.98**     Total Sum of Squares (SST)[‡]: **255.98**

Slope (β): 0
Intercept (α): 97.16

R-Squared: 0.00
(1 - SSR / SST)**

[◊] Kilpatrick Reliance Materials, "Sales for In-Out Analysis.xlsx," tab "working copy."
[†] Jeffrey M. Wooldridge, Introductory Econometrics 6th Ed., pp. 33-34, equations 2.32, 2.35.
[‡] Jeffrey M. Wooldridge, Introductory Econometrics 6th Ed., p. 34, equation 2.33.
** Jeffrey M. Wooldridge, Introductory Econometrics 6th Ed., p. 35, equation 2.38.

## Exhibit 3.A: Manual R-Squared Calculation for the True Trendline
## Intercept = 86.386

## Outside / After

| Observation Number $i$ | Month | Actual Price[◊] $Y_i$ | Predicted Price $\hat{Y}_i$ | Average Price $\bar{Y}$ | Squared Residuals $(Y_i - \hat{Y}_i)^2$ | Squared Totals $(Y_i - \bar{Y})^2$ |
|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) |
| | | | $\alpha + \beta * (a)$ | Average of (c) | $[(c) - (d)]^2$ | $[(c) - (e)]^2$ |
| 1 | Sept, 2017 | 90.53 | 86.92 | 89.84 | 13.03 | 0.47 |
| 2 | Oct, 2017 | 88.38 | 87.45 | 89.84 | 0.87 | 2.13 |
| 3 | Nov, 2017 | 87.09 | 87.98 | 89.84 | 0.79 | 7.56 |
| 4 | Dec, 2017 | 87.99 | 88.51 | 89.84 | 0.27 | 3.42 |
| 5 | Jan, 2018 | 86.35 | 89.04 | 89.84 | 7.26 | 12.19 |
| 6 | Feb, 2018 | 85.97 | 89.58 | 89.84 | 13.03 | 15.02 |
| 7 | March, 2018 | 89.76 | 90.11 | 89.84 | 0.12 | 0.01 |
| 8 | April, 2018 | 90.22 | 90.64 | 89.84 | 0.18 | 0.14 |
| 9 | May, 2018 | 92.28 | 91.17 | 89.84 | 1.22 | 5.93 |
| 10 | June, 2018 | 93.25 | 91.70 | 89.84 | 2.38 | 11.59 |
| 11 | July, 2018 | 92.86 | 92.23 | 89.84 | 0.39 | 9.09 |
| 12 | Aug, 2018 | 93.43 | 92.77 | 89.84 | 0.44 | 12.86 |

Residual Sum of Squares (SSR)[†]:  **39.98**        Total Sum of Squares (SST)[‡]:  **80.41**

| | |
|---|---|
| **Slope (β):** | 0.5317 |
| **Intercept (α):** | 86.386 |

| | |
|---|---|
| **R-Squared:** | 0.5028 |
| **(1 - SSR / SST)**** | |

[◊] Kilpatrick Reliance Materials, "Sales for In-Out Analysis.xlsx," tab "working copy."
[†] Jeffrey M. Wooldridge, Introductory Econometrics 6th Ed., pp. 33-34, equations 2.32, 2.35.
[‡] Jeffrey M. Wooldridge, Introductory Econometrics 6th Ed., p. 34, equation 2.33.
[**] Jeffrey M. Wooldridge, Introductory Econometrics 6th Ed., p. 35, equation 2.38.

## Exhibit 3.B: Manual R-Squared Calculation for Dr. Kilpatrick's "Trendline"
## Intercept = 88.936

### Outside / After

| Observation Number $i$ | Month | Actual Price[◊] $Y_i$ | Predicted Price $\widehat{Y}_i$ | Average Price $\overline{Y}$ | Squared Residuals $(Y_i - \widehat{Y}_i)^2$ | Squared Totals $(Y_i - \overline{Y})^2$ |
|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) |
| | | | $\alpha + \beta * (a)$ | Average of (c) | $[(c) - (d)]^2$ | $[(c) - (e)]^2$ |
| 1 | Sept, 2017 | 90.53 | 89.16 | 89.84 | 1.86 | 0.47 |
| 2 | Oct, 2017 | 88.38 | 89.39 | 89.84 | 1.01 | 2.13 |
| 3 | Nov, 2017 | 87.09 | 89.61 | 89.84 | 6.36 | 7.56 |
| 4 | Dec, 2017 | 87.99 | 89.84 | 89.84 | 3.41 | 3.42 |
| 5 | Jan, 2018 | 86.35 | 90.06 | 89.84 | 13.80 | 12.19 |
| 6 | Feb, 2018 | 85.97 | 90.29 | 89.84 | 18.69 | 15.02 |
| 7 | March, 2018 | 89.76 | 90.52 | 89.84 | 0.57 | 0.01 |
| 8 | April, 2018 | 90.22 | 90.74 | 89.84 | 0.27 | 0.14 |
| 9 | May, 2018 | 92.28 | 90.97 | 89.84 | 1.72 | 5.93 |
| 10 | June, 2018 | 93.25 | 91.19 | 89.84 | 4.22 | 11.59 |
| 11 | July, 2018 | 92.86 | 91.42 | 89.84 | 2.07 | 9.09 |
| 12 | Aug, 2018 | 93.43 | 91.64 | 89.84 | 3.19 | 12.86 |

Residual Sum of Squares (SSR)[†]:  **57.15**    Total Sum of Squares (SST)[‡]:  **80.41**

Slope (β)[◊]:    0.2256
Intercept (α)[◊]:    88.936

**R-Squared:**    0.2892
**(1 - SSR / SST)\*\***

[◊] Kilpatrick Reliance Materials, "Sales for In-Out Analysis.xlsx," tab "working copy."
[†] Jeffrey M. Wooldridge, Introductory Econometrics 6th Ed., pp. 33-34, equations 2.32, 2.35.
[‡] Jeffrey M. Wooldridge, Introductory Econometrics 6th Ed., p. 34, equation 2.33.
[\*\*] Jeffrey M. Wooldridge, Introductory Econometrics 6th Ed., p. 35, equation 2.38.

NERA Economic Consulting

**Exhibit 4.A: Product Information for**
**Microsoft Excel Version 2102 (Build 13801.21004)**



# Product Information

Microsoft



Update Options ▾

## Office Updates

Updates are automatically downloaded and installed.



About Excel

## About Excel

Learn more about Excel, Support, Product ID, and Copyright information.

Version 2102 (Build 13801.21004 Click-to-Run)

Semi-Annual Enterprise Channel

**Exhibit 4.B: Product Information for**
**Microsoft Excel Version 2002 (Build 12527.22021)**

## Product Information

# Office



**Update Options** ⌄

### Office Updates

Updates are automatically downloaded and installed.



**About Excel**

### About Excel

Learn more about Excel, Support, Product ID, and Copyright information.

Version 2002 (Build 12527.22021 Click-to-Run)

Semi-Annual Enterprise Channel

NERA Economic Consulting