*A Response to the*

*Second Supplemental Report*

*Submitted by*

*Sheng Li, Ph.D.*

*In the Matter of the*

*Arkema Explosion Event in August, 2017*

In the United States District Court,

Southern District of Texas

Houston Division

December 31, 2021

Prepared at the request of:

Stag Liuzza, LLC

One Canal Place

365 Canal Street, Suite 2850

New Orleans, Louisiana 70130

Prepared by:

John A. Kilpatrick, PhD, MAI

Greenfield Advisors, Inc.

#677, 400 NW Gilman Blvd

Issaquah, Washington 98027

## Table of Contents

Introduction ...........................................................................................................................1

Summary of Dr. Li's Second Supplemental Report ...........................................................2

$R^2$ Problems Noted in the Econometrics Literature ..........................................................3

$R^2$ Problems in Time Series Studies ................................................................................4

$R^2$ is Not Recommended in the Appraisal Literature .......................................................4

Calibration and Validation of My AVM Model ...................................................................5

## INTRODUCTION

1.    I am Dr. John A. Kilpatrick, Ph.D., MAI.  I am a Texas State Certified (General) Real Estate Appraiser.  On July 16, 2021, I submitted a report summarizing my study of the impacts of the Arkema Plant explosion event[1] on nearby property values.  My study accomplished the following:

- It presented a specific mass appraisal model to value properties in the affected area both before and after the explosion event.

- Using local tax assessor data, I was able to identify 10,478 improved residential parcels in Harris County within 7 miles of the Arkema plant, and 1,257 improved residential parcels in Liberty County within 7 miles of the Arkema plant.

- It used actual data from the marketplace to value each residence in the affected area immediately prior to the explosion event.  Specifically, I used 10,247 local transaction prices from the 5 Multiple Listing Service (MLS) areas which span the affected area from the period immediately prior to the Arkema explosion event to determine the coefficients for a mass appraisal model, consistent with modeling I have performed which has been accepted by Federal and State Courts throughout the United States. Using this model, I was able to determine the "unimpaired" values, immediately prior to the explosion event[2].

- The accuracy, or "bias", of my mass appraisal model is measured by its Median Deviation, which was -0.72%.  This means that the model determined the value of a property within the class area with an average error of less than one percent[3].

- The consistency of my model, which may be thought of as the reliability, is measured by its Median Absolute Deviation[4], or MAD, which was found to be 9.28%[5].  This is analogous to the Coefficient of Dispersion ("COD") Standards promulgated for Mass Appraisals by the International Association of Assessing Officers ("IAAO"), the leading professional organization for tax assessment and the source authority for standards used in mass appraisals.  The goodness of fit guidelines for heterogeneous

---

[1] I understand that 3 distinct fire events and other emissions events occurred at the Arkema Crosby, TX plant site during the period August 29, 2017 through September 3, 2017. Here, I describe the impact of all of those events, taken together.

[2] Of these, I was able to ascertain the Tax Assessed Value ("TAV") for 10,029 of these properties, or 97.6%.  I was then able to determine values coefficients using 100% of these.

[3] See table 6 in my original report.

[4] My AVM produces a _Median_ calculation, and as such the correct measure of dispersion is the Median Absolute Deviation ("MAD").  It is analogous to the COD which is used for AVMs that produce a mean calculation and as such the same IAAO guidelines apply.  I would note that my use of a _Median_ and a Median Absolute Deviation has been consistently accepted by the Courts spanning several years.

[5] See table 6 in my original report..

residential neighborhoods is 5% to 15%. Thus, my model falls well within the standards promulgated for such models[6].[7]

- It used actual data from the marketplace to show the pricing impacts on properties immediately after and as a result of the explosion event.

- It used other data, commonly used by appraisers, to extend this model to develop an appraisal opinion of the diminution in value for these properties within a reasonable degree of appraisal certainty.

2.    I continue to find the results of this study to be credible and compelling, and fully incorporate my prior report and its findings into this reply report. *Note that all assumptions, limiting conditions, and certifications contained in my prior report, as well as my October 4, 2021 response to rebuttal reports submitted by the defendants in this case, are incorporated by reference into this report, and will not be repeated herein in the interest of brevity.*

3.    I would note, in summary, that Dr. Li's latest report is misleading, as I will explain.

## SUMMARY OF DR. LI'S SECOND SUPPLEMENTAL REPORT

4.    On November 19, 2021, Sheng Li, Ph.D., submitted a second supplemental report in this matter. The sole focus of this report is the arcane issue regarding a disagreement over the coefficient of dispersion ($R^2$) in one of the several graphics I produced in my original report. I have been asked to address the substance of Dr. Li's second supplemental report.

