**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **SHANNAN WHEELER,** *et al.*, | ) ) ) **CIVIL ACTION NO.: 4-17-cv-2960** |
| **Plaintiffs,** | ) ) |
| **v.** | ) **The Hon. Keith P. Ellison** |
| | ) ) |
| **ARKEMA, INC.,** | ) **PLAINTIFFS' UNOPPOSED MOTION** |
| | ) **FOR APPROVAL OF CLASS** |
| **Defendant.** | ) **SETTLEMENT** |
| | ) ) ) ) ) |

Plaintiffs Corey Prantil, Betty Whatley, Bevely Flannel, Roland Flannel, Larry Anderson, Tanya Anderson, Bret Simmons, and Phyllis Simmons ("Plaintiffs"), on behalf of themselves and on behalf of all others similarly situated, through undersigned counsel and Rule 23 of the Federal Rules of Civil Procedure, hereby file this Unopposed Motion for Approval of Class Settlement pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for preliminary approval of the proposed class settlement in this case as documented in the Class Action Settlement Agreement ("Settlement Agreement"), attached as Exhibit A.[1]

For the reasons stated here and in the accompanying Memorandum of Law, Plaintiffs respectfully submit that the Court will find that it will likely be able to grant Final Approval of the Settlement as being fair, reasonable, and adequate to the Settlement Class, and that Plaintiffs

---

[1] The capitalized terms used herein and the accompanying Memorandum of Law are defined in and have the same meaning as used in the Settlement Agreement unless otherwise stated.

1

and Class Counsel have adequately represented the Settlement Class. The Court will find that the Settlement Agreement was negotiated at arm's length, that the relief provided to the Settlement Class is fair, reasonable, and adequate. Further, Plaintiffs request, and Arkema does not oppose, that the Court enter an Order providing for:

1. Preliminary approval of the proposed Class Action Settlement Agreement including all Exhibits thereto (attached as Exhibit A to this Motion);

2. Amendment of the definition of the Class already certified as follows: "All residents and real property owners located within a 7-mile radius of the Crosby, Texas, Arkema Inc. Chemical Plant since August 30, 2017"[2];

3. Appointment of Bret and Phyllis Simmons as Class Representatives[3];

4. Preliminary approval of attorneys' fees to be paid to Class Counsel, reimbursement of counsel's litigation expenses, and incentive awards to be paid to Plaintiffs;

5. Approval of the Class Notice Program and direction to implement the notice procedures detailed therein;

6. Approval and appointment of Edgar C. Gentle, III, as Settlement Administrator for the limited and sole purpose of causing the Class Notice to be distributed to the Class and

---

[2] Excluded from the class are (a) the Honorable Keith P. Ellison and the Honorable Dena Palermo, any member of their staffs who worked directly on this Litigation, and any member of their immediate families; (b) counsel for the Parties, any member of their respective staffs who worked directly on this Litigation, and any member of their immediate families; (c) any government entity; (d) any entity or real property in which Defendant has a controlling interest; and (e) any of Defendant's subsidiaries, parents, affiliates, and officers, directors, employees, legal representatives, heirs, successors, or assigns.

[3] Bret and Phyllis Simmons were not put forward as proposed class representatives in Plaintiffs' November 23, 2021, renewed Motion for Class Certification, but they have common claims and are typical Members of the Settlement Class and are suitable and adequate to serve as Settlement Class Representatives, and Arkema does not oppose their appointment as Class Representatives.

2

published, pursuant to the Notice Plan in the Settlement Agreement, subject to the oversight of the Parties and the Court; and

7. Establishment of a schedule and set a Final Approval Hearing to consider final approval of the Class Settlement and payment of attorneys' fees and costs to Settlement Class Counsel.

In support of a preliminary approval of attorneys' fees, reimbursement of litigation expenses, and incentive awards, Plaintiffs have concurrently filed Plaintiffs' Unopposed Motion in Support of an Award of Attorneys' Fees, Reimbursement of Costs and Expenses, and Incentive Awards, which incorporates and attaches the Declarations of Class Counsel in support of the fee request (Exhibits B to G).

Plaintiffs have submitted a proposed Order with this Unopposed Motion for the Court's consideration.