5.    Dr. Li implies that there is one and only one formula for the calculation of $R^2$. However, in the econometrics literature, with which Dr. Li should be familiar, there are a surfeit of formula. As a foundational issue, I would note that most expressions of $R^2$ in the literature would make a negative $R^2$ a mathematical impossibility. For example, Li himself provides the following formulation:

$$R^2 = 1 - \frac{SSR}{SST}$$

Where: SSR = Regression Sum of Squares (always a positive number)

SST = Total Sum of Squares (again always a positive number)

---

[6] The IAAO is a member organization of the Appraisal Foundation, which promulgates the Uniform Standards of Professional Appraisal practice, or USPAP. These COD standards are published in the IAAO's Standard on Ratio Studies, April 2013, Table 1-3, page 17.

[7] MAD is preferred to COD in AVM evaluation for a number of reasons. For example, as noted by Kirchmeyer and Staas, 2008 (previously cited in my July 2021, report), "…the majority of users prefer median absolute error to mean absolute error because the former is less sensitive to a few anomalous outliers." (Kirchmeyer and Staas, page 91). Median Absolute Deviation is also noted as a preferred goodness-of-fit methodology in the 2005 report of the Collateral Assessment and Technologies Committee, "Systematic Risks in Residential Property Valuations."

6.    However, SSR is always smaller than SST, and thus by Li's own formula, $R^2$ is always 1 minus a fraction and thus always between zero and one.  As a result, it is not surprising that no one has been able to replicate Dr. Li's "findings".

## $R^2$ PROBLEMS NOTED IN THE ECONOMETRICS LITERATURE

7.    In the econometric literature, there is a general theme that $R^2$ provides little probative value. Kennedy (2003) notes that[8]:

*$R^2$ is sensitive to the range in variation of the dependent variable, so that comparisons of $R^2$ must be undertaken with care….*

8.    Shaliz (2015)[9], in his Carnegie Mellon University statistics lecture notes, is most critical of $R^2$:

*$R^2$ does not measure goodness of fit…it can be arbitrarily low when the model is completely correct [and] can be arbitrarily close to 1 when the model is totally wrong…$R^2$ is also pretty useless as a measure of predictability… $R^2$ says nothing about prediction error [or] interval forecasts.*

9.    Greene (1990)[10] is highly critical of any blanket acceptance of $R^2$:

*There are two problems with the use of $R^2$ in analyzing goodness of fit….In a multiple regression, $R^2$ will fall (rise) if the variable x is deleted from the regression if the t ratio associated with this variable is greater (less) than one… The second difficulty with $R^2$ concerns the constant term used in the model.  The proof that $0 < R^2 < 1$ requires [the vector] X to contain a column of ones…. Consequently, when we compute:*

$$R^2 = \frac{e'e}{y'M^0y'}$$

*…the result is unpredictable.*

10.    As a reference piece for statistics students at the University of Virginia, Ford (2015)[11] sums up the problems with reliance on $R^2$:

- *R-squared does not measure goodness of fit.*
- *R-squared does not measure predictive error.*
- *R-squared does not allow you to compare models using transformed responses.*
- *R-squared does not measure how one variable explains another.*

---

[8] Kennedy, Peter, A Guide to Econometrics 5th (Cambridge:  MIT Press, 2003), at 30

[9] Shalizi, Cosma, Carnegie Mellon University Lecture 10 notes, 1 October 2015, at 17-18.

[10] Greene, William H., Econometric Analysis (New York:  McMillan, 1990), at 193-4

[11] Ford, Clay, Statistical Research Consultant, University of Virginia Library, October 17, 2015, on the question of, "Is $R^2$ useless?"  (https://data.library.virginia.edu/is-r-squared-useless/)

## $R^2$ PROBLEMS IN TIME SERIES STUDIES

11.    Dr. Li further fails to discuss the well-known problems using $R^2$ as a metric in time-series studies, such as my price trend analysis.  Kennedy discusses this at length, and noted[12]:

*…measures such as $R^2$… did not retain their traditional characteristics in the presence of nonstationary data…*

12.    For this and other reasons, I use non-parametric methods of evaluation in my AVM (median, median deviation, median absolute deviation).  Dr. Li appears to ignore this.