**DATED: December 29, 2023**

Respectfully submitted by:
ATTORNEYS FOR PLAINTIFFS:

**STAG LIUZZA, LLC**

/s/ Michael G. Stag
Michael G. Stag, Esquire, Attorney in charge
Louisiana State Bar No. 23314
*Attorney admitted pro hac vice*
Ashley Liuzza, Esquire
Louisiana State Bar No. 34645
*Attorney admitted pro hac vice*
One Canal  Place
365 Canal Street, Suite 2850
New Orleans, Louisiana 701 30
Telephone: (504) 593-9600
Facsimile: (504) 593-9601
mstag@stagliuzza.com
aliuzza@stagliuzza.com

**UNDERWOOD LAW OFFICES**

/s/ Mark F. Underwood
Mark F. Underwood, Esquire
Texas State Bar No. 2405934
Southern District of TX Federal Bar No. 2601475
2530 West White Avenue, Suite 200
McKinney, Texas 75071
Telephone: (972) 535-6377
Facsimile: (972) 292-7828
munderwood@underwoodlawoffices.com


**THOMPSON BARNEY**

/s/ Kevin W. Thompson
Kevin W. Thompson, Esquire
*Attorney admitted pro hac vice*
David R. Barney, Jr., Esquire
*Attorney admitted pro hac vice*
2030 Kanawha Boulevard, East
Charleston, West Virginia 25311
Telephone: (304) 343-4401
Facsimile: (304) 343-4405
kwthompsonwv@gmail.com
drbarneywv@gmail.com


**BONNETT FAIRBOURN FRIEDMAN & BALINT, PC**

/s/ Van Bunch
Van Bunch, Esquire
*Attorney admitted pro hac vice*
2325 E. Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 274-1100
Facsimile: (602) 274-1199
vbunch@bffb.com


**DENNIS SPURLING, PLLC**

/s/ Dennis D. Spurling
Dennis D. Spurling, Esquire
Texas State Bar No. 24053909
Southern District of TX Federal Bar No. 718307
Jeremy V. Axel, Esquire
Texas State Bar No. 24073020

Southern District of TX Federal Bar No. 1850082
Brian L. Ponder, Esquire
New York Attorney Registration No. 5102751
Southern District of TX Federal Bar No.2489894
J.P. Morgan Chase Building
3003 S. Loop West, Suite 400
Houston, Texas 77054
Telephone (713) 229-0770
Facsimile (713) 229-8444
ddspurling@dennisspurling.com
jeremy@axellawfirm.com
brian@brianponder.com


**LAW OFFICES OF P. RODNEY JACKSON**

/s/ P. Rodney Jackson
P. Rodney Jackson (W.Va. Bar No. 1861)
*Attorney admitted pro hac vice*
401 Fifth-Third Center
700 Virginia Street, East
Charleston, West Virginia 25301
Telephone: (843) 780-6879
Facsimile: (304) 345-7258
prodjackson27@yahoo.com

317175608.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2023, I served a true and correct copy of the foregoing document upon counsel of record by using the email addresses listed below. The document was filed under seal using the Court's ECF service in compliance with Federal Rule of Civil Procedure 5 and Local Rule 5.1:

Rusty Hardin
S.D. Texas Federal I.D. No. 19424
State Bar No. 08972800
rhardin@rustyhardin.com
RUSTY HARDIN & ASSOCIATES, LLP
5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Facsimile: (713) 652-9800

Michael L. Brem
S.D. Texas Federal I.D. No. 13175
State Bar No. 02952020
mbrem@sdablaw.com
SCHIRRMEISTER DIAZ-ARRASTIA BREM LLP
Pennzoil Place - South Tower
711 Louisiana St. #1750
Houston, Texas 77002
Telephone: (713) 221-2500
Facsimile: (713) 228-3510

Thomas E. Birsic
(admitted *pro hac vice*)
thomas.birsic@klgates.com
Jackie S. Celender
(admitted *pro hac vice*)
jackie.celender@klgates.com
Wesley A. Prichard
(admitted *pro hac vice*)
wesley.prichard@klgates.com
K&L GATES LLP
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Telephone: (412) 355-6500
Facsimile: (412) 355-6501

*Counsel for Defendant Arkema Inc.*

Respectfully submitted by
ATTORNEYS FOR PLAINTIFFS:
**STAG LIUZZA, LLC**

/s/ Michael G. Stag
Michael G. Stag, Esquire

317175608.1