## $R^2$ IS NOT RECOMMENDED IN THE APPRAISAL LITERATURE

13.    Nonetheless, even if Dr. Li is right, his opinions in this matter are irrelevant.  Indeed, drawing attention to these irrelevant opinions misleads the reader from the core facts of my analysis.

14.    As noted in my earlier rebuttal report, Dr. Li is apparently not a real estate appraiser nor a licensed or certified real estate professional of any sort.  Indeed, a review of his curriculum vita reveals absolutely no training, experience, or expertise in real estate valuation maters.  This litigation is apparently the very first time Dr. Li has ever been professionally involved in a real estate related matter.

15.    Consistent with the foregoing critique on the use of $R^2$ in general, it comes as no surprise that $R^2$ is hardly found in the appraisal teaching or literature. Specifically:

- There is no mention at all of $R^2$ in the Uniform Standards of Professional Appraisal Practice, which has been adopted for appraisal governance in the State of Texas.

- In the text The Appraisal of Real Estate 15th, published by the Appraisal Institute, $R^2$ is mentioned in only twice in Appendix B, and is not at all discussed in the section on regression model validation.

- The International Association of Assessing Officials Standard on Mass Appraisal (2013), generally recognized as the source authority for the use of multiple regression and model validation in the appraisal field, makes no mention of $R^2$. Its Standards on AVMs (2018) mentions $R^2$ twice and only in passing, with no elaboration or examples of any application to the appraisal process.

- Specifically, the IAAO spells out the goodness of fit measure which I apply in my model, and which show that my model conforms to appraisal industry standards.

- IAAO lists quite a few goodness of fit measures which can be used, and then provides some guidance on recommended levels, using COD as an example.  COD and MAD essentially measure the same thing and in the same way with units of measure which are also essentially the same.  Hence, the recommended levels of

---

[12] Kennedy, op cit, at 325

goodness of fit which are contained in the IAAO tables are also useful guidance for MAD[13].

16.    As Shalizi points out:

*At this point, you might be wondering just what $R^2$ is good for — what job it does that isn't better done by other tools. The only honest answer I can give you is that I have never found a situation where it helped at all. If I could design the regression curriculum from scratch, I would never mention it. Unfortunately, it lives on as a historical relic…*

17.    Indeed, my original reporting of $R^2$ in my various trend analyses is just that – a historic relic. Microsoft Excel generates an $R^2$ measure, and I left it on my graphics. Removing those $R^2$ statistics from all of my graphs would make absolutely no impact on my findings.

18.    It thus comes as no surprise that neither of the two appraisal experts proffered by the defense in this matter make mention of $R^2$ in their work. They appear to recognize that this statistic lacks probative value in the mass appraisal context.

19.    Appraisers are taught to use other methods to calibrate and validate mass appraisal findings, as I have done in my work. Dr. Li's focus on this one extraordinarily irrelevant issue is not just disingenuous but, in this context, misleading.

## CALIBRATION AND VALIDATION OF MY AVM MODEL

20.    As noted in my previous rebuttal report, the consistency of my model, which may be thought of as the reliability or "goodness of fit", is measured by its Median Absolute Deviation ("MAD"), which was found to be 9.28%. This is analogous to the goodness of fit guidance promulgated for Mass Appraisals by the International Association of Assessing Officers ("IAAO"), the leading professional organization for tax assessment and the source authority for standards used in mass appraisals. Indeed, MAD is one of the goodness-of-fit measurements recommended by the IAAO[14]. The IAAO standards for goodness of fit for heterogeneous residential neighborhoods is 5% to 15%. Thus, my model falls well within the professional appraisal standards promulgated for such models.

21.    I continue to stand by my findings as reported in my original study and rebuttal report and incorporate all of those findings into this reply.

22.    Further, all of the assumptions, limiting conditions, hypothetical conditions, factual data, definitions, citations, and analyses contained in my original study are incorporated herein by reference.

---

[13] So why use MAD rather than COD? A given type of variance measure should match up to the measure of central tendency used. Many AVMs use *mean* as a measure of central tendency and as such use COD (or some other – such as forecast standard deviation) as the goodness of fit measure. Our AVM uses median, and the Courts have accepted our use of median for years. As such, our work in this matter is consistent with my testimony record.

[14] See IAAO Standard on Ratio Studies, 2013, at 14.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

GREENFIELD ADVISORS INC.

John A. Kilpatrick, PhD, MAI

Texas State Certified General Appraiser No. 1329613

December 31, 2021